## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO.  09-05820 SEK** |
| **LA FUNDADORA, INC.** | **CHAPTER 12** |
| **DEBTOR** | |
| **IN RE:** | **CASE NO. 09-05822 SEK** |
| **JUAN MIGUEL MUÑOZ ROLDAN PATRICIA YVONNE GALINDEZ MATOS** | **CHAPTER 12** |
| **DEBTORS** | |

### MOTION TO SUBMIT SUMMARY OF CONSOLIDATED SCHEDULES AND CONSOLIDATED SCHEDULES

**TO THE HONORABLE COURT:**

**COME NOW** Debtors through the undersigned attorney and respectfully request and pray for the following:

1. On July 15, 2009 Debtors La Fundadora, Inc. and; Juan Miguel Muñoz Roldán and Patricia Yvonne Galindez Matos, filed voluntary petitions for relief pursuant chapter 12 of the Bankruptcy Code, 11 U.S.C. §1201 et.seq.

2. On July 15, 2009 Debtors requested the substantive consolidation of the above mentioned cases. (See Docket Entry No. 6)

3. On August 18, 2009, the cases were consolidated by this Honorable Court.

4. Debtors through this motion are submitting the consolidated schedules for the above mentioned cases.

5. Debtors respectfully request this Honorable Court to take notice of this motion.

   **WHEREFORE,** Debtors request this Honorable Court to take notice of this

motion with any other procedure that in accordance to law this Honorable Court

deems just and proper.

**I HEREBY CERTIFY** that a copy of this motion has been electronically filed with

the Clerk of the Bankruptcy Court using CM/ECF which will forward a copy of the same

to: the U.S. Trustee and all other parties in interest.

In Caguas, Puerto Rico, this 24th day of August, 2009.

**VICTOR GRATACOS DIAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PUERTO RICO 00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633

**Isa M. Gratacós- Padró**
/s/ Isa M. Gratacós- Padró (221209)

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                      Case No. **09-05820-12**

**LA FUNDADORA, INC**                                                       Chapter **12**

                               Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 2,170,081.00 | | |
| B - Personal Property | Yes | 4 | $ 875,910.30 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 1,947,100.80 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 16,585.19 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 478,547.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 16 | $ 3,045,991.30 | $ 2,442,232.99 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE LA FUNDADORA, INC**        Case No. **09-05820-12**

Debtor(s)        (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| DAIRY FARM WITH MILKING BUILDING, RANCH, HANGAR, WELLS WITH 44592 CDAS AT BO RANCHO CARR 444 KM 7 HM 4 MOCA, PR | | C | 676,492.00 | 1,944,750.50 |
| LOT OF LAND WITH 1.971 CDAS LOCATED AT CARR 444 KM 7.4 BO ROCHA MOCA PR 00678 | | C | 25,000.00 | 0.00 |
| LOT OF LAND WITH 11.26 CDAS LOCATED AT CARR 444 KM 7.4 BO ROCHA MOCA PR 00678 | | C | 110,000.00 | 1,944,750.50 |
| LOT OF LAND WITH 15 CENTIMOS LOCATED AT CARR 444 KM 7.4 BO ROCHA MOCA PR 00678 | | C | 5,000.00 | 0.00 |
| LOT OF LAND WITH 160.699 CDAS LOCATED AT CARR 444 KM 7.4 BO ROCHA MOCA PR 00678 | | C | 1,286,989.00 | 1,944,750.50 |
| LOT OF LAND WITH 6553 SQ MTS LOCATED AT CARR 444 KM 7.4 BO ROCHA MOCA PR 00678 | | C | 6,600.00 | 0.00 |
| LOT OF LAND WITH A STRUCTURE WITH 1CDA AT CARR 444 KM 7 HM 4 BO ROCHA MOCA 00676 | | C | 10,000.00 | 1,944,750.50 |
| RESIDENTIAL HOUSE WITH THREE BEDROOMS, TWO BATHROOMS, DINING AND LIVING ROOM, KITHCEN, PORCH, AND OFFICE WITH 1 CDA AT BO ROCHA CARR 444 KM 7 HM 4 MOCA, PR | | C | 50,000.00 | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

                                        **TOTAL**    **2,170,081.00**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE LA FUNDADORA, INC     Case No. 09-05820-12

_____
Debtor(s)             (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **CASH ON HAND** | C | 100.00 |
| | | **CASH ON HAND OF DEBTORS JUAN M. MUÑOZ & PATRICIA GALINDEZ, CONSOLIDATED CASE 09-05822 SEK-12.** | J | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT AT BANCO SANTANDER ACCOUNT NUMBER 3003017116** | C | 40.00 |
| | | **CHECKING ACCOUNT AT BANCO SANTANDER USE TO PAY MORTGAGE ACCOUNT NUMBER 3003038873** | C | 100.00 |
| | | **CHECKING ACCOUNT AT BBVA ACCOUNT NUMBER 00431750410797. FROM DEBTORS JUAN M. MUÑOZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | J | 257.30 |
| | | **CHECKING ACCOUNT AT WESTERNBANK # 001601022541. ACCOUNT CLOSED. FROM DEBTORS JUAN M. MUÑOZ & PATRICIA GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12** | J | 0.00 |
| | | **COMMERCIAL CHECKING ACCOUNT AT SCOTIABANK ACCOUNT NUMBER 265181** | C | 50.00 |
| | | **SAVINGS ACCOUNT AT BANCO POPULAR ACCOUNT NUMBER 479-338036. FROM DEBTORS JUAN M. MUÑOZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | J | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **UTILITY BOND. PERSONAL. FROM DEBTORS JUAN M. MUÑOZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | W | 100.00 |
| | | **UTILIY BOND AEE** | C | 1,000.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **TWO REFRIGERATORS, STOVE, MICROWAVE, DINING AND LIVING ROOM SET, THREE BEDROOM SET, THREE FAN, THREE A/C, TWO RADIO, TWO TV, COMPUTER WITH DESK, LAPTOP, WASHING AND DRYER MACHINE, PRINTER, SCANNER, TRADE. PERSONAL. FROM DEBTORS JUAN M. MUÑOZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE LA FUNDADORA, INC                                              Case No. **09-05820-12**
_____
                    Debtor(s)                                                    (If known)

### SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | | HOUSE AND WEARING APPAREL. PERSONAL. FROM DEBTORS JUAN M. MUÑOZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12. | J | 600.00 |
| 7. Furs and jewelry. | | FINE AND FANTASY JEWELRY. PERSONAL. FROM DEBTORS JUAN M. MUÑOZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12. | J | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE LA FUNDADORA, INC                                              Case No. 09-05820-12
_____          _____
Debtor(s)                                                               (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | FORD  F150 2000 | C | 4,920.00 |
| | | JEEP CHEROKEE 2004. PERSONAL. FROM DEBTORS JUAN M. MUÑOZ & PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12. | J | 10,000.00 |
| | | MERCEDES 350 SEL SOLD TO THIRD PARTY. PERSONAL. FROM DEBTORS JUAN M. MUÑOZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12. | W | 0.00 |
| | | PICK UP FORD F-150 1998 PERSONAL. FROM DEBTORS JUAN M. MUÑOZ & PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12. | W | 3,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | MILK CUOTA  5,000 CUARTILLOS | C | 135,000.00 |
| | | MILK CUOTA (21,000) | C | 462,000.00 |
| 31. Animals. | | 10 HORSES | C | 3,000.00 |
| | | 76 COWS ($93600), 26 RESTING COWS ($26000), 78 CALF ($62400), 2 BULLS ($2500) | C | 184,500.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE LA FUNDADORA, INC                                        Case No. __09-05820-12__
_____                                  (If known)
          Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | | TRACTOR,TOOLS, CHOPPER, POLISH, GATES,GENERATOR,TRANSFER SWITCH, ROUND BALE CLAMP,TRIMMERS,GENERATOR,TWO SEPTIC TANK BOMB, TWO COW MILK EXTRACTION BOMB, EIGHT COW MILK EXTRACTION MACHINE, TWO WATER EXTRACTION BOMBS,THREE  MILK TANK, TWO WATER TANK,TOMB SMALL CART,CLAMP TRACTOR, RUBBER PIPE, SMALL TRACTOR, PRESSURE MACHINE, SECURITY CAMARA | C | 60,000.00 |
| 34.  Farm supplies, chemicals, and feed. | | COW FOOD, IODINE, CLOROX, ACID, DETERGENT, NAPKINS, COW MEDICINE | C | 8,232.00 |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL     875,910.30

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE LA FUNDADORA, INC _____      Case No. **09-05820-12**
Debtor(s)                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE MUNOZ ROLDAN, JUAN MIGUEL & GALINDEZ MATOS, PATRICIA YVONNE     Case No. **09-05822-12**
_____Debtor(s)_____                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **CASH ON HAND** | **11 USC § 522(d)(5)** | 10.00 | 10.00 |
| **SAVINGS ACCOUNT AT BANCO POPULAR ACCOUNT NUMBER 479-338036** | **11 USC § 522(d)(5)** | 1.00 | 1.00 |
| **UTILITY BOND AEE** | **11 USC § 522(d)(5)** | 100.00 | 100.00 |
| **TWO REFRIGERATOR, STOVE ,MICROWAVE,DINING AND LIVING ROOM SET, THREE BEDROOM SET, THREE FAN, THREE A/C, TWO RADIO, TWO TV, TWO COMPUTER WITH A DESK, LAPTOP, WASHING AND DRYER MACHINE, PRINTER,SCANNER,TRADE** | **11 USC § 522(d)(3)** | 2,000.00 | 2,000.00 |
| **HOUSE AND WEARING APPAREL** | **11 USC § 522(d)(3)** | 600.00 | 600.00 |
| **FINE AND FANTASY JEWELRY** | **11 USC § 522(d)(4)** | 300.00 | 300.00 |
| **JEEP CHEROKEE 2004** | **11 USC § 522(d)(2)** | 6,450.00 | 10,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

**IN RE LA FUNDADORA, INC**          Case No. **09-05820-12**

Debtor(s)                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7006177160**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR 00936** | X | C | **2005 MORTGAGE LOAN DEBT**<br><br><br>VALUE $ **2,545,481.00** | | | | 1,736,116.73 | |
| ACCOUNT NO. **7006328355**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR 00936** | X | C | **2006 MORTGAGE LOAN DEBT**<br><br><br>VALUE $ **2,218,481.00** | | | | 116,151.72 | |
| ACCOUNT NO. **7006383372**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR 00936** | X | C | **2006 MORTGAGE LOAN DEBT**<br><br><br>VALUE $ **2,545,481.00** | | | | 62,162.86 | |
| ACCOUNT NO. **7006328126**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR 00936** | X | C | **2006 MORTGAGE LOAN DEBT**<br><br><br>VALUE $ **2,545,481.00** | | | | 30,319.19 | |

**1** continuation sheets attached          Subtotal (Total of this page)    $ **1,944,750.50**    $

Total (Use only on last page)    $        $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE LA FUNDADORA, INC _____    Case No. **09-05820-12** _____
                        Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **00431750410797** <br> **BBVA** <br> **PO BOX 364745** <br> **SAN JUAN, PR 00936-4745** | | J | **2009 OVER DRAFT DEBT. PERSONAL. FROM DEBTORS JUAN M. MUÑOZ & PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** <br> VALUE $ **10.00** | | | | 257.30 | 247.30 |
| ACCOUNT NO. **738670002558** <br> **FIRST BANK** <br> **PO BOX 9146** <br> **SAN JUAN, PR 00908-0146** | | W | **2004 CAR LOAN DEBT. PERSONAL. FROM DEBTORS JUAN M. MUÑOZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** <br> VALUE $ **10,000.00** | | | | 2,093.00 | |
| ACCOUNT NO. <br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br> VALUE $ | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **2,350.30** | $ **247.30** |
| Total (Use only on last page) | $ **1,947,100.80** | $ **247.30** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

**IN RE LA FUNDADORA, INC** _____    Case No. **09-05820-12** _____
<u>Debtor(s)</u>                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE LA FUNDADORA, INC                                                    Case No. 09-05820-12
                          Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5673** **CRIM** **PO BOX 195387** **SAN JUAN, PR  00919** | | H | **2006 PROPERTY TAX DEBT PERSONAL. FROM DEBTORS JUAN M. MUÑOZ & PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | | | | 90.00 | 90.00 | |
| ACCOUNT NO. **5673** **DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION 424B PO BOX 9024140 SAN JUAN, PR  00902-4140** | | H | **2007 TAX DEBT PERSONAL. FROM DEBTORS JUAN M. MUÑOAZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | | | X | 550.21 | 550.21 | |
| ACCOUNT NO. **660559614** **DEPARTAMENTO DEL TRABAJO PO BOX 191020 SAN JUAN, PR  00919-1020** | | C | **2009 TAX DEBT** | | | | 500.00 | 500.00 | |
| ACCOUNT NO. **660559614** **DEPARTMENT OF TREASURY SECCION DE QUIEBRAS OF 424-B PO BOX 9024140 SAN JUAN, PR  00902-4140** | | C | **2005-2008 TAX DEBT** | | | | 444.98 | 444.98 | |
| ACCOUNT NO. **660559614** **INTERNAL REVENUE SERVICE MERCANTIL PLAZA OFIC 914 2 AVE. PONCE DE LEON PDA 27 1/2 SAN JUAN, PR  00926** | | C | **2009 SOCIAL SECURITY DEBT** | | | | 5,000.00 | 5,000.00 | |
| ACCOUNT NO. **IRS** **PO BOX 16236** **PHILADELPHIA, PA  19114-0236** | | H | **2004-2008 SOCIAL SECURITY DEBT PERSONAL. FROM DEBTORS JUAN M. MUÑOZ AND PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | | | | 10,000.00 | 10,000.00 | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 16,585.19 | $ 16,585.19 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 16,585.19 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 16,585.19 | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE LA FUNDADORA, INC** _____  Case No. **09-05820-12** _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2471000957**<br><br>**ADVANCED COLLECTION SERVICES INC.**<br>**PO BOX 71515**<br>**SAN JUAN, PR  00936-8615** | | C | **2008 COLLECTION DEBT** | | | | **6,500.00** |
| ACCOUNT NO.<br><br>**ALBERTO TORO**<br>**PO BOX 651**<br>**CAMUY, PR  00627** | | C | **2008 PERSONAL LOAN** | | | | **16,000.00** |
| ACCOUNT NO. **126286**<br><br>**APLI**<br>**MAIO MORSA**<br>**PO BOX 2420**<br>**ISABELA, PR  00662-2420** | | C | **2009 DEBT** | | | | **500.00** |
| ACCOUNT NO. **200270**<br><br>**APLSS**<br>**PO BOX 1643 GUATEMALA**<br>**SAN SEBASTIAN, PR  00685** | | C | **2006 DEBT** | | | | **11,727.00** |

Subtotal
(Total of this page)  |$ **34,727.00**

____**3**____ continuation sheets attached

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE LA FUNDADORA, INC

Debtor(s)

Case No. **09-05820-12**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2471000957**<br><br>**BANCO POPULAR**<br>**PO BOX 363534**<br>**SAN JUAN, PR 00936-3534** | | C | **2007 CREDIT CARD DEBT** | | | | **7,000.00** |
| ACCOUNT NO. **3004405705**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR 00936** | | C | **2009 DEBT** | | | | **36,800.00** |
| ACCOUNT NO. **4508-2101-0001-4707**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR 00936** | | C | **2008 CREDIT CARD DEBT** | | | | **8,000.00** |
| ACCOUNT NO. **5124-5700-0037-0371**<br><br>**BANCO SANTANDER**<br>**DIVISION TRAJETAS DE CREDITO**<br>**PO BOX 362589**<br>**SAN JUAN, PR 00936-2589** | | W | **2005 CREDIT CARD DEBT**<br>**PERSONAL. FROM DEBTORS JUAN M. MUÑOZ &**<br>**PATRICIA GALINDEZ, CONSOLIDATED CASE NO.**<br>**09-05822 SEK- 12.** | | | | **10,000.00** |
| ACCOUNT NO. **00008007747137**<br><br>**BANCO SANTANDER**<br>**DIVISION TRAJETAS DE CREDITO**<br>**PO BOX 362589**<br>**SAN JUAN, PR 00936-2589** | | J | **2007 PERSONAL LOAN DEBT**<br>**PERSONAL. FROM DEBTORS JUAN M. MUÑOZ &**<br>**PATRICIA Y. GALINDEZ, CONSOLIDATED CASE**<br>**NO. 09-05822 SEK-12** | | | | **17,000.00** |
| ACCOUNT NO. **4549-5468-5875-3249**<br><br>**BPPR**<br>**PO BOX 362708**<br>**SAN JUAN, PR 00936-2708** | | W | **2005 CREDIT CARD DEBT**<br>**PERSONAL. FROM DEBTORS JUAN M. MUÑOZ &**<br>**PATRICIA Y. GALINDEZ, CONSOLIDATED CASE**<br>**NO. 09-05822 SEK-12** | | | | **7,200.00** |
| ACCOUNT NO. **5398-5823-0434-4050**<br><br>**CAPITAL ONE**<br>**DEPT 553**<br>**PO BOX 4115**<br>**CONCORD, CA 94524** | | W | **2002 CREDIT CARD DEBT**<br>**PERSONAL. FROM DEBTORS JUAN M. MUÑOZ &**<br>**PATRICIA Y. GALINDEZ, CONSOLIDATED CASE**<br>**NO. 09-05822 SEK-12.** | | | | **150.00** |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **86,150.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **LA FUNDADORA, INC**                                          Case No. **09-05820-12**
_____                        _____
                    Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6032593010809344**<br>**CITIFINANCIAL RETAIL SERVICES**<br>**PO BOX 22066**<br>**TEMPE, AZ  85285-2060** | | W | **2007 CREDIT CARD DEBT PERSONAL. FROM DEBTORS JUAN M. MUÑOZ & PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | | | | 900.00 |
| ACCOUNT NO. **12720231**<br>**FEDERACION PECUARIA**<br>**PO BOX 2635**<br>**MALECON ZONA PORTUARIA**<br>**MAYAGUEZ, PR  00681** | | C | **2007 DEBT** | | | | 2,300.00 |
| ACCOUNT NO.<br>**FINCA LA  EULALIA INC**<br>**WILFREDO NIEVES**<br>**APARTADO 782**<br>**QUEBRADILLAS, PR  00678** | | C | **2007 DEBT** | | | | 14,720.00 |
| ACCOUNT NO. **460**<br>**GAPSO INC**<br>**739 LOS INGENIEROS**<br>**MAYAGUEZ, PR  00680** | | C | **2007 DEBT** | | | | 5,400.00 |
| ACCOUNT NO. **5705**<br>**GRUPO MILLAGREO**<br>**PO BOX 11433**<br>**SAN JUAN, PR  00922-1433** | | C | **2007 DEBT** | | | | 2,500.00 |
| ACCOUNT NO. **660559614**<br>**INTERNAL REVENUE SERVICE**<br>**MERCANTIL PLAZA OFIC 914**<br>**2 AVE. PONCE DE LEON PDA 27 1/2**<br>**SAN JUAN, PR  00926** | | C | **2009 DEBT  PLANILLA 943 PR** | | | | 2,000.00 |
| ACCOUNT NO. **54502**<br>**OSCAR DAIRY EQUIPMENT**<br>**PO BOX 936**<br>**HATILLO, PR  00659-0936** | | C | **2006 DEBT** | | | | 250.00 |

Sheet no. __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |$  **28,070.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE LA FUNDADORA, INC                                            Case No. 09-05820-12
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**PAN AMERICAN GRAIN INSDUSTRIAL PARK CALLE 9 CLAUDIA AMELIA GUAYNABO, PR 00968** | | C | **2008 DEBT** | | | | 1,600.00 |
| ACCOUNT NO. **4915-1500-7319-7666** <br><br>**RG PREMIER BANK PO BOX 2510 GUAYNABO, PR 00970** | | W | **2005 CREDIT CARD DEBT PERSONAL. FROM DEBTORS JUAN M. MUÑOZ & PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | | | | 7,000.00 |
| ACCOUNT NO. **5841-3541-1001-8718** <br><br>**Scotiabank PO BOX 362649 San Juan, PR 00936-2649** | | W | **2003 CREDIT CARD DEBT PERSONAL. FROM DEBTORS JUAN M. MUÑOZ & PATRICIA Y. GALINDEZ, CONSOLIDATED CASE NO. 09-05822 SEK-12.** | | | | 6,000.00 |
| ACCOUNT NO. <br><br>**WILLIAM GALINDEZ PMB 714 89 AVE DE DIEGO SUITE 105 SAN JUAN, PR 00927** | | C | **2007-2009 DEBT** | | | | 65,000.00 |
| ACCOUNT NO. <br><br>**WILLIAM GALINDEZ PMB 714 89 AVE DE DIEGO SUITE 105 SAN JUAN, PR 00927** | | J | **2002 DEBT** | | | | 250,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **329,600.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ **478,547.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE LA FUNDADORA, INC                                                                     Case No. __09-05820-12__
_____                                          _____
                          Debtor(s)                                                                 (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **SUIZA DAIRY**<br>**PO BOX 363207**<br>**SAN JUAN, PR 00936-3207** | **MILK** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE LA FUNDADORA, INC                                      Case No. **09-05820-12**
_____                   _____
                        Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JUAN MIGUEL MUNOZ ROLDAN**<br>**PO BOX 2453**<br>**MOCA, PR  00676** | **BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR  00936**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR  00936**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR  00936**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR  00936** |
| **PATRICIA YVONNE GALINDEZ MATOS**<br>**PO BOX 2453**<br>**MOCA, PR  00676** | **BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR  00936**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR  00936**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR  00936**<br><br>**BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR  00936** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE MUNOZ ROLDAN, JUAN MIGUEL & GALINDEZ MATOS, PATRICIA YVONNE        Case No. 09-05822-12
_____
Debtor(s)                                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **AGRICULTURE/DAIRY FARMER** | |
| Name of Employer | **LA FUNDADORA, INC** | |
| How long employed | **10 years** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 0.00 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 0.00 | $ 0.00 |
| | | |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ 0.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE MUNOZ ROLDAN, JUAN MIGUEL & GALINDEZ MATOS, PATRICIA YVONNE    Case No. **09-05822-12**

Debtor(s)        (If known)

## SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ |
|    a. Are real estate taxes included?   Yes ____ No ✓ | |
|    b. Is property insurance included?   Yes ____ No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 70.00 |
|    b. Water and sewer | $ |
|    c. Telephone | $ |
|    d. Other **See Schedule Attached** | $ 311.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 30.00 |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 40.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ 30.00 |
| 8. Transportation (not including car payments) | $ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ |
|    e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 318.00 |
|    b. Other **GASOLINE** | $ 200.00 |
|          **CAR MAIN** | $ 30.00 |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other _____ | $ |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.   |$ **1,379.00**|

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 0.00 |
|    b. Average monthly expenses from Line 18 above | $ 1,379.00 |
|    c. Monthly net income (a. minus b.) | $ -1,379.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MUNOZ ROLDAN, JUAN MIGUEL & GALINDEZ MATOS, PATRICIA YVONNE    Case No. 09-05822-12

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities (DEBTOR)

| | |
|---|---:|
| **CELLULAR PHONE** | **150.00** |
| **DIRECT TV SERVICE** | **84.00** |
| **PROPANE GAS** | **13.00** |
| **INTERNET SERVICE** | **64.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **LA FUNDADORA, INC**                                                                                 Case No. **09-05820-12**
_____
                              Debtor(s)                                                                                            (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                                                                                                                            Debtor

Date: _____        Signature: _____
                                                                                                                            (Joint Debtor, if any)
                                                                                                  [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                 _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                 Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                 _____
Signature of Bankruptcy Petition Preparer                                                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **LA FUNDADORA, INC**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **17** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 14, 2009**_____        Signature: **/s/ PATRICIA Y GALINDEZ MATOS**_____

**PATRICIA Y GALINDEZ MATOS**_____
                                                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **MUNOZ ROLDAN, JUAN MIGUEL & GALINDEZ MATOS, PATRICIA YVONNE**     Case No. **09-05822-12**
Debtor(s)                                                                 (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 24, 2009** _____   Signature: **/s/ JUAN MIGUEL MUNOZ ROLDAN** _____
                                                           **JUAN MIGUEL MUNOZ ROLDAN**                                    Debtor

Date: **August 24, 2009** _____   Signature: **/s/ PATRICIA YVONNE GALINDEZ MATOS** _____
                                                           **PATRICIA YVONNE GALINDEZ MATOS**                        (Joint Debtor, if any)
                                                                                         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                                   _____
                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                        Case No. **09-05820-12**_____

**LA FUNDADORA, INC**_____   Chapter **12**_____
                                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 230,320.00 | 2007 INCOME |
| 219,847.00 | 2008 INCOME |
| 122,504.00 | 2009 INCOME |

---

**2. Income other than from employment or operation of business**

None
☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **COWS** **$20,000** | **COWS HUNGER** | **2008** |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **VICTOR GRATACOS DIAZ, ESQ PO BOX 7571 CAGUAS, PR 00726** | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either  absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise  transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this  case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None List all property owned by another person that the debtor holds or controls.


**15. Prior address of debtor**

None If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **LA FUNDADORA** | **660559614** | **PO BOX 2453 MOCA, PR  00676** | **DAIRY FARM** | **1998 TO PRESENT** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **ELIDA LORENZO CASTRO PO BOX 1592 MOCA, PR  00676** | **1999 TO PRESENT** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|
| **BANCO SANTANDER PO BOX 362589 SAN JUAN, PR  00936** | **2000** |
| **SCOTIABANK PO BOX 362649** | **2001** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **JUNE 2009** | **PATRICIA Y GALINDEZ** | **$60,000 TRACTOR,TOOLS, CHOPPER, POLISH, GATES,GENERATOR,TRANSFER SWITCH, ROUND BALE CLAMP,TRIMMERS,GENERATOR,TWO SEPTIC TANK BOMB, TWO COW MILK EXTRACTION BOMB, EIGHT COW MILK EXTRACTION MACHINE, TWO WATER EXTRACTION BOMBS,THREE MILK TANK, TWO WATER TANK,TOMB SMALL CART,CLAMP TRACTOR, RUBBER PIPE, SMALL TRACTOR, PRESSURE MACHINE, SECURITY CAMARA** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | **PATRICIA Y GALINDEZ** |

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 14, 2009**                    Signature: ***/s/ PATRICIA Y GALINDEZ MATOS***

**PATRICIA Y GALINDEZ MATOS, PRESIDENT**

<small>Print Name and Title</small>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                          Case No. **09-05820-12**

**LA FUNDADORA, INC**                                          Chapter **12**
Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **August 14, 2009**          Signature: */s/ PATRICIA Y GALINDEZ MATOS*
                                              **PATRICIA Y GALINDEZ MATOS, PRESIDENT**          Debtor


Date: _____     Signature: _____
                                                                        Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LA FUNDADORA, INC
PO BOX 2453
MOCA, PR 00676

BPPR
PO BOX 362708
SAN JUAN, PR 00936-2708

GAPSO INC
739 LOS INGENIEROS
MAYAGUEZ, PR 00680

Victor Gratacos-Diaz Legal Office
P.O. BOX 7571
Caguas, PR 00726

CAPITAL ONE
DEPT 553
PO BOX 4115
CONCORD, CA 94524

GRUPO MILLAGREO
PO BOX 11433
SAN JUAN, PR 00922-1433

ADVANCED COLLECTION SERVICES INC.
PO BOX 71515
SAN JUAN, PR 00936-8615

CITIFINANCIAL RETAIL SERVICES
PO BOX 22066
TEMPE, AZ 85285-2060

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA OFIC 914
2 AVE. PONCE DE LEON PDA 27 1/2
SAN JUAN, PR 00926

ALBERTO TORO
PO BOX 651
CAMUY, PR 00627

CRIM
PO BOX 195387
SAN JUAN, PR 00919

IRS
PO BOX 16236
PHILADELPHIA, PA 19114-0236

APLI
MAIO MORSA
PO BOX 2420
ISABELA, PR 00662-2420

DEPARTAMENTO DE HACIENDA
BANKRUPTCY SECTION 424B
PO BOX 9024140
SAN JUAN, PR 00902-4140

OSCAR DAIRY EQUIPMENT
PO BOX 936
HATILLO, PR 00659-0936

APLSS
PO BOX 1643 GUATEMALA
SAN SEBASTIAN, PR 00685

DEPARTAMENTO DEL TRABAJO
PO BOX 191020
SAN JUAN, PR 00919-1020

PAN AMERICAN GRAIN
INSDUSTRIAL PARK
CALLE 9 CLAUDIA AMELIA
GUAYNABO, PR 00968

BANCO POPULAR
PO BOX 363534
SAN JUAN, PR 00936-3534

DEPARTMENT OF TREASURY
SECCION DE QUIEBRAS OF 424-B
PO BOX 9024140
SAN JUAN, PR 00902-4140

RG PREMIER BANK
PO BOX 2510
GUAYNABO, PR 00970

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936

FEDERACION PECUARIA
PO BOX 2635
MALECON ZONA PORTUARIA
MAYAGUEZ, PR 00681

Scotiabank
PO BOX 362649
San Juan, PR 00936-2649

BANCO SANTANDER
DIVISION TRAJETAS DE CREDITO
PO BOX 362589
SAN JUAN, PR 00936-2589

FINCA LA EULALIA INC
WILFREDO NIEVES
APARTADO 782
QUEBRADILLAS, PR 00678

SUIZA DAIRY
PO BOX 363207
SAN JUAN, PR 00936-3207

BBVA
PO BOX 364745
SAN JUAN, PR 00936-4745

FIRST BANK
PO BOX 9146
SAN JUAN, PR 00908-0146

WILLIAM GALINDEZ
PMB 714 89 AVE DE DIEGO SUITE 105
SAN JUAN, PR 00927

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:

Case No. **09-05820-12**

**LA FUNDADORA, INC**

Chapter **12**

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................ $ _____ **4,000.00**

   Prior to the filing of this statement I have received ....................................................... $ _____ **472.00**

   Balance Due ........................................................................................ $ _____ **3,528.00**

2. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**August 14, 2009**                    **/s/ Victor Gratacos-Diaz**

Date

**Victor Gratacos-Diaz 127906**
**Victor Gratacos-Diaz Legal Office**
**P.O. BOX 7571**
**Caguas, PR  00726**

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. **09-05822-12**

**MUNOZ ROLDAN, JUAN MIGUEL & GALINDEZ MATOS, PATRICIA YVONNE**          Chapter **12**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐     including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this
      case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that
      maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the
      beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
      under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a
      joint petition is not filed.)

      AMOUNT   SOURCE
      **7,190.00   2008 INCOME**
      **15,340.00   2007 INCOME**
      **9,841.00   2009 INCOME**

---

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑     **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse
      separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☐     debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
      constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
      a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
      counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| ADM ALLIANCE NUTRITION HATILLO, PR | JULY 2009 | 1,750.00 | 0.00 |
|---|---|---|---|
| COW FOOD | | | |
| ADM ALLIANCE NUTRITION HATILLO, PR | JUNE 2009 | 5,250.00 | 0.00 |
| COW FOOD | | | |
| ADM ALLIANCE NUTRITION HATILLO, PR | MAY 2009 | 5,250.00 | 0.00 |
| COW FOOD | | | |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **VICTOR GRATACOS DIAZ, ESQ**<br>**PO BOX 7571**<br>**CAGUAS, PR 00726** | **2/2/2009** | **472.00** |

**DEBTOR PAID THE SUM OF $472 FOR EXPENSES IN THIS CASE. DEBTOR PAID THE SUM OF $239 FOR THE FILING FEE OF THIS CASE.**

| | | |
|---|---|---|
| **CONSUMER CREDIT COUNSELING**<br>**100 EDGEWOOD AVENUE**<br>**SUITE 1800**<br>**ATLANTA, GA 30303** | **2/2/2009** | **50.00** |

**DEBTOR PAID THE CONSUMER CREDIT COUNSELING PRIOR TO THE FILING FEE OF THIS CASE**

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **ANIBAL AQUINO**<br>**SAN SEBASTIAN, PR** | | **1988 350 SL MERCEDES BENZ**<br>**$6,000** |

**MONEY WAS USED FOR COW FOOD**

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WESTERN BANK**<br>**PO BOX 1180**<br>**MAYAGUEZ, PR 00681-1180** | **001601022541** | **$0 MARCH 2009** |
| **BANCO SANTANDER**<br>**PO BOX 362589**<br>**SAN JUAN, PR 00936** | **3104622932** | **$0 DECEMBER 2008** |

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.



© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during
☑    that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
☑    Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case,
     identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating
the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑    potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the
     Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate
☑    the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor
☑    is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
☐    of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole
     proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the
     commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
     preceding the commencement of this case.

     *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
     of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately
     preceding the commencement of this case.

     *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
     of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately
     preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| LA FUNDADORA, INC | 660559614 | | DAIRY FARM | 1998 UP TO PRESENT |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
**ELIDA LORENZO CASTRO**
**PO BOX 1592**
**MOCA, PR  00676**

DATES SERVICES RENDERED
**SINCE 1999**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August 10, 2009**          Signature **/s/ JUAN MIGUEL MUNOZ ROLDAN**
                                   of Debtor                                **JUAN MIGUEL MUNOZ ROLDAN**

Date: **August 10, 2009**          Signature **/s/ PATRICIA YVONNE GALINDEZ MATOS**
                                   of Joint Debtor                          **PATRICIA YVONNE GALINDEZ MATOS**
                                   (if any)

                    **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                    Case No. **09-05822-12**

MUNOZ ROLDAN, JUAN MIGUEL & GALINDEZ MATOS, PATRICIA YVONNE          Chapter **12**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................ $ __**4,000.00**__

Prior to the filing of this statement I have received ............................................................. $ __**472.00**__

Balance Due ............................................................................................................. $ __**3,528.00**__

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>__**August 24, 2009**__          _/s/ Victor Gratacos-Diaz_<br>Date                                   Victor Gratacos-Diaz 127906<br>                                        Victor Gratacos-Diaz Legal Office<br>                                        P.O. BOX 7571<br>                                        Caguas, PR  00726 |