

EXHIBIT A

**HYPOTHETICAL CHAPTER 7 LIQUIDATION** — Case Number: 09-05820 SEK

| Asset Description | Value | CREDITOR | 1st lien | CREDITOR | 2nd lien | CREDITOR | 3rd lien | CREDITOR | 4th lien | Value less liens | Debtor Int. | Debtor Interest $ | 11 USC 522 | Exemptions | Non Exempt Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dairy Farm Carr.444 Bo.Rocha | $ 676,492 | Sant | $ 676,492 | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| 1,971 Cdas Bo.Rocha | $ 25,000 | | $ - | | $ - | | $ - | | $ - | $ 25,000 | 1 | $ 25,000 | | $ - | $ 25,000 |
| 11.26 Cdas Bo.Rocha | $ 110,000 | | $ - | | $ - | | $ - | | $ - | $ 110,000 | 1 | $ 110,000 | | $ - | $ 110,000 |
| 15 Centinos Bo.Rocha | $ 5,000 | | $ - | | $ - | | $ - | | $ - | $ 5,000 | 1 | $ 5,000 | | $ - | $ 5,000 |
| 174.81 Cdas Bo.Rocha | $ 1,286,989 | Sant | $ 671,259 | CRIM | $ 7,210 | | $ - | | $ - | $ 608,521 | 1 | $ 608,521 | | $ - | $ 608,521 |
| Residence Bo.Rocha (1 cda) | $ 50,000 | | $ - | | $ - | | $ - | | $ - | $ 50,000 | 1 | $ 50,000 | | $ - | $ 50,000 |
| Checking & Savings | $ 448 | | $ - | | $ - | | $ - | | $ - | $ 448 | 1 | $ 448 | d5 | $ 257 | $ 191 |
| Cash (Petty Cash) | $ 110 | | $ - | | $ - | | $ - | | $ - | $ 110 | 1 | $ 110 | d5 | $ 10 | $ 100 |
| Deposits (AAA/AEE/Tel) | $ 1,100 | | $ - | | $ - | | $ - | | $ - | $ 1,100 | 1 | $ 1,100 | d5 | $ 100 | $ 1,000 |
| Household goods | $ 2,000 | | $ - | | $ - | | $ - | | $ - | $ 2,000 | 1 | $ 2,000 | d3 | $ 2,000 | $ - |
| Books | $ - | | $ - | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Wearing Apparel | $ 600 | | $ - | | $ - | | $ - | | $ - | $ 600 | 1 | $ 600 | d3 | $ 600 | $ - |
| Jewelry | $ 300 | | $ - | | $ - | | $ - | | $ - | $ 300 | 1 | $ 300 | d4 | $ 300 | $ - |
| Firearms | $ - | | $ - | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Inheritance | $ - | | $ - | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Inheritance | $ - | | $ - | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Acct. Receivable | $ - | | $ - | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| 2000 Ford F150 | $ 4,920 | | $ - | | $ - | | $ - | | $ - | $ 4,920 | 1 | $ 4,920 | | $ - | $ 4,920 |
| 2004 Cherokee | $ 10,000 | FB | $ 2,093 | | $ - | | $ - | | $ - | $ 7,907 | 1 | $ 7,907 | d2 | $ 6,450 | $ 1,457 |
| 350 Mercedes Benz (3rd party) | $ - | | $ - | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| 1998 Ford F150 | $ 3,700 | | $ - | | $ - | | $ - | | $ - | $ 3,700 | 1 | $ 3,700 | | $ - | $ 3,700 |
| Auto 5 | $ - | | $ - | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Auto 6 | $ - | | $ - | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Milk Quota (21,000 / 5,000) | $ 597,000 | Sant | $ 597,000 | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Horses(10) /Cows(180) /Bulls (2) | $ 187,500 | | $ - | | $ - | | $ - | | $ - | $ 187,500 | 1 | $ 187,500 | | $ - | $ 187,500 |
| Farm Equipment | $ 60,000 | | $ - | | $ - | | $ - | | $ - | $ 60,000 | 1 | $ 60,000 | | $ - | $ 60,000 |
| Farm Supplies | $ 2,500 | | $ - | | $ - | | $ - | | $ - | $ 2,500 | 1 | $ 2,500 | | $ - | $ 2,500 |
| Inventory | $ - | | $ - | | $ - | | $ - | | $ - | $ - | 1 | $ - | | $ - | $ - |
| 1 Cda.Bo. Rocha | $ 10,000 | | $ - | | $ - | | $ - | | $ - | $ 10,000 | 1 | $ 10,000 | | $ - | $ 10,000 |
| 6553 Sq.Mtrs. Bo.Rocha | $ 6,600 | | $ - | | $ - | | $ - | | $ - | $ 6,600 | 1 | $ 6,600 | | $ - | $ 6,600 |
| **TOTALS** | $ 3,040,259 | | $ 1,946,844 | | $ 7,210 | | $ - | | $ - | $ 1,086,206 | | $ 1,086,206 | | $ 9,717 | $ 1,076,489 |

| | |
|---|---|
| Non Exempt Equity: | $ 1,086,206 |
| CH7 Trustee Fee - Secured: | $ 37,613 |
| Secured Liquidation Cost: | $ 91,250 * |
| Funds available for Allowed Unsecured: | $ 931,625 |
| Unsecured Priority Claims: | $ 16,585 |
| Funds available for Priority Claims: | $ 931,625 |
| Disbursement to Priority Claims: | $ 16,585 |
| CH7 Trustee Fee - Priority: | $ 829 |
| Unsecured Priority Claims Recovery %: | 100.00% |
| Funds available for General Unsecured: | $ 914,211 |
| General Unsecured Claims: | $ 478,547 |
| Funds available for General Unsecured: | $ 914,211 |
| CH7 Trustee Fee - General Unsec.: | |
| Disbursement for General Unsecured ($): | $ 478,547 |
| General Unsecured Claims Recovery %: | 100.00% |
| Case Liquidation Value: | |
| Allowed Unsecured Claims Recovery ($): | $ 495,132 |
| Allowed Unsecured Claims Recovery %: | 100.00% |
| Surplus after paying all claims: | $ 435,664 |
| 100% of allowed unsec. paid + Surplus: | $ 930,796 |

* Deed of Sale & Mrtg Cancellation
Notarial Fees and Staps,
Realtor Fees &
Capital Gain Tax 10%