LA FUNDADORA, INC.
09-05820 MCF

## TABLE OF CONTENTS

EXHIBITS

| | |
|---|---|
| A | TABLE OF SALE OF MILK PR |
| B | LIQUIDATION 2009-2011 |
| C1-C3 | LIQUIDATION FACTOR |
| D1-D4 | INDULAC LIQUIDATIONS |
| E | LIQUIDATIONS 2012 |
| F | INDULAC LETTER |
| G1-G5 | ADMINISTRATIVE ORDER -CREDIT |
| H | UHT SALES 2001-2012 |
| I1-I4 | ADMINISTRATIVE ORDER -MERCADEO |
| J1-J2 | PAYSTUBS SUIZA & INDULAC |
| K1-K8 | INCREASE OF FOOD PRICE FROM 2010 THRU 2013 |
| L1-L7 | MILK AVERAGE PRICE |
| M1-M5 | PAYSTUBS FROM JULY 2009 THRU JULY 2013 |
| N | LIQUIDATION ANALYSIS |
| O | SCHEDULED PAYMENTS |
| P | PAYMENT PROPOSAL |
| Q | BANCO SANTANDER |
| R | INTEREST RATE AUGUST 2013 |