

Total de ventas de categoría leche para P.R.

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| Relación: $ por cuartillo | $ 1.17 | $ 1.19 | $ 1.45 | $ 1.59 | $ 1.63 | $ 1.66 |

Cuartillos ('000).
Dólares ('000).

2006: 163,885 / $191,238
2007: -3% 158,960 / -0.9% $189,537
2008: -1.9% 155,968 / 19.7% $226,863
2009: -4.2% 149,491 / 4.6% $237,405
2010: -0.7% 148,387 / 1.8% $241,744
2011: -8.6% 135,605 / -6.8% $225,376

Fuente Reporte de Nielsen para categoría leche. Incluye Leche Fresca, empaque aséptico, evaporada, saborizada, condensada y en polvo. . Año: Junio a Julio.

