

## OFICINA REGLAMENTACION INDUSTRIA LECHERA
### RESUMEN LIQUIDACION AL GANADERO
### QUINCENA TERMINADA 06/19/13

| CONCEPTO | CANTIDAD | PRECIO | VALOR |
|---|---|---|---|
| TOTAL PRODUCCION | 10,958,510 | *Precio Bruto* | |
| Menos: | | | |
| Leche Retenida Fresca Plantas | 8,071,092 | 0.90000 | $ 7,263,982.80 |
| Leche Retenida Comedores | 409,386 | 0.90000 | 368,447.40 |
| Total Leche Retenida Fresca Y Comedores | 8,480,478 | 0.90000 | $ 7,632,430.20 |
| Leche Retenida Indulac UHT Local | 1,264,528 | 0.90000 | 1,138,075.20 |
| Leche Excedente Indulac Crema de Fluida | 84,200 | 0.90000 | 75,780.00 |
| Leche Retenida Indulac Decomisada | - | 0.90000 | - |
| Total Leche Retenida UHT y Decomisada | 1,348,728 | 0.90000 | $ 1,213,855.20 |
| Leche FEP/MARCAS PRIVADAS | 8,568 | 0.66000 | 5,654.88 |
| Total Leche FEP/MARCAS PRIVADAS | 8,568 | 0.66000 | $ 5,654.88 |
| Leche Excedente Derivados No Fluidos Tres Monjitas | 189,541 | 0.41500 | 78,659.52 |
| Leche Excedente Con Sabores y Sin Lactosa Plantas | 38,156 | 0.40000 | 15,262.40 |
| Total Excedente Productos Derivados Plantas | 227,697 | 0.41249 | $ 93,921.92 |
| Leche Excedente Retenida Para Queso | 72,300 | 0.40000 | 28,920.00 |
| Leche Excedente UHT Sin Lactosa Descremada | 7,195 | 0.40000 | 2,878.00 |
| Leche Excedente Con Mercado Limitado (Pasteurizada) Exportación | 444,162 | 0.20000 | 88,832.40 |
| Leche Excedente Con Mercado Limitado (Pasteurizada) Exportación VTM | 185,813 | 0.18000 | 33,446.34 |
| Leche Retenida Indulac UHT Para Exportacion | 183,569 | 0.11500 | 21,110.44 |
| Total Excedente Productos Derivados Indulac | 893,039 | 0.19617 | $ 175,187.18 |
| Decomisada no Pagada | - | | - |
| COSTO A LAS PLANTAS | 10,958,510 | 0.83233 | $ 9,121,049.38 |
| RETENCIONES | | | |
| FFIL Aportaciones (Leche Retenida Fresca, Comedores Y UHT) | 9,829,206 | 0.01000 | $ 98,292.06 |
| TRANSPORTE LECHE CRUDA | 10,958,510 | 0.01500 | 164,377.65 |
| APORTACION PROGRAMAS | 9,829,206 | 0.01500 | 147,438.09 |
| PRESTAMOS FEP INC. | 9,829,206 | 0.01000 | 98,292.06 |
| CARGO POR SERVICIO INDULAC/LECHE FRESCA | 8,480,478 | 0.00500 | 42,402.39 |
| CARGO POR SERVICIO INDULAC/UHT | 1,348,728 | 0.09500 | 128,129.16 |
| Total Retenciones | 10,958,510 | 0.06195 | $ 678,931.41 |
| Sobrante Neto Para Liquidación | 10,958,510 | 0.77037 | $ 8,442,117.97 |
| Menos: Liquidación Sobre el 100% | 11,531 | - | $ - |
| Decomiso Antibiotico No Pagado | - | - | - |
| Disponible Para Liquidación | 10,946,979 | | |
| | | NETO | |
| Precio Liquidacion Leche Retenida Fresca Y Producida Sin Mercado  1er nivel | 8,480,417 | 0.83500 | $ 7,081,148.88 |
| Precio Liquidacion Leche Retenida UHT Local Y Decomisada  2do nivel | 1,348,735 | 0.75500 | 1,018,295.63 |
| Precio Liquidacion Leche Excedente FEP/MARCAS PRIVADAS  3er nivel | 8,566 | 0.64506 | 5,525.61 |
| Precio Liquidacion Ponderado Otros Productos (Incluye Leche Utilizada Para: Derivados No Fluidos, Leche con Sabores y Deslactosada, Leche Excedente retenida para Queso, Leche UHT Exportación, Excedente con Mercado Limitado Pasteurizado Exportación y Leche Excedente UHT Sin Lactosa)  4to nivel | 1,109,201 | 0.30079 | 333,636.56 |
| Total Liquidacion | 10,946,919 | 0.77087 | $ 8,438,606.68 |
| Ajustes Periodo Anterior | | | |
| Sobrante (Deficit) | | | $ 3,511.29 |

\*\* notations at left margin next to CARGO POR SERVICIO rows.

Right margin annotation: NET PRICE PAID FARMER

Handwritten note at bottom: Por motivo de leche decomisada y sin mercado el precio neto bajó a 83.5¢; y ponderado a 30.079¢   Blended Price



L.F.