FONDO ESTIBILIZACION PRECIOS
ANALISIS FACTOR DE LIQUIDACION QUINCENAL
AÑO 2009

| Quincena | Cuota | FRESCA Total | Factor Liquidacion Base | Factor Liquidacion Final | UHT Total | Factor Liquidacion Base | Factor Liquidacion Final | Maximo Cobrado 1er Nivel | Otros Total | Otros Factor | Decomiso No Pagados | Cllos | Total Produccion | % Cuota |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/09 | 15,390,719 | 8,605,665 | 55,915 | 57,775 | 3,039,451 | 19,749 | 42,225 | 100.00 | 0 | 0 | 3,915 | 11,649,031 | | 75,689 |
| 01/21/09 | 15,390,719 | 9,866,997 | 64.110 | 68.156 | 1,979,465 | 12.861 | 31.844 | 100.00 | 0 | 0 | 0 | 11,846,462 | | 76,971 |
| 02/04/09 | 15,385,719 | 9,777,955 | 63.552 | 67.302 | 2,322,168 | 15.093 | 32.698 | 100.00 | 0 | 0 | 0 | 12,100,123 | | 78,645 |
| 02/18/09 | 15,385,719 | 9,999,079 | 64.989 | 68.546 | 2,398,661 | 15.590 | 31.454 | 100.00 | 0 | 0 | 2,151 | 12,399,891 | | 80,594 |
| 03/04/09 | 15,385,719 | 9,615,239 | 62.495 | 64.871 | 2,498,709 | 16.240 | 27.480 | 100.00 | 0 | 0 | 0 | 12,501,235 | | 81,252 |
| 03/18/09 | 15,385,719 | 9,959,766 | 64.734 | 67.679 | 1,826,255 | 11.870 | 18.880 | 86.56 | 387,287 | 2.517 | 0 | 12,526,408 | | 81,416 |
| 04/01/09 | 15,415,719 | 9,788,367 | 63.496 | 66.004 | 1,853,588 | 12.024 | 18.090 | 84.09 | 718,229 | 4.668 | 222,158 | 12,442,791 | | 80,715 |
| 04/15/09 | 15,442,458 | 9,155,659 | 59.289 | 60.922 | 1,930,680 | 12.502 | 17.170 | 78.09 | 798,524 | 5.180 | 2,312 | 12,261,618 | | 79,402 |
| 04/29/09 | 15,442,458 | 10,305,772 | 66.737 | 70.608 | 852,905 | 5.523 | 8.670 | 79.28 | 1,163,275 | 7.533 | 12,004 | 12,072,023 | | 78,174 |
| 05/13/09 | 15,442,458 | 9,004,624 | 58.311 | 59,908 | 1,950,471 | 12.631 | 16.740 | 76.65 | 913,346 | 5.915 | 0 | 12,203,851 | | 79,028 |
| 05/27/09 | 15,447,458 | 9,017,464 | 58.375 | 59.596 | 1,991,320 | 12.891 | 17.130 | 76.73 | 1,242,877 | 8.048 | 5,879 | 12,158,348 | | 78,708 |
| 06/10/09 | 15,447,458 | 9,472,707 | 61.322 | 63.553 | 1,295,616 | 8.387 | 12.120 | 75.67 | 1,344,277 | 7.408 | 5,287 | 11,773,161 | | 76,214 |
| 06/24/09 | 15,447,458 | 9,273,228 | 60.031 | 62.365 | 1,194,832 | 7.735 | 11.080 | 73.45 | 994,648 | 6.439 | 10,190 | 11,495,761 | | 74,418 |
| 07/08/09 | 15,426,458 | 8,758,691 | 56.777 | 58.588 | 1,620,020 | 10.502 | 15.190 | 73.78 | 1,027,701 | 6.653 | 0 | 11,119,625 | | 72,082 |
| 07/22/09 | 15,463,150 | 9,163,447 | 59.260 | 61.970 | 1,342,158 | 8.680 | 14.880 | 76.85 | 726,668 | 4.711 | 14,246 | 10,859,303 | | 70,227 |
| 08/05/09 | 15,473,150 | 9,043,116 | 58.444 | 61.461 | 1,173,720 | 7.586 | 13.570 | 75.03 | 353,698 | 2.287 | 0 | 10,549,209 | | 68,178 |
| 08/19/09 | 15,473,150 | 10,158,802 | 65.654 | 86.93 | 27,709 | 0.179 | 13.070 | 100.00 | 326,322 | 2.109 | 6,051 | 10,202,148 | | 65,935 |
| 09/02/09 | 15,473,150 | 9,843,709 | 63.618 | 91.714 | 6,315 | 0.041 | 8.286 | 100.00 | 0 | 0 | 15,637 | 9,859,839 | | 63,722 |
| 09/16/09 | 15,473,150 | 9,668,052 | 62.483 | 84.879 | 26,906 | 0.174 | 15.121 | 100.00 | 0 | 0 | 9,815 | 9,707,270 | | 62,736 |
| 09/30/09 | 15,429,049 | 9,158,902 | 59.361 | 88.386 | 24,374 | 0.158 | 11.614 | 100.00 | 0 | 0 | 12,312 | 9,191,685 | | 59,574 |
| 10/14/09 | 15,460,049 | 9,446,068 | 61.100 | 86.300 | 28,822 | 0.186 | 13.700 | 100.00 | 0 | 0 | 8,409 | 9,493,361 | | 61,406 |
| 10/28/09 | 15,450,049 | 9,744,227 | 63.069 | 91.689 | 19,326 | 0.125 | 8.311 | 100.00 | 0 | 0 | 18,471 | 9,770,277 | | 63,238 |
| 11/11/09 | 15,431,589 | 9,986,083 | 64.712 | 92,369 | 27,407 | 0.178 | 7.631 | 100.00 | 0 | 0 | 6,724 | 10,018,877 | | 64,924 |
| 11/25/09 | 15,449,853 | 8,938,848 | 57.857 | 62.994 | 1,282,064 | 8.298 | 37.006 | 100.00 | 0 | 0 | 5,387 | 10,227,715 | | 66,199 |
| 12/09/09 | 15,443,899 | 9,455,594 | 61.225 | 68.158 | 733,253 | 4.748 | 13.950 | 82.11 | 233,203 | 1.510 | 6,803 | 10,423,557 | | 67,493 |
| 12/23/09 | 15,473,899 | 8,885,620 | 57.423 | 61.060 | 1,551,280 | 10.025 | 20.92 | 81.98 | 288,850 | 1.867 | 1,507 | 10,725,750 | | 69,315 |
| Total | 401,330,376 | 246,093,681 | | | 32,997,475 | | | | 10,318,905 | | 169,258 | 289,579,319 | | |
| Maximo | 15,473,899 | 10,305,772 | 66.737 | 92.369 | 3,039,451 | 19.749 | 42.225 | 100.00 | 1,242,877 | 8.048 | 222,158 | 12,526,408 | | 81,416 |
| Promedio | 15,435,784 | 9,465,142 | 61.321 | 70.530 | 1,269,134 | 8.230 | 18.417 | 88.95 | 396,881 | 2.571 | 6,510 | 11,137,666 | | 72,155 |
| Mínimo | 15,385,719 | 8,605,665 | 55.915 | 57.775 | 6,315 | 0.041 | 7.631 | 73.45 | 0 | 0 | 0 | 9,191,685 | | 59,574 |

primer nivel = leche fresca UTM + Sobra d
leche fluida UHT Insular
L.F.

FONDO ESTABILIZACION PRECIOS
ANALISIS FACTOR DE LIQUIDACION QUINCENAL
AÑO 2010

| Quincena | Cuota | FRESCA Total | FRESCA Factor Liquidacion Base | FRESCA Factor Liquidacion Final | UHT Total | UHT Factor Liquidacion Base | UHT Factor Liquidacion Final | Maximo Cobrado 1er Nivel | Otros Total | Otros Factor | Decomiso No Pagados | Total Produccion Cllos | Total Produccion % Cuota |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/10 | 15,473,899 | 7,735,749 | 49.992 | 51.466 | 2,784,546 | 17.995 | 31.400 | 82.87 | 282,523 | 1.825 | 0 | 10,802,718 | 69.813 |
| 01/20/10 | 15,481,899 | 10,105,714 | 65.274 | 71.861 | 850,079 | 5.491 | 13.982 | 85.84 | 261,200 | 1.687 | 7,995 | 11,224,988 | 72.504 |
| 02/03/10 | 15,471,899 | 9,834,888 | 63.566 | 69.232 | 1,198,955 | 7.749 | 18.063 | 87.30 | 247,058 | 1.597 | 3,127 | 11,284,028 | 72.932 |
| 02/17/10 | 15,481,899 | 9,590,920 | 61.949 | 65.583 | 1,875,362 | 12.113 | 23.595 | 89.18 | 253,784 | 1.639 | 15,132 | 11,735,198 | 75.799 |
| 03/03/10 | 15,471,899 | 9,517,737 | 61.516 | 64.895 | 1,918,635 | 12.401 | 24.063 | 88.96 | 250,937 | 1.622 | 2,836 | 11,690,135 | 75.557 |
| 03/17/10 | 15,471,899 | 9,820,860 | 63.475 | 68.112 | 1,717,131 | 11.098 | 26.371 | 94.48 | 102,367 | 0.662 | 2,103 | 11,642,461 | 75.249 |
| 03/31/10 | 15,471,899 | 9,348,655 | 60.423 | 64.862 | 2,262,269 | 14.622 | 30.858 | 94.92 | 94,147 | 0.609 | 11,109 | 11,716,181 | 75.726 |
| 04/14/10 | 15,471,899 | 9,608,535 | 62.103 | 65.449 | 2,373,639 | 15.342 | 30.603 | 96.05 | 112,485 | 0.727 | 0 | 12,094,660 | 78.172 |
| 04/28/10 | 15,431,439 | 9,702,469 | 62.875 | 66.518 | 2,164,943 | 14.029 | 28.952 | 95.47 | 119,984 | 0.778 | 0 | 11,987,396 | 77.682 |
| 05/12/10 | 15,471,899 | 9,237,994 | 59.708 | 62.731 | 2,602,107 | 16.818 | 32.033 | 94.76 | 119,267 | 0.771 | 0 | 11,959,368 | 77.297 |
| 05/26/10 | 15,471,899 | 8,653,581 | 55.931 | 57.854 | 3,272,586 | 21.152 | 36.174 | 94.03 | 152,464 | 0.985 | 2,668 | 12,081,299 | 78.085 |
| 06/09/10 | 15,496,313 | 9,155,990 | 59.085 | 62.517 | 2,177,143 | 14.049 | 28.265 | 90.78 | 115,724 | 0.747 | 16,351 | 11,465,208 | 73.987 |
| 06/23/10 | 15,475,313 | 9,105,969 | 58.842 | 62.500 | 2,031,107 | 13.125 | 27.333 | 89.83 | 103,800 | 0.671 | 6,698 | 11,243,263 | 72.653 |
| 07/07/10 | 15,475,313 | 8,815,811 | 56.967 | 60.632 | 2,004,376 | 12.952 | 27.317 | 87.95 | 101,184 | 0.654 | 6,698 | 10,928,069 | 70.615 |
| 07/21/10 | 15,485,313 | 8,902,546 | 57.490 | 62.360 | 1,539,637 | 9.943 | 23.180 | 85.54 | 119,058 | 0.769 | 1,136 | 10,562,377 | 68.209 |
| 08/04/10 | 15,485,313 | 9,162,056 | 59.166 | 66.559 | 989,882 | 6.392 | 18.770 | 85.33 | 105,043 | 0.678 | 4,962 | 10,261,943 | 65.269 |
| 08/18/10 | 15,475,313 | 9,597,561 | 62.019 | 80.847 | 123,302 | 0.797 | 19.153 | 100.00 | 0 | - | 2,387 | 9,720,863 | 62.815 |
| 09/01/10 | 15,380,140 | 9,370,389 | 60.925 | 88.003 | 19,484 | 0.127 | 11.997 | 100.00 | 0 | - | 1,573 | 9,391,546 | 61.063 |
| 09/15/10 | 15,429,049 | 9,340,739 | 60.540 | 100 | 0 | - | - | 100.00 | 0 | - | 0 | 9,340,739 | 60.540 |
| 09/29/10 | 15,429,049 | 9,158,902 | 59.361 | 88.386 | 24,374 | 0.158 | 11.614 | 100.00 | 0 | - | 8,409 | 9,191,685 | 59.574 |
| 10/13/10 | 15,358,385 | 9,086,071 | 59.160 | 94.160 | 10,032 | 0.065 | 5.840 | 100.00 | 0 | - | 3,857 | 9,099,960 | 59.251 |
| 10/27/10 | 15,358,385 | 9,032,113 | 58.809 | 100 | 0 | - | - | 100.00 | 0 | - | 0 | 9,032,113 | 58.809 |
| 11/10/10 | 15,370,910 | 9,338,783 | 60.756 | 92.970 | 25,565 | 0.166 | 7.030 | 100.00 | 0 | - | 8,777 | 9,373,125 | 60.980 |
| 11/24/10 | 15,307,910 | 9,489,146 | 61.989 | 89.757 | 24,920 | 0.163 | 10.243 | 100.00 | 0 | - | 7,174 | 9,521,240 | 62.198 |
| 12/08/10 | 15,344,910 | 8,723,841 | 56.852 | 64.363 | 1,437,709 | 9.369 | 35.637 | 100.00 | 0 | - | 0 | 10,161,550 | 66.221 |
| 12/22/10 | 15,362,910 | 8,467,807 | 55.119 | 61.273 | 1,754,338 | 11.419 | 26.138 | 87.41 | 129,846 | 0.845 | 8,988 | 10,360,979 | 67.442 |
| Total | 401,406,955 | 239,904,828 | 59.766 | | 35,182,121 | 8.765 | | | 2,670,771 | 0.665 | 115,372 | 277,873,092 | 69.225 |
| Maximo | 15,496,313 | 10,105,714 | 65.274 | 100.000 | 3,272,586 | 21.152 | 36.174 | 100.00 | 282,423 | 1.825 | 16,351 | 12,094,660 | 78.172 |
| Promedio | 15,438,729 | 9,227,109 | 59.765 | 72.388 | 1,353,159 | 8.751 | 21.100 | 93.49 | 102,722 | 0.664 | 4,437 | 10,687,427 | 69.209 |
| Minimo | 15,307,910 | 7,735,749 | 49.992 | 51.466 | 0 | - | - | 82.87 | 0 | - | 0 | 9,032,313 | 58.809 |


L.F.

FONDO ESTBILIZACION PRECIOS
ANALISIS FACTOR DE LIQUIDACION QUINCENAL
AÑO 2011

| Quincena | Cuota | FRESCA Total | Factor Liquidacion Base | Factor Liquidacion Final | UHT Total | Factor Liquidacion Base | Factor Liquidacion Final | Maximo Cobrado 1er Nivel | Otros Total | Factor | Decomiso En Finca | Decomiso No Pagados | Total Prod Cllos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/11 | 15,284,910 | 7,935,325 | 51.916 | 55.662 | 2,638,547 | 17.262 | 41.075 | 96.74 | 6,684 | 0.044 | 0 | 0 | 10,580,556 |
| 01/19/11 | 15,375,011 | 10,018,066 | 65.158 | 76.217 | 808,880 | 5.261 | 22.307 | 98.52 | 13,301 | 0.087 | 0 | 0 | 10,840,247 |
| 02/02/11 | 15,385,148 | 9,002,582 | 58.515 | 64.335 | 1,982,412 | 12.885 | 28.758 | 93.09 | 126,163 | 0.820 | 0 | 11,346 | 11,122,503 |
| 02/16/11 | 15,385,148 | 9,154,665 | 59.503 | 64.983 | 2,246,798 | 14.604 | 35.017 | 100.00 | 0 | - | 0 | 18,055 | 11,419,518 |
| 03/02/11 | 15,385,148 | 9,105,905 | 59.186 | 63.845 | 2,302,058 | 14.963 | 29.855 | 93.70 | 178,735 | 1.162 | 0 | 3,833 | 11,590,531 |
| 03/16/11 | 15,432,148 | 9,419,541 | 61.038 | 66.386 | 2,187,215 | 14.173 | 28.103 | 94.49 | 189,002 | 1.225 | 0 | 7,375 | 11,803,133 |
| 03/30/11 | 15,398,648 | 9,158,586 | 59.477 | 63.615 | 2,465,284 | 16.010 | 30.346 | 93.96 | 177,900 | 1.155 | 0 | 0 | 11,801,770 |
| 04/13/11 | 15,454,751 | 9,382,719 | 60.711 | 65.023 | 2,318,988 | 15.005 | 28.643 | 93.67 | 177,369 | 1.148 | 0 | 7,212 | 11,886,288 |
| 04/27/11 | 15,454,751 | 8,623,988 | 55.802 | 58.660 | 3,201,386 | 20.715 | 34.761 | 93.42 | 198,481 | 1.284 | 0 | 0 | 12,023,855 |
| 05/11/11 | 15,454,751 | 8,940,324 | 57.848 | 61.132 | 2,917,189 | 18.876 | 32.737 | 93.87 | 190,602 | 1.233 | 0 | 5,574 | 12,053,689 |
| 05/25/11 | 15,459,751 | 8,503,924 | 55.654 | 58.699 | 3,082,557 | 19.939 | 34.420 | 93.12 | 175,416 | 1.135 | 0 | 0 | 11,861,897 |
| 06/08/11 | 15,437,112 | 8,801,668 | 57.016 | 60.377 | 2,715,443 | 17.590 | 30.620 | 91.00 | 184,414 | 1.195 | 0 | 1,435 | 11,702,960 |
| 06/22/11 | 15,314,424 | 8,569,639 | 56.611 | 59.728 | 2,439,777 | 15.931 | 28.907 | 88.64 | 180,436 | 1.178 | 0 | 5,529 | 11,295,381 |
| 07/06/11 | 15,314,424 | 8,521,115 | 56.294 | 59.463 | 2,377,943 | 15.527 | 28.827 | 88.29 | 183,750 | 1.200 | 0 | 0 | 11,182,818 |
| 07/20/11 | 15,327,424 | 8,620,979 | 56.245 | 59.623 | 2,264,907 | 14.777 | 27.935 | 87.56 | 192,497 | 1.256 | 0 | 11,774 | 11,090,157 |
| 08/03/11 | 15,327,424 | 8,539,059 | 55.711 | 59.188 | 1,981,539 | 12.928 | 26.025 | 85.21 | 180,216 | 1.176 | - | 0 | 10,700,814 |
| 08/17/11 | 15,319,424 | 9,431,384 | 61.565 | 70.007 | 597,862 | 3.903 | 11.875 | 81.88 | 178,808 | 1.167 | 0 | 0 | 10,212,262 |
| 08/31/11 | 15,327,424 | 9,154,256 | 59.725 | 67.393 | 720,574 | 4.701 | 13.521 | 80.91 | 161,543 | 1.054 | 0 | 4,208 | 10,047,736 |
| 09/14/11 | 15,302,424 | 9,333,955 | 60.997 | 72.464 | 290,231 | 1.897 | 6.650 | 79.11 | 179,246 | 1.171 | 0 | 11,363 | 9,807,648 |
| 09/28/11 | 15,275,445 | 8,930,240 | 58.461 | 66.861 | 775,090 | 5.074 | 13.706 | 80.57 | 160,284 | 1.049 | 0 | 4,216 | 9,874,305 |
| 10/12/11 | 15,241,384 | 8,999,072 | 59.044 | 68.564 | 531,789 | 3.489 | 10.039 | 78.60 | 175,974 | 1.155 | 0 | 8,691 | 9,717,510 |
| 10/26/11 | 15,219,384 | 9,258,339 | 60.833 | 71.433 | 327,332 | 2.151 | 5.720 | 77.15 | 85,036 | 0.559 | 193,688 | 10,675 | 9,866,180 |
| 11/09/11 | 15,259,384 | 8,801,457 | 57.679 | 64.994 | 990,682 | 6.492 | 35.006 | 100.00 | 0 | - | 0 | 1,785 | 9,792,339 |
| 11/23/11 | 15,230,924 | 8,608,480 | 56.520 | 62.001 | 1,314,380 | 8.630 | 21.250 | 83.25 | 103,369 | 0.679 | 0 | 0 | 10,026,229 |
| 12/07/11 | | | | | | | | | | | | | |
| 12/21/11 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total | 368,366,766 | 215,115,268 | | | 43,478,863 | | | | 3,399,236 | 0.923 | 193,688 | 113,071 | 262,300,126 |
| Máximo | 15,459,751 | 10,018,066 | 65.158 | 76.217 | 3,201,386 | 20.715 | 41.075 | 100.00 | 198,481 | 1.284 | 193,688 | 18,055 | 12,053,689 |
| Promedio | 15,348,615 | 8,963,136 | 58.396 | 64.194 | 1,811,619 | 11.783 | 25.107 | 89.45 | 141,635 | 0.922 | 8,070 | 4,711 | 10,929,172 |
| Mínimo | 15,219,384 | 7,935,325 | 51.916 | 55.662 | 290,231 | 1.897 | 5.720 | 77.15 | 0 | - | 0 | 0 | 9,717,510 |

5.80   13.32