


PO BOX 362949
SAN JUAN, PUERTO RICO
00936-2949

Impreso el:
10-Jan-13

1

# RESUMEN PAGOS A GANADEROS
Para el período del 5-Jan-12 al 31-Dec-12

LA FUNDADORA, INC
PO BOX 2453
MOCA, PR 00676

Licencia #:
00-0003124

| Cheque Número | Fecha | | InvoiceNo | Comentario | Cantidad |
|---|---|---|---|---|---|
| 011163 | 8/10/2012 | | | | 419.76 |
| | | | AJUSTEEXPO | Ajuste Pago Exportacion Quincena 5-25-11 | 419.76 |
| 011342 | 8/16/2012 | | | | 1,829.84 |
| | | | DECOMISADA | 89 cllos. @ 0.85 | 75.65 |
| | | | DERIV0815 | 5151 cllos. @ 0.335 | 1,725.59 |
| | | X | DIF081512 | 286 cllos. @ 0.1 | 28.60 |
| D01121 | 1/5/2012 | | | | 2,502.05 |
| | | X | EXP010512 | 4830 cllos. @ 0.335 | 1,618.05 |
| | | | UHT0105 | 1040 cllos. @ 0.85 | 884.00 |
| D01198 | 1/19/2012 | | | | 1,423.56 |
| | | X | EXP011812 | 3133 cllos. @ 0.335 | 1,049.56 |
| | | | UHT0118 | 440 cllos. @ 0.85 | 374.00 |
| D01251 | 2/2/2012 | | | | 1,987.17 |
| | | X | EXP020112 | 4209 cllos. @ 0.335 | 1,410.02 |
| | | | UHT0201 | 679 cllos. @ 0.85 | 577.15 |
| D01315 | 2/16/2012 | | | | 1,834.24 |
| | | X | EXP021512 | 4194 cllos. @ 0.335 | 1,404.99 |
| | | | UHT0215 | 505 cllos. @ 0.85 | 429.25 |
| D01381 | 2/29/2012 | | | | 1,385.84 |
| | | X | EXP022912 | 3231 cllos. @ 0.335 | 1,082.39 |
| | | | UHT0229 | 357 cllos. @ 0.85 | 303.45 |
| D01516 | 3/16/2012 | | | | 2,605.31 |
| | | | DERIV0314 | 19 cllos. @ 0.335 | 6.37 |
| | | X | EXP031412 | 6941 cllos. @ 0.335 | 2,325.24 |
| | | | UHT0314 | 322 cllos. @ 0.85 | 273.70 |
| D01580 | 3/29/2012 | | | | 2,924.52 |
| | | X | EXP032812 | 7479 cllos. @ 0.335 | 2,505.47 |
| | | | UHT0328 | 493 cllos. @ 0.85 | 419.05 |

*Evidence of Deferred payments & payments for export markets.*

L.F. ⑥

Continúa en la próxima página.




OX 362949  
JUAN, PUERTO RICO  
J36-2949

2

Impreso el:  
10-Jan-13

# RESUMEN PAGOS A GANADEROS
Para el período del 5-Jan-12 al 31-Dec-12

LA FUNDADORA, INC.  
PO BOX 2463

MOCA, PR 00676

Licencia #:  
00-0003124

| Cheque Número | Fecha | InvoiceNo | Comentario | Cantidad |
|---|---|---|---|---|
| D01651 | 4/12/2012 | | | 3,063.77 |
| | | DERIV0411 | 333 cllos. @ 0.335 | 111.56 |
| | | EXP041112 | 7686 cllos. @ 0.335 | 2,574.81 |
| | | UHT0411 | 444 cllos. @ 0.85 | 377.40 |
| D01718 | 4/26/2012 | | | 2,527.24 |
| | | DERIV0425 | 846 cllos. @ 0.335 | 283.41 |
| | | DIF042512 | 5646 cllos. @ 0.335 | 1,891.08 |
| | | UHT0425 | 415 cllos. @ 0.85 | 352.75 |
| D01777 | 5/10/2012 | | | 0.00 |
| | | CREMA0510 | 605 cllos. @ 0.485 | 293.43 |
| | | DERIV0510 | 2146 cllos. @ 0.335 | 718.91 |
| | | DIF051012 | 6230 cllos. @ 0.335 | 2,087.05 |
| | | SABOR0510 | 335 cllos. @ 0.385 | 128.98 |
| | | UHT0510 | 702 cllos. @ 0.85 | 596.70 |
| | | CREMA0510 | 605 cllos. @ 0.485 | -293.43 |
| | | DERIV0510 | 2146 cllos. @ 0.335 | -718.91 |
| | | DIF051012 | 6230 cllos. @ 0.335 | -2,087.05 |
| | | SABOR0510 | 335 cllos. @ 0.385 | -128.98 |
| | | UHT0510 | 702 cllos. @ 0.85 | -596.70 |
| D01842 | 5/10/2012 | | | 3,825.07 |
| | | CREMA0510 | 605 cllos. @ 0.485 | 293.43 |
| | | DERIV0510 | 2146 cllos. @ 0.335 | 718.91 |
| | | DIF051012 | 6230 cllos. @ 0.335 | 2,087.05 |
| | | SABOR0510 | 335 cllos. @ 0.385 | 128.98 |
| | | UHT0510 | 702 cllos. @ 0.85 | 596.70 |

Continúa en la próxima página.





3

OX 362949  
JUAN, PUERTO RICO  
J36-2949

Impreso el:  
10-Jan-13

# RESUMEN PAGOS A GANADEROS
### Para el período del 5-Jan-12 al 31-Dec-12

LA FUNDADORA, INC.  
PO BOX 2453  
MOCA, PR 00676

Licencia #:  
00-0003124

| Cheque Número | Fecha | InvoiceNo | Comentario | Cantidad |
|---|---|---|---|---|
| D01908 | 5/25/2012 | | | 3,800.65 |
| | | CREMA0523 | 283 cllos. @ 0.485 | 137.26 |
| | | DERIV0523 | 2122 cllos. @ 0.335 | 710.87 |
| | | x DIF052312 | 7557 cllos. @ 0.35 | 2,644.95 |
| | | SABOR0523 | 152 cllos. @ 0.385 | 58.52 |
| | | UHT0523 | 293 cllos. @ 0.85 | 249.05 |
| D01975 | 6/7/2012 | | | 3,545.39 |
| | | CREMA0606 | 260 cllos. @ 0.485 | 126.10 |
| | | DERIV0606 | 2297 cllos. @ 0.335 | 769.50 |
| | | x DIF060612 | 6658 cllos. @ 0.35 | 2,330.30 |
| | | SABOR0606 | 141 cllos. @ 0.385 | 54.29 |
| | | UHT0606 | 312 cllos' @ 0.85 | 265.20 |
| D02030 | 6/21/2012 | | | 1,482.81 |
| | | DECOM0620 | 42 cllos @ 0.85 | 35.70 |
| | | DERIV0620 | 3746 cllos. @ 0.335 | 1,254.91 |
| | | x DIF062012 | 961 cllos. @ 0.2 | 192.20 |
| D02098 | 7/4/2012 | | | 2,053.93 |
| | | DECOM0704 | 13 cllos @ 0.85 | 11.05 |
| | | DERIV0704 | 4725 cllos. @ 0.335 | 1,582.88 |
| | | x DIF070412 | 1840 cllos. @ 0.25 | 460.00 |
| D02157 | 7/19/2012 | | | 2,317.17 |
| | | DERIV0718 | 5059 cllos. @ 0.335 | 1,694.77 |
| | | x DIF071812 | 3112 cllos. @ 0.2 | 622.40 |
| D02220 | 8/2/2012 | | | 2,160.65 |
| | | DECOM0801 | 25 cllos. @ 0.85 | 21.25 |
| | | DERIV0801 | 5245 cllos. @ 0.335 | 1,757.08 |
| | | x DIF080112 | 6372 cllos. @ 0.06 | 382.32 |
| D02264 | 8/30/2012 | | | 1,437.35 |
| | | DECOMISADA | 1691 cllos. @ 0.85 | 1,437.35 |

LF. (3)

Continúa en la próxima página



OX 362949  
JUAN, PUERTO RICO  
336-2949

Impreso el:  
10-Jan-13

# RESUMEN PAGOS A GANADEROS
### Para el período del 5-Jan-12 al 31-Dec-12

LA FUNDADORA, INC.  
PO BOX 2453  

MOCA, PR 00676

Licencia #:  
00-0003124

| Cheque Número | Fecha | InvoiceNo | Comentario | Cantidad |
|---|---|---|---|---|
| D02282 | 9/13/2012 | | | 1,892.28 |
| | | DECOMISADA | 498 cllos. @ 0.85 | 423.30 |
| | | DERIVA0912 | 4385 cllos. @ 0.335 | 1,468.98 |
| D02302 | 9/26/2012 | | | 1,485.91 |
| | | DECOMISADA | 135 cllos. @ 0.85 | 114.75 |
| | | DERIVA0926 | 4093 cllos. @ 0.335 | 1,371.16 |
| D02323 | 10/11/2012 | | | 1,729.30 |
| | | DECOMISADA | 458 cllos. @ 0.85 | 389.30 |
| | | DERIV1010 | 4000 cllos. @ 0.335 | 1,340.00 |
| D02344 | 10/24/2012 | | | 1,255.00 |
| | | CREMA | 260 cllos. @ 0.85 | 221.00 |
| | | DERIV1024 | 2585 cllos. @ 0.4 | 1,034.00 |
| D02374 | 11/7/2012 | | | 570.60 |
| | | CREMA | 115 cllos. @ 0.85 | 97.75 |
| | | DERIVA1107 | 600 cllos. @ 0.4 | 240.00 |
| | | SINMERCADO | 4483 cllos. @ 0.05194 | 232.85 |
| D02421 | 11/21/2012 | | | 503.12 |
| | | DERIVA1121 | 546 cllos. @ 0.4 | 219.20 |
| | | MERCADOLIM | 5408 cllos. @ 0.0525 | 283.92 |
| D02467 | 12/5/2012 | | | 3,162.99 |
| | | DERIVA1205 | 833 cllos. @ 0.4 | 333.20 |
| | | UHT EXPORT | 3241 cllos. @ 0.335 | 1,085.74 |
| | | UHT_CREMA | 2310 cllos. @ 0.755 | 1,744.05 |
| D02522 | 12/20/2012 | | | 4,602.04 |
| | | DERIVA1219 | 1960 cllos. @ 0.4 | 784.00 |
| | | UHT_CREMA | 5057 cllos. @ 0.755 | 3,818.04 |

| | | | Total | 58,327.56 |
|---|---|---|---|---|

Nuestros registros indican que éste es el total de dinero pagado por concepto de excedente durante el período del 5-Jan-12 al 31-Dec-12.

Certifico Correcto:  
Juan C. Rivera