FONDO ESTABILIZACION PRECIOS
ANALISIS FACTOR DE LIQUIDACION QUINCENAL
AÑO 2012

| Quincena | Cuota | Fresca Y Comedores | | | | UHT Local | | | | Máximo Cobrado | UHT Exp Y DEFERIDO | | | | FEP Privados | | | Otros | | | Descuento No Pagados | Otros | Total Producción | % Cuota |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Factor Liquidación | | | Total | Factor Liquidación | | | | Total | Factor Liquidación | | | Total | Factor Liquidación | | Total | Factor | | | | |
| | | | Base | Final | | | Base | Final | 1er Nivel | | | Base | Final | | | Base | Final | | | | | | |
| 01/04/12 | 15,315,023 | 7,787,673 | 50.850 | 53.307 | 515,921 | 3.369 | 4.000 | 57,360 | | | | | | | | | | 167,468 | 1.093 | 3,804 | 10,930,723 | 71.177 |
| 01/18/12 | 15,322,162 | 9,134,193 | 59.614 | 63.655 | 196,727 | 1.284 | 1.696 | 65,351 | | | | | | | | | | 169,624 | 1.106 | 0 | 11,124,614 | 72.605 |
| 02/01/12 | 15,322,162 | 9,126,174 | 59.562 | 63.263 | 316,904 | 2.068 | 2.610 | 65,673 | 1,623,870 | 10.598 | 23.111 | | | | | | | 169,672 | 1.107 | 7,292 | 11,363,372 | 74.160 |
| 02/15/12 | 15,322,162 | 9,512,895 | 62.086 | 66.175 | 224,454 | 1.465 | 1.944 | 68,119 | 1,743,330 | 11.378 | 23.550 | | | | | | | 147,851 | 0.965 | 1,802 | 11,415,822 | 74.505 |
| 02/29/12 | 15,322,162 | 8,961,688 | 58.488 | 61.780 | 176,696 | 1.153 | 1.374 | 63,154 | 1,528,795 | 9.978 | 24.520 | | | | | | | 166,134 | 1.084 | 8,704 | 11,496,700 | 75.031 |
| 03/14/12 | 15,322,162 | 9,506,214 | 62.197 | 66.018 | 144,325 | 0.944 | 1.237 | 67,255 | 2,183,478 | 14.250 | 29.840 | | | | | | | 178,698 | 1.169 | 0 | 11,560,249 | 75.635 |
| 03/28/12 | 15,284,162 | 8,965,429 | 58.658 | 61.612 | 241,478 | 1.580 | 1.897 | 62,509 | 1,731,012 | 11.326 | 26.694 | | | | | | | 177,263 | 1.160 | 0 | 11,463,483 | 75.002 |
| 04/11/12 | 15,284,162 | 8,727,827 | 57.104 | 59.900 | 218,636 | 1.430 | 1.709 | 61,609 | 2,079,308 | 13.604 | 29.175 | | | | | | | 178,118 | 1.165 | 11,780 | 11,291,387 | 73.876 |
| 04/25/12 | 15,104,134 | 9,381,707 | 64.232 | 68.264 | 167,507 | 1.109 | 1.595 | 69,859 | 2,155,026 | 14.100 | 29.563 | | | | | | | 187,950 | 1.244 | 2,179 | 11,376,109 | 75.318 |
| 05/09/12 | 15,233,824 | 8,762,731 | 57.522 | 59.776 | 340,637 | 2.236 | 2.700 | 62,478 | 1,316,756 | 8.718 | 21.709 | | | | | | | 265,629 | 1.675 | 8,920 | 11,232,554 | 73.734 |
| 05/23/12 | 15,271,824 | 8,381,850 | 54.884 | 56.699 | 149,306 | 0.978 | 1.127 | 57,736 | 1,834,637 | 12.043 | 23.955 | | | | | | | 228,953 | 1.499 | 0 | 11,078,656 | 72.543 |
| 05/06/12 | 15,233,824 | 8,633,534 | 56.673 | 58.689 | 151,382 | 0.994 | 1.200 | 59,889 | 2,318,547 | 15.182 | 29.055 | | | | | | | 234,062 | 1.536 | 0 | 10,970,577 | 72.015 |
| 06/20/12 | 15,233,824 | 8,871,772 | 58.235 | 61.012 | 18,363 | 0.121 | 0.160 | 61,172 | 1,951,599 | 12.811 | 25.699 | | | | | | | 254,898 | 1.673 | 1,811 | 10,508,405 | 69.697 |
| 07/04/12 | 15,233,824 | 8,215,723 | 53.931 | 56.054 | 5,912 | 0.039 | 0.051 | 56,105 | 393,019 | 2.580 | 3.695 | 1,069,142 | 7.018 | 16.393 | | | | 226,088 | 1.484 | 4,530 | 10,343,111 | 67.896 |
| 07/18/12 | 15,220,824 | 7,972,416 | 52.378 | 54.031 | 11,944 | 0.078 | 0.095 | 54,126 | 1,561,255 | 10.257 | 24.508 | 1,492,345 | 7.075 | 16.477 | | | | 285,629 | 1.484 | 0 | 11,013,249 | 72.360 |
| 08/01/12 | 15,220,824 | 7,972,416 | | 54.031 | 11,944 | 0.078 | 0.095 | 54,126 | 1,561,255 | 10.257 | 24.508 | 1,069,142 | 7.018 | 16.393 | | | | 254,898 | 1.673 | 1,811 | 10,147,320 | 66.667 |
| 08/15/12 | 15,209,824 | 9,271,431 | 60.957 | 68.907 | 19,786 | 0.130 | 0.341 | 69,248 | 59,859 | 0.394 | 1.999 | 397,817 | 2.624 | 8.316 | | | | 163,294 | 1.074 | 1,579 | 9,823,756 | 64.588 |
| 08/29/12 | 15,193,824 | 9,459,815 | 62.129 | 77.786 | 90,748 | 0.597 | 6.505 | 84,291 | | | | 342,993 | 2.253 | 7.167 | | | | 38,197 | 0.251 | 12,604 | 9,585,764 | 63.092 |
| 09/12/12 | 15,193,824 | 9,134,023 | 60.117 | 72.854 | 47,968 | 0.316 | 1.916 | 74,770 | 0 | 0 | 0.000 | | | | | | | 161,766 | 1.065 | 7,623 | 9,351,380 | 61.547 |
| 09/26/12 | 15,193,824 | 8,992,169 | 59.183 | 72.349 | 14,190 | 0.093 | 0.520 | 72,869 | 0 | 0 | 0.000 | | | | | | | 161,132 | 1.061 | 33,153 | 9,167,491 | 60.337 |
| 10/10/12 | 15,202,824 | 8,855,116 | 59.562 | 71.459 | 50,181 | 0.330 | 1.762 | 73,221 | 0 | 0 | 0.000 | | | | | | | 203,237 | 1.337 | 7,623 | 9,324,687 | 61.335 |
| 10/24/12 | 15,202,824 | 9,259,452 | 60.906 | 73.940 | 24,218 | 0.159 | 1.000 | 74,940 | 0 | 0 | 0.000 | 314,412 | 2.063 | 3.841 | | | | 183,061 | 1.204 | 7,491 | 9,466,731 | 62.270 |
| 11/07/12 | 15,242,824 | 8,642,985 | 56.734 | 62.215 | 50,396 | 0.265 | 0.443 | 62,658 | 0 | 0 | 0.000 | 599,656 | 2.063 | | | | | 199,656 | 1.934 | 7,491 | 9,609,760 | 63.044 |
| 11/21/12 | 15,242,824 | 8,991,264 | 58.987 | 62.449 | 0 | 0.000 | 0.000 | 62,449 | 0 | 0 | 0.000 | | | | | | | 763,485 | 4.884 | 0 | 9,754,883 | 63.997 |
| 12/05/12 | 15,242,824 | 8,669,808 | 55.878 | 61.836 | 694,058 | 4.553 | 8.856 | 70,722 | 228,572 | 1.506 | 25.550 | | | | | | | 161,445 | 1.059 | 0 | 9,755,690 | 63.871 |
| 12/19/12 | 15,242,824 | 8,275,695 | 54.292 | 57.537 | 1,558,051 | 10.222 | 19.449 | 76,974 | 51,597 | 0.339 | 13.960 | 9,577 | 0.063 | 0.247 | | | | 196,281 | 1.288 | 14,921 | 10,106,122 | 66.301 |
| Total | 396,377,301 | 230,255,519 | 56.216 | | 5,419,788 | 1.367 | | 27,055,635 | 6.826 | | 3,500,109 | 0.883 | | | 5,868,585 | 1.481 | 120,474 | 222,719,910 | 68.603 |
| Máximo | 15,322,162 | 9,201,707 | 64.232 | 77.786 | 1,558,051 | 10.222 | 19.449 | 84,291 | 2,425,857 | 15.840 | 29.922 | 1,092,365 | 7.171 | 16.477 | | | | 744,426 | 4.864 | 17,034 | 11,560,249 | 75.635 |
| Promedio | 15,322,162 | 8,875,205 | 58.219 | 63.536 | 208,453 | 1.366 | 2.470 | 66,006 | 1,040,601 | 6.814 | 15.637 | 350,008 | 1.471 | 3.745 | | | | 225,715 | 1.481 | 4,634 | 10,489,227 | 68.794 |
| Mínimo | 15,104,136 | 7,787,673 | 50.850 | 53.307 | 0 | 0.000 | 0.000 | 54,126 | 0 | 0 | 0.000 | 0 | 0.000 | 0.050 | | | | 36,197 | 0.251 | 0 | 9,162,491 | 64.357 |




FONDO ESTABILIZACION PRECIOS
ANALISIS FACTOR DE LIQUIDACION QUINCENAL
AÑO 2013

| Quincena | Cuota | Fresas Y Comederas Total | Factor Liquidacion Base | Final | UHT Local Total | Factor Liquidacion Base | Final | UHT PEP Privados Total | Factor Liquidacion Base | Final | UHT Exp Y DIFERIDO Total | Factor Liquidacion Base | Final | Otros Total | Factor | Descenso No Pagados | Total Produccion Cltos | %Cn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/16/13 | 15,242,824 | 6,925,367 | 58.555 | 62.380 | 993,210 | 6.516 | 10.919 | 443,173 | 2.907 | 8.396 | 48,926 | 0.321 | 8.893 | 190,638 | 1.251 | 7,434 | 10,608,748 | 69.6 |
| 1/30/13 | 15,261,088 | 9,221,018 | 60.422 | 64.552 | 1,205,586 | 7.900 | 15.544 | 110,905 | 0.727 | 2.520 | 97,008 | 0.636 | 10.667 | 178,130 | 1.167 | 4,568 | 10,817,715 | 70.3 |
| 2/13/13 | 15,261,088 | 8,993,012 | 58.404 | 61.904 | 1,020,079 | 6.684 | 9.663 | 713,522 | 4.675 | 10.814 | 181,499 | 1.189 | 12.922 | 187,247 | 1.227 | 0 | 11,015,350 | 72.2 |
| 2/27/13 | 15,261,088 | 8,924,939 | 58.482 | 61.849 | 1,669,558 | 10.881 | 17.464 | 440,998 | 2.890 | 9.201 | 0 | - | - | 172,747 | 1.132 | 0 | 11,199,242 | 73.4 |
| 3/13/13 | 15,261,088 | 8,836,288 | 57.861 | 60.861 | 2,013,735 | 13.195 | 21.500 | 41,021 | 0.269 | 0.760 | 224,897 | 1.474 | 12.350 | 183,032 | 1.199 | 0 | 11,292,973 | 74.0 |
| 3/27/13 | 15,261,088 | 8,959,628 | 58.776 | 61.793 | 1,262,345 | 8.272 | 11.997 | 767,176 | 5.027 | 11.683 | 97,772 | 0.641 | 8.164 | 206,367 | 1.352 | 0 | 11,303,488 | 74.1 |
| 4/10/13 | 15,261,088 | 9,249,635 | 60.550 | 65.200 | 453,437 | 2.971 | 4.370 | 1,030,581 | 6.755 | 14.516 | 141,473 | 0.927 | 10.568 | 323,045 | 2.117 | 6,679 | 11,198,170 | 73.5 |
| 4/24/13 | 15,261,088 | 9,103,078 | 59.649 | 64.676 | 553,264 | 3.625 | 8.380 | 44,421 | 0.291 | 0.867 | 199,257 | 1.306 | 10.865 | 1,678,784 | 11.000 | 0 | 11,578,804 | 75.9 |
| 5/8/13 | 15,276,088 | 9,976,222 | 65.370 | 70.276 | 1,115,382 | 7.309 | 14.243 | 67,636 | 0.443 | 1.407 | 0 | - | - | 354,194 | 2.321 | 0 | 11,513,434 | 75.4 |
| 5/22/13 | 15,277,088 | 8,156,056 | 53.408 | 55.234 | 848,451 | 5.556 | 6.696 | 538,332 | 3.525 | 4.690 | 0 | - | - | 1,865,647 | 12.217 | 0 | 11,408,486 | 74.7 |
| 6/5/13 | 15,245,088 | 8,065,875 | 52.905 | 54.483 | 1,057,489 | 7.002 | 8.313 | 113,289 | 0.745 | 0.935 | 0 | - | - | 2,091,776 | 13.721 | 6,252 | 11,344,681 | 74.4 |
| 6/19/13 | 15,270,728 | 8,480,478 | 55.534 | 57.563 | 1,348,728 | 8.832 | 11.956 | 8,568 | 0.056 | 0.093 | 0 | - | - | 1,120,736 | 7.339 | 0 | 10,958,510 | 71.7 |
| 7/3/13 | | | | | | | | | | | | | | | | | | |
| 7/17/13 | | | | | | | | | | | | | | | | | | |
| 7/31/13 | | | | | | | | | | | | | | | | | | |
| 8/14/13 | | | | | | | | | | | | | | | | | | |
| 8/28/13 | | | | | | | | | | | | | | | | | | |
| 9/11/13 | | | | | | | | | | | | | | | | | | |
| 9/25/13 | | | | | | | | | | | | | | | | | | |
| 10/9/13 | | | | | | | | | | | | | | | | | | |
| 10/23/13 | | | | | | | | | | | | | | | | | | |
| 11/6/13 | | | | | | | | | | | | | | | | | | |
| 11/20/13 | | | | | | | | | | | | | | | | | | |
| 12/4/13 | | | | | | | | | | | | | | | | | | |
| 12/18/13 | | | | | | | | | | | | | | | | | | |
| | 183,118,432 | 106,806,796 | 58.327 | | 13,542,264 | 7.395 | | 4,319,922 | 2.359 | | 990,825 | 0.541 | | 8,552,343 | 4.670 | 24,933 | 134,237,081 | 73.3 |
| | 15,271,088 | 9,976,222 | 65.370 | 74.676 | 2,013,735 | 13.195 | 21.500 | 1,030,881 | 6.755 | 14.516 | 224,897 | 1.474 | 12.922 | 2,091,776 | 13.721 | 7,434 | 11,578,804 | 75.9 |
| | 15,259,869 | 8,900,566 | 55.327 | 62.564 | 1,128,512 | 7.395 | 11.754 | 359,994 | 2.359 | 5.533 | 82,569 | 0.541 | 6.198 | 712,695 | 4.670 | 2,078 | 11,186,423 | 73.3 |
| | 15,242,824 | 8,065,875 | 52.908 | 54.483 | 453,437 | 2.971 | 4.370 | 8,568 | 0.056 | 0.093 | 0 | - | 0.080 | 172,747 | 1.132 | 0 | 10,608,748 | 69.5 |

