



AVE. CHARDON 199 - URB. IND. TRES MONJITAS
PO BOX 362849 SAN JUAN PR 00936-2949
TEL.: (787) 753-0974, FAX: (787) 753-0951

Industria Lechera de Puerto Rico, Inc.

15 de noviembre de 2012

Patricia Galíndez
Vaquería La Fundadora, Inc. (Lic. 3124)
PO BOX 2453
MOCA PR 00676

Estimada señora Galíndez:

Estamos respondiendo a su solicitud del pasado jueves, 8 de noviembre donde nos requirió información del balance pendiente por pagarle en relación a recibos de leche a los cuales se le difirió el pago. Según la información preliminar que hemos obtenido y a base de la información provista por el F.E.P., INC. estos no han realizado ningún pago por el diferido de este concepto. Por lo tanto, nuestros registros indican que de la quincena terminada el 25 de abril de 2012 y hasta el presente se le han diferido 38,661 cuartillos lo que representa la cantidad de $22,222.96.

De requerir información adicional no dude en solicitárnosla. Muchas gracias por su atención a este asunto.

Sinceramente,

CPA Marianita Mercado
Directora de Finanzas

nrs

c Sr. Juan Carlos Rivera
  Presidente FEP, Inc.

  Sr. Héctor Reyes
  Controller FFIL

  Agro. Julio C. Meléndez Morales
  Administrador ORIL

  Agro. Juan R. Pedró
  Director de Operaciones Indulac