ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE AGRICULTURA
OFICINA PARA LA REGLAMENTACIÓN DE LA INDUSTRIA LECHERA
APARTADO 10163
SAN JUAN, PUERTO RICO 00968-1163

## ORDEN ADMINISTRATIVA

### RE: ESTABLECIMIENTO DE CRÉDITO POR SERVICIO DE PLANTA DE BALANCE

I. Introducción

La Ley Núm. 34 de 11 de junio de 1957, según enmendada, 5 L.P.R.A. §1092 (en adelante la "Ley 34"), faculta a la Oficina para la Reglamentación de la Industria Lechera (en adelante, "ORIL"), a través de su Administrador, a investigar, fiscalizar y reglamentar todo los niveles de producción agrícola, hasta sus etapas posteriores de elaboración, esterilización, manufactura, almacenaje, transportación, distribución, compra y venta al público en general, tanto la leche cruda para ser procesada y vendida como leche fresca, así como aquella leche cruda a ser procesada y vendida para la elaboración de cualesquiera otros productos lácteos, de cualquier clase, tipo o naturaleza, incluyendo la leche cruda a ser utilizada para la producción de leche ultra pasteurizada y aséptica (en adelante, "UHT") y aquella leche cruda que será utilizada para la elaboración, entre otros productos, de queso, mantequilla, leche evaporada, leche en polvo, crema de leche, yogurt y mantecado.

A tenor con las disposiciones de la Ley 34 además, la ORIL viene obligada, entre otra cosas, a:

i) desarrollar y mantener condiciones satisfactorias de mercado para proteger la producción, distribución y venta, a todos los niveles, de la leche y los productos derivados de esta última;

ii) formular los planes necesarios para disponer de la leche excedente a los fines de proteger íntegramente la industria lechera de Puerto Rico

iii) evitar prácticas monopolizadoras y de competencia desleal, así como discrímenes en las diversas fases de la industria desde la producción hasta la venta de la leche en todas sus modalidades y productos derivados al consumidor.

La producción normal de leche cruda en Puerto Rico crea unas épocas de grandes excedentes y otras, que normalmente ocurre durante catorce semanas (7 quincenas) comenzando a mediados de agosto y finalizando a mediados de noviembre, donde se produce a penas lo necesario para el mercado de leche fresca y a veces hasta por debajo de la necesidad del mercado. Durante estos períodos de

*Oficina para la Reglamentación de la Industria Lechera*
*Orden Administrativa*
*Página 2*

tiempo Indulac tiene que procesar todo el excedente que recibe y a sus vez en la época de ausencia de excedente deja de operar, donde no puede absorber sus costos fijos de operación.

## II. Aplicabilidad

A tenor con uno de los remedios provistos en la Opinión y Orden de 13 de julio de 2007 dictada por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico en el caso de *Vaquería Tres Monjitas, et al., v. José O. Fabre Laboy, et al.*, Civ. Núm. 04-1840 (DRD) (en adelante el Interdicto), "todos los participantes del mercado usando leche cruda para procesar leche fluida pagarán la misma cantidad para la leche." Sin embargo, el Tribunal Federal señaló en su Orden Enmendada sobre Remedio Interino de 21 de noviembre de 2007 que "no estaba cerrado a un precio disparejo limitado para Indulac" para procesar UHT "similar al que se estableció cuando la [Ley 34] fue originalmente promulgada en 1957[1] y reconoció en otra Orden Enmendada de 14 de diciembre de 2007 "que un crédito razonable debe ser provisto a Indulac" en su función de planta de balance. El Tribunal Federal estableció en ambas Órdenes que cualquier diferencial en precio debe ser "científicamente establecido con una razón racional" que la respalde. El Tribunal Federal además, ha dictaminado la celebración de vistas ejecutivas con las partes, previo a la aprobación de un crédito, donde se comparte la información relacionada al mismo y la intención de establecer el mecanismo.

Por varios años, Indulac ha venido pagando el precio único para la leche cruda que habrá de ser elaborada en UHT sin crédito o diferencial de precio alguno (como lo hubo previo al Interdicto), lo cual se ha convertido en un peso insostenible para su función de planta de balance. Ante su situación financiera crítica, el 28 de septiembre de 2012, Indulac solicitó a esta Oficina un cargo por servicio o crédito por la sub-utilización de su capacidad elaboradora, sugirió un método de cálculo y tres métodos para su distribución. Ante la solicitud, esta Oficina solicitó de Indulac información financiera con el fin de validar su método y cálculos. El 19 de octubre de 2012, esta Oficina notificó a las plantas procesadoras y el sector agrícola de la solicitud de Indulac, proveyó información relacionada al crédito solicitado y solicitó comentarios por escrito. La Oficina pautó y celebró además, vista ejecutiva el 29 de octubre de 2012 la cual fue presidida por el Sub-Administrador. Las plantas procesadoras y el sector agrícola expusieron sus

---

[1] Según la data histórica de la Oficina entre 1957 y 1962, el precio de la leche cruda para elaboración de leche fresca era de 16 centavos por cuartillo y el precio de la leche excedente era de 10 centavos por cuartillo, o sea que el precio del excedente era equivalente al 62% el precio de la leche cruda destinada a la fresca.

*Oficina para la Reglamentación de la Industria Lechera*
*Orden Administrativa*
*Página 3*

posiciones por escrito. La Oficina se reunió nuevamente con representantes de las plantas elaboradoras, el sector agrícola y de Indulac para discutir esta orden y las opciones para la distribución del monto del crédito. Luego de evaluar la solicitud de Indulac y contando con las posiciones de las partes, la Oficina determina denegar en parte y conceder en parte la solicitud de Indulac. La Oficina rechaza el cargo por servicio por sub-utilización de su capacidad elaboradora (según la metodología propuesta por Indulac), ya que luego de ser evaluado por nuestro personal técnico, no tiene base científica confiable.

### III. Cálculo

Consciente de la necesidad de mantener una planta de balance para disponer del excedente de leche cruda que se genera por motivo de la producción cíclica de la misma dentro de nuestro sistema, ORIL estima necesario permitir la concesión de un crédito a Indulac para cubrir costos fijos por activos no utilizados y permitir que su operación a favor de la industria continúe. Por consiguiente, se permite la concesión de un crédito a Indulac, el cual ORIL calculará a tenor con el Apéndice J del informe: *"Regulation of Milk Prices in Puerto Rico: Economic Analysis of the Industry, Devolpment of a Framework for Price Regulation, and Recommendations for Pricing in April 2008"* preparado por Ronald W. Cotterill, Ph.D., Adam N. Rabinowitz y Michael Cohen de la firma consultora *Cotterill Economics*. En dicho apéndice se establece en la fórmula 2 las bases para el cálculo del crédito por planta de balance:

Fórmula 2)   Cuando la cantidad de UHT es igual a cero:

i.   El crédito por planta de balance será igual a los costos fijos para el período.

### IV. Distribución del Crédito[2]

El monto total del crédito será cargado al ganadero. La Oficina evaluó tres (3) formas de distribuir el crédito, a saber:

(1) entre el volumen total de la leche fluida

(2) entre el volumen de leche fluida utilizada por Indulac para elaborar leche UHT en el mercado local

---

[2] El crédito establecido en esta orden guarda semejante relación con el diferencial de precios establecido entre 1957 y el 1962.

*Oficina para la Reglamentación de la Industria Lechera*
*Orden Administrativa*
*Página 4*

(3) utilizar la proporción entre el volumen de leche fluida destinada a mercados institucionales (MI) y el volumen utilizado por Indulac para elaborar leche UHT en el mercado local.

Esta última forma de distribución es la que la Oficina ha decidido escoger para distribuir el crédito. La proporción proyectada por la Oficina para el año fiscal 2012-13 es la siguiente:

| | |
|---|---|
| Volumen de Leche Fluida a retener por las plantas elaboradoras leche fresca: | 233.0 MM ctlos. |
| Volumen de Leche Fluida a retener por las plantas elaboradoras leche fresca para MI: | 17.6 MM ctlos. |
| Volumen de Leche Fluida a destinar por Indulac para elaborar leche UHT para mercado local: | 23.2 MM ctlos. |
| Proporción Leche Fresca correspondiente al MI: | 43% |
| Proporción Leche Fluida correspondiente a leche UHT para mercado local: | 57% |
| Costos Fijos Estimados por 7 quincenas donde Indulac no elabora leche UHT: | $3.3 MM |
| Monto aplicable al Segmento leche fresca MI: | $1,419,000 |
| Monto aplicable al Segmento leche UHT para mercado local: | $1,881,000 |
| Total | $3,300,000 |
| Monto aplicable a pagar por cuartillo retenido para elaborar leche fresca: | $0.00609013 |
| Monto aplicable a pagar por cuartillo retenido para elaborar leche UHT para mercado local: | $0.08107759 |

Tomando en consideración la práctica donde los cargos son efectuados a intervalos de medio centavo por cuartillo ($0.005 / ctlo.), a los fines de realizar los cálculos correspondientes en ambos segmentos de manera más sencilla y práctica, la leche fluida retenida para elaboración de leche fresca aportara a razón de $0.005 / cuartillo y la leche fluida destinada para elaboración de leche UHT de mercado local a razón de $0.095 / cuartillo. De cumplirse las proyecciones antes descritas se estima que el monto del crédito a ser adjudicado sería de la siguiente forma:

| | |
|---|---|
| Monto a pagar por cuartillo retenido para elaborar leche fresca: | $0.005 |
| Monto a pagar por cuartillo retenido para elaborar leche UHT para mercado local: | $0.095 |
| Monto a ser adjudicado al Segmento leche fresca retenida por planta elaboradora: | $1,165,000 |
| Monto a ser adjudicado al Segmento leche UHT para mercado local: | $2,146,000 |
| Total | $3,311,000 |

V. Salvedades

i. La Oficina velará que el resultado final de éste crédito, no sea menor de $3,200,000.00 anuales.

ii. Este crédito no se le considerará al ganadero como un costo dentro de la revisión anual de precios de la leche.

iii. En la medida que Indulac elabore otros productos no fluidos, este crédito será aplicable a los mismos.

*Oficina para la Reglamentación de la Industria Lechera*
*Orden Administrativa*
*Página 5*

iv. Anualmente, al cierre de su año fiscal, Indulac proveerá a ORIL un informe donde certifique sus costos fijos para que la Oficina recalcule el monto de este crédito.

Los descuentos antes descritos entrarán en vigor en la quincena que finaliza el 07 de diciembre de 2012 y el cálculo de este crédito por servicio de planta de balance se revisará anualmente. Esta Orden Administrativa será notificada al Honorable Tribunal Federal de los Estados Unidos de América para el Distrito de Puerto Rico y a las partes interesadas.

**Y PARA QUE ASÍ CONSTE**, suscribo esta Orden en San Juan, Puerto Rico, hoy ___ de noviembre de 2012.

NOTIFÍQUESE:

JULIO CÉSAR MELÉNDEZ MORALES
ADMINISTRADOR

