Tabla 33      VENTAS DE LECHE UHT Y EVAPORADA
              ELABORADA POR INDULAC
              AÑOS FISCALES 2001-02 AL 2010-11

| AÑOS | UHT (cllos.) | Evaporada ( cllos.)* |
|------|-------------|----------------------|
| 2001-02 | 43,075,787 | 1,355,298 |
| 2002-03 | 47,764,022 | 2,004,312 |
| 2003-04 | 49,311,612 | 2,345,544 |
| 2004-05 | 50,334,042 | 1,180,616 |
| 2005-06 | 49,182,756 | 2,143,160 |
| 2006-07 | 61,676,441 | 3,287,184 |
| 2007-08 | 37,668,045 | 1,798,992 |
| 2008-09 | 33,262,837 | 938,060 |
| 2009-10 | 29,195,954 | 1,605,864 |
| 2010-11 | 33,255,072 | 8,880 |

* Se descontinuó en 2011.

A JUDGE Dominguez MANDATED UHT milk be paid AS Same
Price AS FrESH fluid milk. 55¢/LT vs 32¢/LT.

ORIL : INFORME ANUAL AÑO FISCAL 2010- 2011.

LF  19