ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE AGRICULTURA
OFICINA PARA LA REGLAMENTACIÓN DE LA INDUSTRIA LECHERA
APARTADO 10163
SAN JUAN, PUERTO RICO 00968-1163

## ORDEN ADMINISTRATIVA

## RE: MECANISMO PARA AJUSTAR PRODUCCIÓN DE LECHE A VENTAS DEL MERCADO

### I.  INTRODUCCIÓN

La Ley Núm. 34 de 11 de junio de 1957, según enmendada, (5 L.P.R.A. §1092, et seq.), faculta a la Oficina para la Reglamentación de la Industria Lechera (en adelante, "ORIL"), a través de su Administrador, a investigar, fiscalizar y reglamentar la producción, elaboración y venta de leche en Puerto Rico y sus productos derivados. Esta facultad se extiende desde la fase inicial de producción agrícola, hasta las etapas posteriores de elaboración, esterilización, manufactura, almacenaje, transportación, distribución, compra y venta al público en general, vendida como leche fresca, así como aquella leche cruda a ser procesada y vendida para la elaboración de cualesquiera otros productos lácteos, de cualquier clase, tipo o naturaleza, incluyendo la producción de leche ultra pasteurizada y aséptica (en adelante, "UHT").

El Artículo 5 de la Ley 34 requiere de esta agencia administrativa que desarrolle y mantenga condiciones satisfactorias de mercadeo para proteger la producción y la distribución de la leche y los productos derivados de ésta. Tal requerimiento exige la implementación de métodos que propicien la adecuación entre la oferta de leche producida y la demanda real del mercado. Ello es así debido a que si no hay correspondencia y adecuación entre la producción y la demanda, surgen situaciones de sobreabundancia o escasez que distorsionan el mercado y que tiene efectos severos tanto para los productores como para nuestros elaboradores.

Recientemente la Gerencia de Indulac, en comunicación escrita del 26 de septiembre de 2012 expresó, que la disminución en las ventas de leche fresca y UHT en Puerto Rico han causado un aumento en el excedente de producción de leche cruda lo que le ha provocado graves perjuicios a ésta como Planta de Balance, ya que ha tenido que recibir y procesar cantidades enormes de excedente de leche que no ha podido vender en el mercado de sus productos. Tal situación ocasiona un aumento en los niveles de inventario de los productos que elabora, todos perecederos, lo que a su vez ocasiona requerimientos insostenibles e inalcanzables de efectivo para poder mantener los niveles excesivos de inventario por lo

*Oficina para la Reglamentación de la Industria Lechera*
*Orden Administrativa*
*Página 2*

que la situación financiera de esta planta de balance es crítica. Sumado a esto y como parte de un proceso de reestructuración de su deuda bancaria, la entidad interesada en proveer financiamiento a la Planta de Balance, a corto, mediano y largo plazo exige que entre otros, los niveles de recibo y producción de leche UHT para venta local se conforme a los niveles razonablemente esperados de ventas. Conforme a las proyecciones de ventas, se anticipa para el año fiscal 2012-13, Indulac puede procesar y vender aproximadamente 25.2 millones de cuartillos de leche UHT, sin contar queso y mantequilla los cuales pagará al precio reglamentario correspondiente para cada producto, por lo que cualquier excedente en exceso de dicha producción proyectada la planta de balance no la puede adquirir pues no tiene mercado para dichos productos, ni modo de pagar. Solicita Indulac que, como medida transitoria durante el período de ajuste, se les exima de su obligación como planta balance de adquirir cualquier exceso de la producción antes indicada debido a que no tienen mercado para esta. Los dueños de ese excedente de producción que la planta de balance no puede procesar, es decir, los ganaderos de Puerto Rico, identifiquen alternativas para que dicho excedente les permita obtener algún rendimiento positivo para sus finanzas.

En aras de atender tal situación y en el ejercicio de los poderes que le confiere la Ley Núm. 34, según enmendada, esta Oficina se propone implementar un método aceptable para controlar la producción de leche en concordancia con la demanda real de nuestro mercado y a esos efectos emite esta Orden.

## II. ORDEN

1. Indulac procesará hasta 25.2 millones de cuartillos del excedente de leche que reciba en leche UHT.

2. La ORIL implementará un método aceptable para atemperar la producción de leche en concordancia con la demanda real de nuestro mercado, el cual será efectivo a partir de la la quincena que comienza el 22 de noviembre de 2012.

3. Se requiere a Indulac que a partir de la fecha de la efectividad de esta orden, someta por escrito ante el Administrador una certificación donde se detalle la siguiente información cada catorce (14) días:

   a. fecha de cierre de la quincena

   b. cantidad de leche recibida

   c. cantidad de leche utilizada en productos procesados y su correspondiente balance acumulado para cada uno

LF   

    d. balance de leche pendiente de recibir para alcanzar el nivel máximo permitido por esta orden

    e. distribución de dicho balance entre las subsiguientes quincenas hábiles del período.

4. Se requiere a Indulac, que en aquel caso donde su proyección de ventas actualizada refleje la necesidad de aumentar el límite establecido de 25.2 millones de cuartillos de leche de producción de excedente, deberá hacer una solicitud formal al Administrador, por escrito y tendrá que someter evidencia detallada que justifique dicha solicitud de aumento del límite ya reconocido mediante esta Orden.

5. Se dispone que conforme y abundando en nuestra Orden Administrativa del 6 de marzo de 2012 el exceso de producción de leche que Indulac no puede procesar, es decir, aquella porción que exceda el límite permitido de 25.2 millones de cuartillos de leche para UHT, el Fondo de Estabilización de Precios (FEP, Inc.), entidad que agrupa a los productores de leche de Puerto Rico, podrá entrar en negociaciones para disponer de dicho exceso. Esta autorización es de carácter provisional hasta tanto se disponga del exceso del excedente de leche y los métodos de control de producción implementados surtan el efecto de balancear la producción de leche con los niveles del mercado. Toda leche del exceso del excedente que el FEP, Inc. no pueda identificar mecanismos alternos para procesar y mercadear será decomisada siguiendo los procedimientos específicamente delineados por ORIL, salvo que esta agencia administrativa identifique disponer de la misma de cualquier otra manera en beneficio de los productores.

6. Se dispone, que el FEP, Inc. tendrá que notificar al Administrador y proveerle copia de los acuerdos que pretenda establecer con cualquier entidad para la disposición del excedente conforme a los precios que establezca el Administrador para los productos a elaborar según discutidos entre éstos. Todo acuerdo, previo a su ejecución, requerirá la aprobación escrita del Administrador.

7. Se dispone, que toda leche destinada a la sustitución de importación de leche cuyo precio sea menor al establecido en la Orden Administrativa para precio de leche fluida vigente, no será considerada para el cómputo del costo de producción a nivel de ganadero en la correspondiente revisión de precios.

8. El Administrador podrá denegar la aprobación de todo contrato o precio acordado que no represente los mejores intereses de la Industria Lechera de Puerto Rico.

*Oficina para la Reglamentación de la Industria Lechera*
*Orden Administrativa*
*Página 4*

9. Se advierte, que de no cumplir con los términos aquí establecidos, se aplicarán las penalidades correspondientes según establecidas en La Ley Núm. 34 de 11 de junio de 1957, según enmendada.

Esta Orden Administrativa será notificada al Honorable Tribunal Federal de los Estados Unidos de América para el Distrito de Puerto Rico y a las partes interesadas.

Y PARA QUE ASÍ CONSTE, suscribo esta Orden en San Juan, Puerto Rico, hoy ⊡ de noviembre de 2012.

NOTIFÍQUESE:

AGRO. JULIO CÉSAR MELÉNDEZ MORALES, MS
ADMINISTRADOR