SUIZA DAIRY CORPORATION
Informe de Liquidacion P
Wednesday, May 8, 2013

DIVISION SUIZA DAIRY

| | | | |
|---|---|---|---|
| Ganadero | 737 | LA FUNDADORA, INC. | |
| Licencia | 3124 | | |
| Numero de Liquidacion | 2013-10 | | |
| Desde | 4/25/2013 | | |
| Hasta | 5/08/2013 | | |
| Fecha de Pago | 5/08/2013 | | |
| Numero de Cheque o Dep Directo | 53808 | | |
| Numero de Facsimil | 787-896-5297 | | |

| | | Litros | | Valor |
|---|---|---|---|---|
| Cuota | 26,000 | | | |
| La Produccion para el Periodo | 22,327 | | | |
| Distribucion del Pago | | | A | |
| Leche Fresca Retenida Y UHT | 70.2760% | 18,272 | .768210 | 14,036.73 |
| Productos Derivados Plantas | 29.7240% | 4,055 | .000000 | .00 |
| Leche Utilizada Polvo Plantas | .0000% | 0 | .000000 | .00 |
| Leche Utilizada Queso Indulac | .0000% | 0 | .000000 | .00 |
| Leche Utilizada en Polvo y Evaporada Indulac | .0000% | 0 | .000000 | .00 |
| Leche Sobre Quota Entregada por Ganadero | | 0 | .000000 | .00 |
| Total a Pagar | | | | 14,036.73 |

Menos la siguientes Cesiones

| | |
|---|---|
| Adelanto | 7,256.64 |
| FONDO FOMENTO IND. (HIGIENE) | 7.00 |
| ASOCIACION MEJORAMIENTO DE | 32.50 |
| BANCO SANTANDER PR | 1,962.61 |
| Total de Deducciones | 9,258.75 |
| Pago Neto | 4,777.98 |

VS 84.58



Page 1

J2

**FONDO ESTABILIZACION PRECIOS (FEP INC.)**

| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 5/8/2013 | FEP050813 | 353 Cllos UHT/FEP Privadas @ 0.58959 | 208.13 | 0.00 | 208.13 |

VS. 64.5¢

5574/
NO pays⊕

| Check: 005149 | 5/9/2013 | 0003124 | LA FUNDADORA, INC. | Check Total: | 208.13 |

LF. (24)