# ADM Alliance Nutrition of P.R., LLC

Ship to:
Page 1 of 1

LA FUNDADORA INC
CARR. 444 KM. 7.4 BO. ROCHA
MOCA PR 00676

| REMITTANCE INFORMATION | | |
|---|---|---|
| CUSTOMER NUMBER | | 326344 |
| INVOICE NUMBER | | 6810532 |
| INVOICE DATE | | 27-JUL-10 |
| TERMS | | 4-2% 10-30NET31 |
| AMOUNT DUE IF RECEIVED BY | 08/06/10 | 2,346.80 |
| AMOUNT DUE IF RECEIVED AFTER | 08/26/10 | 2,439.90 |
| AMOUNT ENCLOSED: | | |

Make checks payable and remit to:

LA FUNDADORA INC
P O BOX 2453
MOCA PR 00676

ADM Alliance Nutrition of PR, LLC
P.O. BOX 908
HATILLO PR 00659-0908

☐ If your name or address has changed, please check here and note the changes above.
To ensure proper credit to your account, please detach and return remittance copy with payment or include invoice number on your check.

ADM Alliance Nutrition, of P.R., LLC

# INVOICE

For questions, comments or name/address changes, please contact our customer service representative at 787-878-7474.

| Customer Number | Invoice Date | Invoice Number | Order Number | Customer P.O./Ticket # | Customer Contract Number |
|---|---|---|---|---|---|
| 326344 | 27-JUL-10 | 6810532 | 2820918 | CAYETANO | |

| Terms | Due Date | Ship Date | Sales Representative | Delivered From | Ship Via |
|---|---|---|---|---|---|
| 4-2% 10-30NET31 | 27-AUG-10 | 27-JUL-10 | VALDES, ANTONIO | 33:HATILLO, PUERTO RICO | |

| Product Number | Product Description | Quantity Ordered | Quantity Shipped | Unit Size | Price Per Unit | Price Per Pound | Extended Price |
|---|---|---|---|---|---|---|---|
| 50056AAA20 | 18% DAIRY SUPERLAC PEL 618 BULK (BICARBONATO) TOTAL SHIPPED WEIGHT (LBS): 18,000 FREIGHT: 9 TONS @ $12.50 PER TON | 9 | 9 | 2000#/TON | 258.60 | 0.1293 | 2,327.40 |

=$12.93/Q

Thank You For Your Order

| PAYMENT DISCOUNT INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDL | TOTAL DUE |
|---|---|---|---|---|
| If we receive your payment by 08/06/10, you may take a payment discount of 93.10 and pay 2,346.80. If we receive your payment by 08/26/10, you may take a prompt payment discount of 46.55 and pay 2,393.35. | 2,327.40 | 0.00 | 112.50 | USD 2,439.90 |

Past Due items are subject to a Finance Charge of 1.5% per month, which is an annual rate of 18%.
See reverse side for additional terms and conditions that apply to your account.


LF. 25

# ADM Alliance Nutrition of P.R., LLC

Page 1 of 1

Ship to:
LA FUNDADORA INC
CARR. 444 KM. 7.4 BO. ROCHA
MOCA PR 00676

REMITTANCE INFORMATION

| | |
|---|---|
| CUSTOMER NUMBER | 326344 |
| INVOICE NUMBER | 7220250 |
| INVOICE DATE | 03-JUL-12 |
| TERMS | 4-2% 10-30NET31 |
| AMOUNT DUE IF RECEIVED BY 07/13/12 | 2,809.44 |
| AMOUNT DUE IF RECEIVED AFTER 08/02/12 | 2,926.50 |

AMOUNT ENCLOSED:

Make checks payable and remit to:

K.2

LA FUNDADORA INC
P O BOX 2453
MOCA PR 00676

ADM Alliance Nutrition of PR, LLC
P.O. BOX 908
HATILLO PR 00659-0908

☐ If your name or address has changed, please check here and note the changes above.
To ensure proper credit to your account, please detach and return remittance copy with payment or include invoice number on your check.

ADM Alliance Nutrition of P.R., LLC

## INVOICE

For questions, comments or name/address changes, please contact our customer service representative at 787-878-7474.

| Customer Number | Invoice Date | Invoice Number | Order Number | Customer P.O./Ticket # | Customer Contract Number |
|---|---|---|---|---|---|
| 326344 | 03-JUL-12 | 7220250 | 3185094 | MOCA | |

| Terms | Due Date | Ship Date | Sales Representative | Delivered Form | Ship Via |
|---|---|---|---|---|---|
| 4-2% 10-30NET31 | 03-AUG-12 | 03-JUL-12 | VALDES, ANTONIO | 33:HATILLO, PUERTO RICO | |

| Product Number | Product Description | Quantity Ordered | Quantity Shipped | Unit Size | Price Per Unit | Price Per Pound | Extended Price |
|---|---|---|---|---|---|---|---|
| S006BCAX20 | 16% SUPER LAC PLUS RU | 8 | 8 | 2000/TON | 338.80 | 0.1694 | 2,710.40 |
| 9906SC | FUEL SURCHARGE | 14.5 | 14.5 | EA | 1.00 | | 14.50 |
| 9906 | OUTBOUND FRT | 201.6 | 201.6 | EA | 1.00 | | 201.60 |
| | TOTAL SHIPPED WEIGHT (LBS): 16,000 | | | | | | |

TODA RECLAMACION SOBRE ESTA FACTURA DEBE HACERSE POR ESCRITO DENTRO DE 10 DIAS A PARTIR DE LA FECHA DE FACTURACION. DE NO HACERSE, LA FACT. SE CONSIDERA ACEPTADA.

=$16.94/Q

*Thank You For Your Order*

| PAYMENT DISCOUNT INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDL | | TOTAL DUE |
|---|---|---|---|---|---|
| payment discount of 117.06 and pay 2,809.44. If we receive your payment by 08/02/12, you may take a prompt payment discount of 58.53 and pay 2,867.97. | 2,926.50 | 0.00 | 0.00 | USD USD | 2,926.50 |

Past Due items are subject to a Finance Charge of 1.5% per month, which is an annual rate of 18%.
See reverse side for additional terms and conditions that apply to your account.
See reverse side for additional terms and conditions that apply to your account.


LF. 26

# ADM Alliance Nutrition of P.R., LLC

Page: 1 of 1

Ship to:
LA FUNDADORA INC
CARR. 444 KM. 7.4 BO. ROCHA
MOCA PR 00676

## REMITTANCE INFORMATION

| | |
|---|---|
| CUSTOMER NUMBER | 326344 |
| INVOICE NUMBER | 7416580 |
| INVOICE DATE | 12-JUL-13 |
| TERMS | 4% 10, NET 30 |
| AMOUNT DUE IF POSTMARKED BY 07/22/13 | 4,087.52 |
| AMOUNT DUE IF POSTMARKED AFTER 07/22/13 | 4,257.83 |

AMOUNT ENCLOSED:

Make checks payable and remit to:

K.3

LA FUNDADORA INC
P O BOX 2453
MOCA PR 00676

ADM Alliance Nutrition of PR, LLC
P.O. BOX 908
HATILLO PR 00659-0908

☐ If your name or address has changed, please check here and note the changes above.
To ensure proper credit to your account, please detach and return remittance copy with payment or include invoice number on your check.

ADM Alliance Nutrition of P.R., LLC

# INVOICE

For questions, comments or name/address changes, please contact our customer service representative at 787-878-7474.

| Customer Number | Invoice Date | Invoice Number | Order Number | Customer P.O./Ticket #. | Customer Contract Numbers |
|---|---|---|---|---|---|
| 326344 | 12-JUL-13 | 7416580 | 3361659 | 33 | |

| Terms | Due Date | Ship Date | Sales Representative | Delivered Form | Ship Via |
|---|---|---|---|---|---|
| 4% 10, NET 30 | 11-AUG-13 | 12-JUL-13 | VALDES, ANTONIO | 33:HATILLO, PUERTO RICO | |

| Product Number | Product Description | Quantity Ordered | Quantity Shipped | Unit Size | Price Per Unit | Price Per Pound | Extended Price |
|---|---|---|---|---|---|---|---|
| S0068CAX20 | 18% SUPER LAC PLUS RU | 7 | 7.21 | 2000#TON | 378.80 | 0.1894 | 2,731.18 |
| S0024AAA80 | TOTAL DAIRY RATION | 3 | 3.09 | 2000#TON | 402.00 | 0.2010 | 1,242.18 |
| 9916 | OUTBOUND FRT | 270 | 270 | EA | 1.00 | | 270.00 |
| 9906SC | FUEL SURCHARGE | 14.5 | 14.5 | EA | 1.00 | | 14.50 |
| | TOTAL SHIPPED WEIGHT (LBS): 20,600 | | | | | | |

TODA RECLAMACION SOBRE ESTA FACTURA DEBE HACERSE POR ESCRITO DENTRO DE 10 DIA A PARTIR DE LA FECHA DE FACTURACION. DE NO
HACERSE, LA FACT.SE CONSIDERA ACEPTADA.

= $18.94/Q
@ $20.10/Q

## Thank You For Your Order

| PAYMENT DISCOUNT INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDL | | TOTAL DUE |
|---|---|---|---|---|---|
| If all accounts are current and payment is postmarked by 07/22/13, you may take a prompt payment discount of 170.31. Pay 4,087.52 if prompt payment discount applies. | 4,257.83 | 0.00 | 0.00 | USD | 4,257.83 |

Past Due items are subject to a Finance Charge of 1.5% per month, which is an annual rate of 18%.
See reverse side for additional terms and conditions that apply to your account.
See reverse side for additional terms and conditions that apply to your account.



```
CLIENTE 200270                                          FACTURA NUM. 875293
LA FUNDADORA                                                    PAG: 1
P.O. BOX 2453         TEL: 640-9478
MOCA P.R. 00676
                                                6/JUL/2010  08:22:31
                                                BALANCE ACTUAL   5,256.82
                    REF:                              B.MARTINEZ
Ctda  Codigo         Descripcion                      PRECIO    IMPORTE
  14  100007254   14% DRY & FRESH 50 LB.  Dairy/Dry    10.40     145.60
  14  100006254   CALF-STARTER 18% 50#    Calves       10.70 X   149.80 X
   1  108030254   PURINA DOG CHOW 50 LB.               28.55      28.55
   1  341600025   GUANTES ORDEÑO AZUL HD               11.05      11.05
   1  108038001   KITTEN CHOW 3.5#                      4.10       4.10
   1  301032530   CLOROX  XY-12   5 GAL.               38.85      38.85
   1  304020500   YODO MIKLOKLENE GAL                  19.95      19.95
   1  301043220   VEL LOCION GL                         9.25       9.25
   2  250003408   ALBADRY PLUS 10 ML.                  30.30      60.60
```

VENTA EN EFECTIVO                                                467.75

TAX EST.   .25   TAX MUN.   .04    GRAN TOTAL                    468.04


ASOCIACION PROD. DE LECHE SAN SEBASTIAN

PO BOX 1643        SAN SEBASTIAN, PR. 00685  TEL: 787-896-5297

CLIENTE 200270                                  FACTURA NUM. 875293
LA FUNDADORA                                            PAG: 2
P.O. BOX 2453         TEL: 640-9478
MOCA P.R. 00676

NUMERO DE REGISTRO: 0013447-0017
CODIGO NAICS 112100
NOTA: * PARTIDA TRIBUTABLE

                            AGRICULTOR BONA FIDE
LA FUNDADORA           , con numero de Registro de Comerciante
13447-0017 , certifico que compre las partidas tributables aqui
indicadas libres del pago del IVU para uso Agricola;
pero si luego las uso o consumo para fines no exentos, informare y
pagare el impuesto sobre uso directamente al Departamento de Hacienda.

NOTA: Sustituye forma SC2916

                            FIRMA DEL COMERCIANTE COMPRADOR

## ASOCIACION PROD. DE LECHE SAN SEBASTIAN

PO BOX 1643           SAN SEBASTIAN, PR. 00685   TEL: 787-896-5297

NUM. CLIENTE 200270                FACTURA NUM. 907119
VAQ.                                              PAG: 1
P.O.
                TEL: 640-9478

                                 31/DIC/2010  11:13:47
                                 BALANCE ACTUAL   5,256.82
         REF:                    ANGEL J. NIEVES

| Código | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|
| 100006254 | CALF-STARTER 18% 50# calves | 12.00 X | 108.00 |
| 100007254 | 14% DRY & FRESH 50 LB. | 11.65 | 163.10 |
| 108039218 | FRIS-DRY\OCEAN 3# | 3.85 | 3.85 |
| 101014268 | DULCE PASO HORSE FEED 80 LB | 15.15 | 15.15 |
| 100040244 | LECHE PARA BECERRO | 26.15 | 26.15 |

VENTA EN EFECTIVO                                316.25
TAX EST.   .23   TAX MUN.   .04   GRAN TOTAL     316.52

## ASOCIACION PROD. DE LECHE SAN SEBASTIAN

PO BOX 1643           SAN SEBASTIAN, PR. 00685   TEL: 787-896-5297

NUM. CLIENTE 200270                FACTURA NUM. 907119
VAQ. LA FUNDADORA                                PAG: 2
P.O.BOX 2453
105            TEL: 640-9478
MOCA P.R. 00676

NUMERO DE REGISTRO: 0013447-0017
  CODIGO NAICS 112100
NOTA: * PARTIDA TRIBUTABLE

                        AGRICULTOR BONA FIDE
Yo, VAQ.LA FUNDADORA            , con numero de Registro de Comerciante
0013447-0017 , certifico que compre las partidas tributables aqui
indicadas libres del pago del IVU para uso Agricola;
pero si luego las uso o consumo para fines no exentos, informare y
y pagare el impuesto sobre uso directamente al Departemento de Hacienda.

NOTA: Sustituye forma SC2916

                        FIRMA DEL COMERCIANTE COMPRADOR

BNCO SANTANDER # 1336

K.6

## ASOCIACION PROD. DE LECHE SAN SEBASTIAN

PO BOX 1671     SAN SEBASTIAN, PR. 00685   TEL: 787-896-5297

NUM. CLIENTE 200270                         FACTURA NUM. 944518
VAQ.LA FUNDADORA                                    PAG: 1
P.O.BOX 2453          TEL: 640-9478
105
MOCA.P.R. 00676
                                    30/JUL/2011  15:45:50
                                    BALANCE ACTUAL   5,011.49
              REF:                  B.MARTINEZ

| Ctda | Codigo    | Descripcion              |         | PRECIO | IMPORTE |
|------|-----------|--------------------------|---------|--------|---------|
| * 20 | 100014254 | 16% HEIFER RATION        | calves {| 11.60*  | 232.00  |
| *  5 | 100006254 | CALF-STARTER 18% 50#     |         | 12.85* | 64.25   |
| *  1 | 302022530 | HC ACID PL10 5 GAL.      |         | 76.50  | 76.50   |
| *  1 | 341201001 | CRAYOLAS DE MARCAR GANADO|         | .95    | .95     |
| *  1 | 101020268 | AL GALOPE HORSE 100#     |         | 17.55  | 17.55   |
| *  1 | 104020254 | 17% RABBIT PELLET        |         | 11.15  | 11.15   |
| *  2 | 108029243 | DOG CHOW 20#             |         | 13.70  | 27.40   |

              VENTA EN EFECTIVO                            429.80

   TAX EST.   1.64   TAX MUN.   .27    GRAN TOTAL         431.71


## ASOCIACION PROD. DE LECHE SAN SEBASTIAN

PO BOX 1671      SAN SEBASTIAN, PR. 00685   TEL: 787-896-5297

NUM. CLIENTE 200270                         FACTURA NUM. 944518
VAQ.LA FUNDADORA                                    PAG: 2
P.O.BOX 2453          TEL: 640-9478
105
MOCA P.R. 00676

NUMERO DE REGISTRO:  0013447-0017
  CODIGO NAICS 112100
NOTA: * PARTIDA TRIBUTABLE

                          AGRICULTOR BONA FIDE
Yo, VAQ.LA FUNDADORA         ,con numero de Registro de Comerciante
0013447-0017 , certifico que compre las partidas tributables aqui
indicadas libres del pago del IVU para uso Agricola;
pero si luego las uso o consumo para fines no exentos, informare y
y pagare el impuesto sobre uso directamente al Departamento de Hacienda.

NOTA: Sustituye forma SC2916
                                    _____
                                    FIRMA DEL COMERCIANTE COMPRADOR

LF (30)

## ASOCIACION PROD. DE LECHE SAN SEBASTIAN

PO BOX 1671    SAN SEBASTIAN, PR. 00685   TEL: 787-896-5297

M. CLIENTE 200270                      FACTURA NUM. 007167
...IA FUNDADORA                                   PAG: 1
...BOX 2453          TEL: 640-9478
...
... P.R. 00676
                                        10/JUL/2012  15:05:04
                                        BALANCE ACTUAL   4,532.35
         REF:                           JORGE LOPEZ

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| 1 | 107058164 | MOIST & MEATY 72 ONZ. | 5.55 | 5.55 |
| 1 | 108027240 | PUPPY CHOW 17# | 15.65 | 15.65 |
| 2 | 108029243 | DOG CHOW 20 LB. | 14.55 | 29.10 |
| 15 | 100006254 | CALF-STARTER 18% 50# | 13.00 | 195.00 |
| 20 | 100014254 | 16% HEIFER RATION | 10.55 | 211.00 |
| 12 | 210001143 | PASTA CAL - GEL | 5.95 | 71.40 |
| 5 | 280010001 | RE-SORB 2.26 ONZ. | 2.30 | 11.50 |
| 2 | 250020408 | POMOS PEN-G DRY | 18.20 | 36.40 |
| 1 | 250014408 | POMOS PIRSUE 12XCAJA | 45.10 | 45.10 |

(handwritten: calves { x, x })

VENTA EN EFECTIVO                                620.70
TAX EST.   3.02    TAX MUN.   .51    GRAN TOTAL  624.23


## ASOCIACION PROD. DE LECHE SAN SEBASTIAN

PO BOX 1671    SAN SEBASTIAN, PR. 00685   TEL: 787-896-5297

M. CLIENTE 200270                      FACTURA NUM. 007167
..Q.IA FUNDADORA                                  PAG: 2
..BOX 2453          TEL: 640-9478
..
..CA P.R. 00676

..MERO DE REGISTRO:  0013447-0017
..ODIGO NAICS 112100
..TA: * PARTIDA TRIBUTABLE

                        AGRICULTOR BONA FIDE
, VAQ.IA FUNDADORA          , con numero de Registro de Comerciante
13447-0017 , certifico que compre las partidas tributables aqui
..dicadas libres del pago del IVU para uso Agricola;
..ro si luego las uso o consumo para fines no exentos, informare y
pagare el impuesto sobre uso directamente al Departamento de Hacienda.

..TA: Sustituye forma SC2916

                        FIRMA DEL COMERCIANTE COMPRADOR

LF (31)

## ASOCIACION PROD. DE LECHE SAN SEBASTIAN

PO BOX 1671　　　　　SAN SEBASTIAN, PR. 00685　TEL: 787-896-5297

NUM. CLIENTE 200270　　　　　　　　　FACTURA NUM. 076386
VAQ.IA FUNDADORA　　　　　　　　　　　　　　　PAG: 1
P.O.BOX 2453　　　TEL: 640-9478
105
MOCA P.R. 00676　　　　　　　13/JUL/2013　12:58:35
　　　　　　　　　　　　　　　BALANCE ACTUAL　3,801.64
　　　　REF:　　　　　　　　　JORGE LOPEZ

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| 1 | 351307001 | INSULATOR 25 X PACK. | 4.30 | 4.30 |
| 1 | 100006254 | CALF-STARTER 18% 50# | 14.15 | 14.15 |
| 1 | 100014254 | 16% HEIFER RATION | 11.55 | 11.55 |
| 1 | 100010268 | 12% BULKY 100 LB. | 19.65 | 19.65 |
| 2 | 104021254 | SUPER ALL 12% 50# | 10.55 | 21.10 |
| 1 | 100040244 | LECHE PARA BECERRO | 30.40 | 30.40 |
| 1 | 501101615 | CADENA GALVANIZA 1\8 | .35 | .35 |

(handwritten: calves x, x)

VENTA EN EFECTIVO　　　　　　　　　　　　　　　101.50

TAX EST.　.00　TAX MUN.　.00　GRAN TOTAL　101.50

## ASOCIACION PROD. DE LECHE SAN SEBASTIAN

PO BOX 1671　　　　　SAN SEBASTIAN, PR. 00685　TEL: 787-896-5297

NUM. CLIENTE 200270　　　　　　　　　FACTURA NUM. 076386
VAQ.IA FUNDADORA　　　　　　　　　　　　　　　PAG: 2
P.O.BOX 2453　　　TEL: 640-9478
105
MOCA P.R. 00676

NUMERO DE REGISTRO: 0013447-0017
CODIGO NAICS 112100
NOTA: * PARTIDA TRIBUTABLE

AGRICULTOR BONA FIDE

Yo, VAQ.IA FUNDADORA, con numero de Registro de Comerciante 0013447-0017, certifico que compre las partidas tributables aqui indicadas libres del pago del IVU para uso Agricola; pero si luego las uso o consumo para fines no exentos, informare y y pagare el impuesto sobre uso directamente al Departamento de Hacienda.

NOTA: Sustituye forma SC2916

_____
FIRMA DEL COMERCIANTE COMPRADOR

LF (32)