## Oficina de la Reglamentación de la Industria Lechera
### Informe Pagos de Liquidación

Desde Termina Quincena: 01/06/2010 Hasta Termina Quincena: 12/22/2010

**024 - LA FUNDADORA, INC.**

| Termina Quincena | Cuota | Producción | Sobre Cuota | Decomiso | Base 100 | Total Fresca | Total Fresca ($) | Total UHT | Total UHT ($) | Total Otros | Total Otros ($) | Total Nivel 4 | Total S/C ($) | Cuartillos Pagados | Cantidad Pagada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/6/10 | 26,000 | 13,604 | 0 | 0 | 13,604 | 13,381 | $10,102.66 | 223 | $163.36 | 0 | $0.00 | $0.00 | 13,604 | $10,271.0 |
| 1/20/10 | 26,000 | 15,390 | 0 | 0 | 15,390 | 15,890 | $11,956.95 | 0 | $0.00 | 0 | $0.00 | $0.00 | 15,890 | $11,996.5 |
| 2/3/10 | 26,000 | 16,010 | 0 | 0 | 16,010 | 16,010 | $12,187.55 | 0 | $0.00 | 0 | $0.00 | $0.00 | 16,010 | $12,487.4 |
| 2/17/10 | 26,000 | 14,436 | 0 | 0 | 14,436 | 14,425 | $10,899.18 | 0 | $0.00 | 0 | $0.00 | $0.00 | 14,436 | $10,899.1 |
| 3/3/10 | 26,000 | 18,643 | 0 | 0 | 18,643 | 16,873 | $12,729.12 | 1,771 | $1,337.10 | 0 | $0.00 | $0.00 | 18,644 | $14,076.2 |
| 3/17/10 | 26,000 | 18,510 | 0 | 0 | 18,510 | 17,709 | $13,370.30 | 801 | $604.76 | 0 | $0.00 | $0.00 | 18,510 | $13,975.0 |
| 3/31/10 | 26,000 | 19,406 | 0 | 0 | 19,406 | 16,656 | $12,575.25 | 2,750 | $2,076.25 | 0 | $0.00 | $0.00 | 19,406 | $14,651.4 |
| 4/14/10 | 26,000 | 18,784 | 0 | 0 | 18,784 | 17,017 | $12,847.84 | 1,767 | $1,334.03 | 0 | $0.00 | $0.00 | 18,784 | $14,181.5 |
| 4/28/10 | 26,000 | 18,731 | 0 | 0 | 18,731 | 17,395 | $13,057.72 | 1,336 | $1,084.13 | 0 | $0.00 | $0.00 | 18,731 | $14,141.5 |
| 5/12/10 | 26,000 | 20,538 | 0 | 0 | 20,538 | 16,310 | $12,314.05 | 4,228 | $3,192.14 | 0 | $0.00 | $0.00 | 20,538 | $15,506.1 |
| 5/26/10 | 26,000 | 20,792 | 0 | 0 | 20,792 | 15,042 | $11,356.71 | 5,750 | $4,341.25 | 0 | $0.00 | $0.00 | 20,792 | $15,697.5 |
| 6/9/10 | 26,000 | 21,260 | 0 | 0 | 21,260 | 16,254 | $12,271.77 | 5,006 | $3,779.53 | 0 | $0.00 | $0.00 | 21,260 | $16,051.3 |
| 6/23/10 | 26,000 | 21,217 | 0 | 0 | 21,217 | 16,250 | $12,268.75 | 4,967 | $3,750.08 | 0 | $0.00 | $0.00 | 21,217 | $16,018.8 |
| 7/7/10 | 26,000 | 19,074 | 0 | 0 | 19,074 | 15,764 | $11,901.82 | 3,310 | $2,499.05 | 0 | $0.00 | $0.00 | 19,074 | $14,400.8 |
| 7/21/10 | 26,000 | 16,086 | 0 | 0 | 16,086 | 16,086 | $12,144.95 | 0 | $0.00 | 0 | $0.00 | $0.00 | 16,086 | $12,144.5 |
| 8/4/10 | 26,000 | 16,141 | 0 | 0 | 16,141 | 16,141 | $12,186.46 | 0 | $0.00 | 0 | $0.00 | $0.00 | 16,141 | $12,186.4 |
| 8/18/10 | 26,000 | 15,230 | 0 | 0 | 15,230 | 15,230 | $11,498.65 | 0 | $0.00 | 0 | $0.00 | $0.00 | 15,230 | $11,498.6 |
| 9/1/10 | 26,000 | 15,143 | 0 | 0 | 15,143 | 15,143 | $11,436.74 | 0 | $0.00 | 0 | $0.00 | $0.00 | 15,143 | $11,436.7 |
| 9/15/10 | 26,000 | 15,719 | 0 | 0 | 15,719 | 15,719 | $11,867.84 | 0 | $0.00 | 0 | $0.00 | $0.00 | 15,719 | $11,867.8 |
| 9/29/10 | 26,000 | 12,602 | 0 | 0 | 12,602 | 12,602 | $9,514.59 | 0 | $0.00 | 0 | $0.00 | $0.00 | 12,602 | $9,514.5 |
| 10/13/10 | 26,000 | 17,093 | 0 | 0 | 17,093 | 17,093 | $12,905.22 | 0 | $0.00 | 0 | $0.00 | $0.00 | 17,093 | $12,905.2 |
| 10/27/10 | 26,000 | 12,700 | 0 | 0 | 12,700 | 12,700 | $9,588.50 | 0 | $0.00 | 0 | $0.00 | $0.00 | 12,700 | $9,588.5 |
| 11/10/10 | 26,000 | 15,229 | 0 | 0 | 15,229 | 15,229 | $11,497.50 | 0 | $0.00 | 0 | $0.00 | $0.00 | 15,229 | $11,497.5 |
| 11/24/10 | 26,000 | 15,945 | 0 | 0 | 15,945 | 15,945 | $12,038.18 | 0 | $0.00 | 0 | $0.00 | $0.00 | 15,945 | $12,038.4 |




Oficina de la Reglamentación de la Industria Lechera
Informe Pagos de Liquidación

Desde Termina Quincena: 01/06/2010 Hasta Termina Quincena: 12/22/2010

324 - LA FUNDADORA, INC.

| Termina Quincena | Cuota | Producción | Sobre Cuota | Decomiso | Base 100 | Total Fresca | Total Fresca ($) | Total UHT | Total UHT ($) | Total Otros | Total Otros ($) | Total Nivel 4 S/C ($) | Cuartillos Pagados | Cantidad Pagada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/10 | 26,000 | 15,862 | 0 | 0 | 15,862 | 15,862 | $11,975.81 | 0 | $0.00 | 0 | $0.00 | $0.00 | 15,862 | $11,975.8 |
| 12/22/10 | 26,000 | 17,303 | 0 | 0 | 17,303 | 15,931 | $12,027.50 | 1,372 | $1,035.86 | 0 | $0.00 | $0.00 | 17,303 | $13,063.3 |
| 26 | 676,000 | 441,953 | 0 | 0 | 441,953 | 408,572 | $308,472.64 | 33,381 | $25,202.64 | 0 | $0.00 | $0.00 | 441,954 | $333,675.2 |

Ganadero: Yaguarzo

LF 34

7/9/2013

# Oficina de la Reglamentación de la Industria Lechera
## Informe Pagos de Liquidación

Desde Termina Quincena: 01/06/2010 Hasta Termina Quincena: 12/22/2010

**Mequería**

| Termina Quincena | Cuota | Producción | Sobre Cuota | Decomiso | Base 100 | Total Fresca | Total Fresca ($) | Total UHT | Total UHT($) | Total Otros | Total Otros ($) | Total Nivel 4 S/C ($) | Cuartillos Pagados | Cantidad Pagada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gran Total... | 676,000 | 441,953 | 0 | 0 | 441,953 | 408,573 | $308,472.64 | 33,381 | $25,202.64 | 0 | $0.00 | $0.00 | 441,954 | $333,675.2 |



LF 3S

## Oficina de la Reglamentación de la Industria Lechera
## Informe Pagos de Liquidación

Desde Termina Quincena: 01/05/2011 Hasta Termina Quincena: 12/21/2011

| Vaquería | Termina Quincena | Cuota Producción | Sobre Cuota | Decomiso | Base 100 | Total Fresca | Total Fresca ($) | Total UHT | Total UHT($) | Total Otros | Total Otros ($) | Total Nivel 4 S/C ($) | Cuartillos Pagados | Cantidad Pagada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gran Total... | | 624,000 | 557,880 | 1,430 | 0 | 556,450 | 430,940 | $261,575.45 | 110,573 | $97,706.05 | 14,936 | $5,064.25 | $0.00 | 556,451 | $459,106.5 |

## Oficina de la Reglamentación de la Industria Lechera
### Informe Pagos de Liquidación

Desde Termina Quincena: 01/04/2012 Hasta Termina Quincena: 04/25/2012

**Vaquería 3124 - LA FUNDADORA, INC.**

| Termina Quincena | Cuota | Producción | Sobre Cuota | Descontize | Base 100 | Total Fresca | Total Fresca ($) | Total UHT | Total UHT($) | Total Otros | Total Otros ($) | Nivel 4 | Total S/C ($) | Cuartillos Pagados | Cantidad Pagada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/12 | 26,000 | 19,744 | 0 | 0 | 19,744 | 13,874 | $11,792.90 | 1,040 | $884.00 | 4,830 | $1,618.05 | | $0.00 | 19,744 | $14,294.95 |
| 1/18/12 | 26,000 | 20,123 | 0 | 0 | 20,123 | 16,550 | $14,067.50 | 440 | $374.00 | 3,133 | $1,049.56 | | $0.00 | 20,123 | $15,491.06 |
| 2/1/12 | 26,000 | 21,336 | 0 | 0 | 21,336 | 16,445 | $12,920.80 | 679 | $577.15 | 4,209 | $1,480.02 | | $0.00 | 21,336 | $15,596.25 |
| 2/15/12 | 26,000 | 21,904 | 0 | 0 | 21,904 | 17,206 | $14,625.10 | 505 | $429.25 | 4,194 | $1,404.99 | | $0.00 | 21,905 | $16,659.25 |
| 2/29/12 | 26,000 | 19,651 | 0 | 0 | 19,651 | 16,063 | $13,653.55 | 357 | $303.45 | 3,231 | $1,082.59 | | $0.00 | 19,651 | $15,039.26 |
| 3/14/12 | 26,000 | 24,446 | 0 | 0 | 24,446 | 17,165 | $14,590.25 | 322 | $273.70 | 6,941 | $2,325.24 | 19 | $0.00 | 24,447 | $17,195.44 |
| 3/28/12 | 26,000 | 23,991 | 0 | 0 | 23,991 | 16,019 | $13,616.15 | 493 | $419.05 | 7,479 | $2,505.47 | | $0.00 | 23,991 | $16,540.67 |
| 4/11/12 | 26,000 | 24,037 | 0 | 0 | 24,037 | 15,574 | $13,237.90 | 444 | $377.40 | 7,686 | $2,574.81 | 333 | $0.00 | 24,037 | $16,301.42 |
| 4/25/12 | 26,000 | 24,649 | 0 | 0 | 24,649 | 17,745 | $15,083.15 | 415 | $352.75 | 5,645 | $1,891.08 | 846 | $0.00 | 24,649 | $17,608.27 |
| **9** | **234,000** | **199,881** | **0** | **0** | **199,881** | **146,642** | **$124,645.70** | **4,695** | **$3,990.75** | **47,348** | **$15,861.61** | **1,198** | **$0.00** | **199,883** | **$144,699.4** |

Total Vaquería




Oficina de la Reglamentación de la Industria Lechera
Informe Pagos por Ganadero
Desde 5/9/2012 Hasta 12/19/2012

LA FUNDADORA,

| Termina Quincena | Cuota Cmda. Ajustada | Producción | Sobre Cuota | S/Cuota Ajustada Descuento | Base 80% | Total Fresca | Total Fresca ($) | Total Industrial | Total Industrial ($) | Total Otros | Total Otros ($) | Total Sobre Cuota ($) | S/Cuota Ajustada ($) | Total Cuartillos Pagados | Cantidad Pagada ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/9/2012 | 26,000 | 25,561 | | | 25,561 | 15,543 | 13,211.55 | 695 | 590.75 | 9,323 | 3,235.79 | | | 25,561 | 17,036.09 |
| 5/23/2012 | 26,000 | 25,125 | | | 25,125 | 14,718 | 12,510.30 | 294 | 249.90 | 10,113 | 3,551.28 | | | 25,125 | 16,311.48 |
| 6/6/2012 | 26,000 | 24,927 | | | 24,927 | 15,259 | 12,970.15 | 312 | 265.20 | 9,356 | 3,280.18 | | | 24,927 | 16,515.53 |
| 6/20/2012 | 26,000 | 25,481 | | | 25,481 | 15,863 | 13,483.55 | 42 | 35.70 | 9,576 | 4,444.50 | | | 25,481 | 17,963.75 |
| 7/4/2012 | 26,000 | 26,541 | 541 | | 26,000 | 14,574 | 12,387.90 | 13 | 11.05 | 11,413 | 5,030.59 | | | 26,000 | 17,429.54 |
| 7/18/2012 | 26,000 | 27,057 | 1,057 | | 26,000 | 15,714 | 13,356.90 | 3,112 | 622.40 | 7,374 | 3,910.50 | | | 26,000 | 16,989.80 |
| 8/1/2012 | 26,000 | 26,556 | 556 | | 26,000 | 14,048 | 11,940.80 | 25 | 21.25 | 11,927 | 2,279.96 | | | 26,000 | 14,242.01 |
| 8/15/2012 | 26,000 | 25,705 | | | 25,705 | 17,916 | 15,228.60 | 41 | 34.85 | 7,748 | 3,232.51 | | | 25,705 | 18,495.96 |
| 8/29/2012 | 26,000 | 25,002 | | | 25,002 | 20,224 | 17,190.40 | 394 | 334.90 | 4,384 | 2,459.41 | | | 25,002 | 19,984.71 |
| 9/12/2012 | 26,000 | 24,349 | | | 24,349 | 18,942 | 16,100.70 | 230 | 195.50 | 5,177 | 1,929.52 | | | 24,349 | 18,225.72 |
| 9/26/2012 | 26,000 | 23,486 | | | 23,486 | 18,781 | 15,963.35 | 135 | 114.75 | 4,540 | 1,568.86 | | | 23,486 | 17,672.96 |
| 10/10/2012 | 26,000 | 23,474 | | | 23,474 | 18,579 | 15,792.15 | 273 | 232.05 | 4,622 | 1,691.63 | | | 23,474 | 17,715.83 |
| 10/24/2012 | 26,000 | 22,349 | | | 22,349 | 19,225 | 15,712.57 | 260 | 221.00 | 2,864 | 1,169.32 | | | 22,349 | 17,162.89 |
| 11/7/2012 | 26,000 | 22,511 | | | 22,511 | 16,176 | 13,749.60 | 115 | 97.75 | 6,220 | 1,178.03 | | | 22,511 | 15,025.33 |
| 11/21/2012 | 26,000 | 23,089 | | | 23,089 | 17,917 | 13,917.52 | 66 | 32.01 | 6,006 | 522.37 | | | 23,089 | 14,471.90 |
| 12/5/2012 | 26,000 | 22,597 | | | 22,597 | 16,076 | 13,584.22 | 2,310 | 1,744.05 | 4,211 | 1,471.63 | | | 22,597 | 16,799.90 |
| 12/19/2012 | 26,000 | 22,037 | | | 22,037 | 14,957 | 12,638.66 | 4,925 | 3,712.38 | 2,155 | 924.18 | | | 22,037 | 17,281.22 |
| 17 | 442,000 | 415,857 | 2,164 | | 413,693 | 283,643 | 239,824.92 | 13,242 | 8,521.49 | 116,819 | 40,978.25 | | | 413,693 | 289,324.66 |

## Oficina de la Reglamentación de la Industria Lechera
### Informe Pagos por Ganadero
### Desde 1/2/2013 Hasta 7/3/2013

LA FUNDADORA,

| Termina Quincena | Cuota | Cuota Ajustada | Producción | Sobre Cuota | S/Cuota Ajustada | Descuento | Base 100 | Total Fresca | Total Fresca ($) | Total Industria ($) | Total Industria ($) | Total Otros | Total Otros ($) | Total Sobre Cuota ($) | S/Cuota Ajustada ($) | Cuartillos Pagados | Cantidad Pagada ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/2013 | 26,000 | | 21,274 | | | | 21,274 | 13,129 | 13,894.00 | 4,916 | 3,711.58 | 3,219 | 1,899.23 | | | 21,274 | 16,695.81 |
| 1/16/2013 | 26,000 | | 21,066 | | | | 21,066 | 16,219 | 13,705.05 | 2,838 | 2,142.69 | 2,009 | 1,295.80 | | | 21,066 | 17,143.55 |
| 1/30/2013 | 26,000 | | 20,433 | | | | 20,433 | 16,284 | 14,182.48 | 3,649 | 2,755.00 | | | | | 20,433 | 16,937.48 |
| 1/30/2013 | 26,000 | | 20,163 | | | | 20,163 | 16,995 | 13,600.25 | 2,513 | 1,897.32 | 1,555 | 1,002.98 | | | 20,163 | 16,500.58 |
| 2/13/2013 | 26,000 | | 21,501 | | | | 21,501 | 16,881 | 13,588.44 | 4,540 | 3,427.70 | 680 | 567.60 | | | 21,501 | 17,583.74 |
| 2/27/2013 | 26,000 | | 21,259 | | | | 21,259 | 15,824 | 13,371.28 | 5,415 | 4,088.32 | | | | | 21,259 | 17,459.60 |
| 3/13/2013 | 26,000 | | 21,062 | | | | 21,062 | 16,057 | 13,125.13 | 3,119 | 2,277.77 | 1,826 | 1,171.45 | | | 21,062 | 16,574.35 |
| 3/27/2013 | 26,000 | | 21,112 | | | | 21,112 | 16,951 | 14,169.68 | 1,136 | 848.61 | 3,025 | 1,931.04 | | | 21,112 | 16,949.33 |
| 4/10/2013 | 26,000 | | 22,547 | | | | 22,547 | 19,416 | 14,513.27 | 2,179 | 1,657.51 | 952 | 389.79 | | | 22,547 | 16,560.57 |
| 4/24/2013 | 26,000 | 23,400 | 22,327 | | 0 | | 22,327 | 18,271 | 14,035.96 | 3,704 | 2,547.72 | 352 | 207.54 | | 0.00 | 22,327 | 16,791.22 |
| 5/8/2013 | 26,000 | 23,400 | 23,196 | | 0 | | 23,196 | 14,355 | 11,988.93 | 1,741 | 1,314.46 | 7,097 | 1,614.14 | | 0.00 | 23,196 | 14,917.53 |
| 5/22/2013 | 26,000 | 23,400 | 22,213 | | 0 | | 22,213 | 14,165 | 11,527.78 | 2,131 | 1,606.93 | 5,917 | 1,246.33 | | 0.00 | 22,213 | 14,683.01 |
| 6/5/2013 | 26,000 | 0 | 21,353 | | 0 | | 21,353 | 14,956 | 12,496.61 | 3,109 | 2,347.30 | 3,278 | 994.25 | | 0.00 | 21,353 | 15,838.16 |
| 6/19/2013 | 26,000 | 0 | 20,107 | | 0 | | 20,107 | 14,678 | 12,249.45 | 4,971 | 3,753.10 | 465 | 214.34 | | 0.00 | 20,107 | 16,216.89 |
| **14** | **364,000** | **70,200** | **299,593** | | **0** | | **299,593** | **222,996** | **183,948.35** | **45,961** | **34,377.98** | **30,636** | **12,525.49** | | **0.00** | **299,593** | **230,651.82** |


