Page 1

SUIZA DAIRY CORPORATION
Informe de Liquidacion p
Wednesday, July 22, 2009

DIVISION SUIZA DAIRY

| | | |
|---|---|---|
| Ganadero ................ | 737 LA FUNDADORA, INC. | |
| Licencia ................ | 3124 | |
| Numero de Liquidacion ... | 2009-15 | |
| Desde ................... | 7/09/2009 | |
| Hasta ................... | 7/22/2009 | |
| Fecha de Pago ........... | 7/22/2009 | |
| Numero de Cheque o Dep Directo . | 39712 | |
| Numero de Facimil ....... | | |
| Cuota ................... | 26,000 | |
| La Produccion para el Periodo .. | 8,844 | |

| Distribucion del Pago | | Litros | A | Valor |
|---|---|---|---|---|
| Leche Fresca Retenida y UHT | 61.9700% | 8,844 | .755000 | 6,677.22 |
| Productos Derivados Plantas | 38.0300% | 0 | .000000 | .00 |
| Leche Utilizada Polvo Plantas | .0000% | 0 | .000000 | .00 |
| Leche Utilizada Queso Indulac | .0000% | 0 | .000000 | .00 |
| Leche Utilizada en Polvo y Evaporada Indulac | .0000% | 0 | .000000 | .00 |
| Leche Sobre Quota Entregada por Ganadero | | 0 | .00000 | .00 |

Total a Pagar ................ 6,677.22

Menos la siguientes Cesiones ....

| | |
|---|---|
| Adelanto ................ | .00 |
| GABSO, INC. | 25.00 |
| BCO SANTANDER - PR | 227.00 |
| BANCO SANTANDER PR | 4,520.00 |
| MILL AGRO FIBERS, INC. | 150.00 |
| ASOC. PRODUCTORES LECHE | 36.00 |

Total de Deducciones ........ 4,958.00

Pago Neto ................... 1,719.22

Page 1

SUIZA DAIRY CORPORATION
Informe de Liquidacion p
Wednesday, July 21, 2010

DIVISION SUIZA DAIRY

| | | |
|---|---|---|
| Ganadero ................ | 737 | LA FUNDADORA, INC. |
| Licencia ................ | 3124 | |
| Numero de Liquidacion ... | 2010-15 | |
| Desde ................... | 7/08/2010 | |
| Hasta ................... | 7/21/2010 | |
| Fecha de Pago ........... | 7/21/2010 | |
| Numero de Cheque o Dep Directo . | 43152 | |
| Numero de Facimil ....... | 787-896-5297 | |
| Cuota ................... | 26,000 | |
| La Produccion para el Periodo .. | 16,086 | |

| Distribucion del Pago ........... | | Litros | A | Valor |
|---|---|---|---|---|
| Leche Fresca Retenida y UHT | 62.3600% | 16,086 | .755000 | 12,144.93 |
| Productos Derivados Plantas | 37.6400% | 0 | .000000 | .00 |
| Leche Utilizada Polvo Plantas | .0000% | 0 | .000000 | .00 |
| Leche Utilizada Queso Indulac | .0000% | 0 | .000000 | .00 |
| Leche Utilizada en Polvo y Evaporada Indulac | .0000% | 0 | .000000 | .00 |
| Leche Sobre Quota Entregada por Ganadero | | 0 | .000000 | .00 |
| Total a Pagar ............ | | | | 12,144.93 |

Menos la siguientes Cesiones ....

| | |
|---|---|
| Adelanto ................ | 5,950.91 |
| BANCO SANTANDER PR | 1,962.61 |
| Total de Deducciones ..... | 7,913.52 |
| Pago Neto ............... | 4,231.41 |

Page 1

SUIZA DAIRY CORPORATION
Informe de Liquidacion p
Wednesday, July 20, 2011

DIVISION SUIZA DAIRY

| | | | |
|---|---|---|---|
| Ganadero ................. | 737 LA FUNDADORA, INC. | | |
| Licencia ................. | 3124 | | |
| Numero de Liquidacion .... | 2011-15 | | |
| Desde .................... | 7/07/2011 | | |
| Hasta .................... | 7/20/2011 | | |
| Fecha de Pago ............ | 7/20/2011 | | |
| Numero de Cheque o Dep Directo . | 46658 | | |
| Numero de Facimil ........ | 787-896-5297 | | |
| Cuota .................... | 26,000 | | |
| La Produccion para el Periodo .. | 23,386 | | |

| Distribucion del Pago ........ | | Litros | A | Valor |
|---|---|---|---|---|
| Leche Fresca Retenida y UHT | 59.6230% | 15,502 | .850000 | 13,176.70 |
| Productos Derivados Plantas | 40.3770% | 7,884 | .000000 | .00 |
| Leche Utilizada Polvo Plantas | .0000% | 0 | .000000 | .00 |
| Leche Utilizada Queso Indulac | .0000% | 0 | .000000 | .00 |
| Leche Utilizada en Polvo y Evaporada Indulac | .0000% | 0 | .000000 | .00 |
| Leche Sobre Quota Entregada por Ganadero | | 0 | .000000 | .00 |

| | |
|---|---|
| Total a Pagar ................. | 13,176.70 |
| Menos la siguientes Cesiones .... | |
| Adelanto ...................... | 6,570.50 |
| FONDO FOMENTO IND. (HIGIENE) | 7.00 |
| BANCO SANTANDER PR | 1,962.61 |
| Total de Deducciones ......... | 8,540.11 |
| Pago Neto .................... | 4,636.59 |

```
SUIZA DAIRY CORPORATION
Informe de Liquidacion p
Wednesday, July 18, 2012

DIVISION SUIZA DAIRY

Ganadero ..................            737   LA FUNDADORA, INC.
Licencia ..................           3124
Numero de Liquidacion .....        2012-15
Desde .....................      7/05/2012
Hasta .....................      7/18/2012
Fecha de Pago .............      7/18/2012
Numero de Cheque o Dep Directo      50519

Numero de Facimil .........   787-896-5297

Cuota .....................         26,000

La Produccion para el Periodo ..    27,087
```

| Distribucion del Pago | | Litros | A | Valor |
|---|---|---|---|---|
| Leche Fresca Retenida y UHT | 60.4390% | 15,714 | .850000 | 13,356.90 |
| Productos Derivados Plantas | 39.5610% | 11,373 | .000000 | .00 |
| Leche Utilizada Polvo Plantas | .0000% | 0 | .000000 | .00 |
| Leche Utilizada Queso Indulac | .0000% | 0 | .000000 | .00 |
| Leche Utilizada en Polvo y Evaporada Indulac | .0000% | 0 | .000000 | .00 |
| Leche Sobre Quota Entregada por Ganadero | | 1,087 | .000000 | .00 |

```
Total a Pagar .............................        13,356.90

Menos la siguientes Cesiones ....

Adelanto ..................................         6,193.95
FONDO FOMENTO IND. (HIGIENE)                            7.00
ASOCIACION MEJORAMIENTO DE                             32.50
BANCO SANTANDER PR                                  1,962.61

Total de Deducciones ......................         8,196.06

Pago Neto .................................         5,160.84
```

Page 1

SUIZA DAIRY CORPORATION
Informe de Liquidacion p
Wednesday, July 17, 2013

DIVISION SUIZA DAIRY

```
Ganadero .......................      737  LA FUNDADORA, INC.
Licencia .......................     3124
Numero de Liquidacion ..........  2013-15
Desde ..........................  7/04/2013
Hasta ..........................  7/17/2013
Fecha de Pago ..................  7/17/2013
Numero de Cheque o Dep Directo .    54591

Numero de Facimil ..............  787-896-5297

Cuota ..........................   26,000

La Produccion para el Periodo ..   20,086
```

| Distribucion del Pago | | Litros | A | Valor |
|---|---|---|---|---|
| Leche Fresca Retenida y UHT | 54.3730% | 14,137 | .840000 | 11,875.08 |
| Productos Derivados Plantas | 45.6270% | 5,949 | .000000 | .00 |
| Leche Utilizada Polvo Plantas | .0000% | 0 | .000000 | .00 |
| Leche Utilizada Queso Indulac | .0000% | 0 | .000000 | .00 |
| Leche Utilizada en Polvo y Evaporada Indulac | .0000% | 0 | .000000 | .00 |
| Leche Sobre Quota Entregada por Ganadero | | 0 | .000000 | .00 |

Total a Pagar .................................  11,875.08

Menos la siguientes Cesiones ....

Adelanto ......................................   6,124.73
FONDO FOMENTO IND. (HIGIENE)                          7.00
ASOCIACION MEJORAMIENTO DE                           32.50
BANCO SANTANDER PR                                1,962.61

Total de Deducciones ..........................   8,126.84

Pago Neto .....................................   3,748.24