# HYPOTHETICAL CHAPTER 7 LIQUIDATION

Case Number: 09-05820

| Asset Description | Value | 1st lien CREDITOR | 2nd lien CREDITOR | 3rd lien CREDITOR | 4th lien CREDITOR | Value less liens | Debtor Int. | Debtor Interest $ | 11 USC 522 Exemptions | Non Exempt Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| Dairy Farm Carr. 444 Bo. Rocha | $676,492 | Sant $676,492 | $- | $- | $- | $- | 1 | $- | $- | $- |
| 1,971 Cdas Bo.Rocha | $25,000 | $- | $- | $- | $- | $25,000 | 1 | $25,000 | $- | $25,000 |
| 11.26 Cdas Bo.Rocha | $110,000 | $- | $- | $- | $- | $110,000 | 1 | $110,000 | $- | $110,000 |
| 15 Centrímos Bo.Rocha | $5,000 | $- | $- | $- | $- | $5,000 | 1 | $5,000 | $- | $5,000 |
| 174.81 Cdas Bo.Rocha | $1,286,989 | Sant $671,259 | CRIM $7,210 | $- | $- | $608,521 | 1 | $608,521 | $- | $608,521 |
| Residence Bo.Rocha (1 cda) | $50,000 | $- | $- | $- | $- | $50,000 | 1 | $50,000 | $- | $50,000 |
| Checking & Savings | $448 | $- | $- | $- | $- | $448 | 1 | $448 | d5 $257 | $191 |
| Cash (Petty Cash) | $110 | $- | $- | $- | $- | $110 | 1 | $110 | d5 $10 | $100 |
| Deposits (AAA/AEE/Tel) | $1,100 | $- | $- | $- | $- | $1,100 | 1 | $1,100 | d5 $100 | $1,000 |
| Household goods | $2,000 | $- | $- | $- | $- | $2,000 | 1 | $2,000 | d3 $2,000 | $- |
| Books | $- | $- | $- | $- | $- | $- | 1 | $- | $- | $- |
| Wearing Apparel | $600 | $- | $- | $- | $- | $600 | 1 | $600 | d3 $600 | $- |
| Jewelry | $300 | $- | $- | $- | $- | $300 | 1 | $300 | d4 $300 | $- |
| Firearms | $- | $- | $- | $- | $- | $- | 1 | $- | $- | $- |
| Inheritance | $- | $- | $- | $- | $- | $- | 1 | $- | $- | $- |
| Inheritance | $- | $- | $- | $- | $- | $- | 1 | $- | $- | $- |
| Acct. Receivable | $4,920 | $- | $- | $- | $- | $4,920 | 1 | $4,920 | $- | $4,920 |
| 2000 Ford F150 | $10,000 | FB $2,093 | $- | $- | $- | $7,907 | 1 | $7,907 | d2 $6,450 | $1,457 |
| 2004 Cherokee | $3,700 | $- | $- | $- | $- | $3,700 | 1 | $3,700 | $- | $3,700 |
| 1998 Ford F150 | $- | $- | $- | $- | $- | $- | 1 | $- | $- | $- |
| 350 Mercedes Benz (3rd party) | $- | $- | $- | $- | $- | $- | 1 | $- | $- | $- |
| Auto 5 | $- | $- | $- | $- | $- | $- | 1 | $- | $- | $- |
| Auto 6 | $- | $- | $- | $- | $- | $- | 1 | $- | $- | $- |
| Milk Quota (21,000 / 5,000) | $597,000 | Sant $597,000 | $- | $- | $- | $- | 1 | $- | $- | $- |
| Horses(10) /Cows(180) /Bulls (2) | $187,500 | $- | $- | $- | $- | $187,500 | 1 | $187,500 | $- | $187,500 |
| Farm Equipment | $60,000 | $- | $- | $- | $- | $60,000 | 1 | $60,000 | $- | $60,000 |
| Farm Supplies | $2,500 | $- | $- | $- | $- | $2,500 | 1 | $2,500 | $- | $2,500 |
| Inventory | $10,000 | $- | $- | $- | $- | $10,000 | 1 | $10,000 | $- | $10,000 |
| 1 Cda.Bo. Rocha | $- | $- | $- | $- | $- | $- | 1 | $- | $- | $- |
| 6553 Sq.Mtrs. Bo.Rocha | $6,600 | $- | $- | $- | $- | $6,600 | 1 | $6,600 | $- | $6,600 |
| **TOTALS** | **$3,040,259** | **Sant $1,946,844** | **$7,210** | **$-** | **$-** | **$1,086,206** |  | **$1,086,206** | **$9,717** | **$1,076,489** |

Non Exempt Equity: $1,076,489

CH7 Trustee Fee - Secured: $37,613

Secured Liquidation Cost: $91,250 *

Funds available for Allowed Unsecured: $931,625

Unsecured Priority Claims: $16,585

Funds available for Priority Claims: $931,625

Disbursement to Priority Claims: $16,585

CH7 Trustee Fee - Priority: $829

Unsecured Priority Claims Recovery %: 100.00%

Funds available for General Unsecured: $914,211

CH7 Trustee Fee - General Unsec.: $435,664

Disbursement for General Unsecured ($): $478,547

General Unsecured Claims Recovery %: 100.00%

Allowed Unsecured Claims Recovery ($): $495,132

Allowed Unsecured Claims Recovery %: 100.00%

Case Liquidation Value ($): $930,796

Surplus after paying all claims: $435,664

100% of allowed unsec. paid + Surplus: $930,796

\* Deed of Sale & Mrtg Cancellation
Notarial Fees and Staps,
Realtor Fees &
Capital Gain Tax 10%

Funds available for General Unsecured: $914,211
General Unsecured Claims: $478,547