**LA FUNDADORA, INC.**     09-05822 MCF-12                                         **EXHIBIT O**

### CLASS 3 BANCO SANTANDER

| POC # 13, 14, 15 & 16 | | | | |
|---|---|---|---|---|
| $1,955,000.00 | $8,504.64 | 3.25% | 46  | 11/30/2009-8/31/2013 |
| $1,798,178.48 | $5,200.00 | 3.25% | 14  | 9/30/2013-10/31/2014 |
| $1,793,477.21 | $9,297.00 | 3.75% | 120 | 11/30/2014-10/31/2024 |
| $1,256,881.22 | $9,297.00 | 4.00% | 180 | 11/30/2024-10/31/2039 |

### CLASS 4 FIRST BANK
POC # 2
**TOTAL**     $5,568.60
ARREARS     $340.00

### CLASS 5 PRIORITY CLAIMS

IRS     $4,680.00
POC #5

DEPARTMENT OF TREASURY     $510.68
POC # 10

DEPARTMENT OF TREASURY     $95.91
POC # 18

DEPARTMENT OF LABOR     $306.44
POC # 19     **$5,593.03**
TOTAL

### CLASS 6 CRIM - SECURED
POC #7     $11,823.70
**TOTAL**     **$11,823.70**

### CLASS 7 GENERAL UNSECURED
BBVA     $257.30
POC #1

CAPITAL ONE     $174.03
POC # 3

SCOTIABANK PR POC#4     $6,170.94
PR ADQUISITIONS POC#12

CITIFINANCIAL, INC     $746.28
POC # 5

BANCO SANTANDER     $35,118.80
POC # 7

BANCO SANTANDER     $10,010.58
POC # 8

BANCO SANTANDER     $16,378.01
POC # 9

DEPARTMENT OF TREASURY     $41.70
POC # 10

FEDERACION DE ASOC PECUARIAS     $2,689.63
POC #1

GABSO, INC.     $3,024.25
POC # 2

| | | |
|---|---:|---|
| ALBERTO TORO<br>POC # 3 | $16,000.00 | |
| GRUPO MILLAGRO<br>POC # 4 | $2,391.15 | |
| ASOCIACION DE PROD DE LECHE IN<br>POC # 5 | $5,570.82 | |
| FINCA LA EULALIA<br>POC # 6 | $12,226.00 | |
| CRIM<br>POC #7 | $807.82 | |
| BPPR<br>POC # 8 | $7,174.12 | |
| CRIM<br>POC # 9 | $74.19 | |
| R&G PREMIER BANK<br>POC #10 | $6,802.68 | |
| IRS<br>POC #11 | $0.00 | |
| BANCO SANTANDER<br>POC # 17 | $35,048.60 | |
| DEPARTMENT OF TREASURY<br>POC # 18 | $24.49 | |
| | $160,731.39 | |
| 3.25% LEGAL INTEREST RATE | $14,153.34 | |
| **TOTAL** | **$174,884.73** | |

| | | |
|---|---:|---|
| ATTORNEY'S FEE | $5,630.00 | |
| SECURED ARREARS FIRST BANK | $340.00 | |
| PRIORITY | $5,593.03 | |
| CRIM | $11,823.70 | |
| GENERAL UNSECURED | $174,884.73 | |
| TOTAL | $198,271.46 | |
| TRUSTEE'S FEE | $22,030.16 | |
| TOTAL | $220,301.62 | |

SCHEDULED PAYMENTS:

| | | | |
|---|---:|---:|---:|
| | | 46 | $60,050.00 |
| | $1,000.00 | 14 | $14,000.00 |
| | | 60 | $74,050.00 |

| | | |
|---|---|---:|
| DEBTORS WILL SALE PROPERTY DURING THE NEXT | | |
| 12 MONTH TO FUND THE PLAN | | $146,300.00 |
| | TOTAL | **$220,350.00** |

DEBTORS WILL SALE THE FOLLOWING PROPERTIES:

LOT OF LAND WITH 1.971 CDAS
LOT OF LAND WITH 15 CENTIMOS
LOT OF LAND WITH 6553. SQ MTS
LOT OF LAND WITH 1 CDA
LOT OF LAND WITH 174.81 CDAS