09-05820  BANCO SANTANDER                                EXHIBIT Q

Compound Period ......... :   Monthly

Nominal Annual Rate .... :   3.250 %

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan        | 10/30/2009 | 1,955,000.00 | 1 | | |
| 2 | Payment     | 11/30/2009 | 8,504.64 | 46 | Monthly | 08/31/2013 |
| 3 | Payment     | 09/30/2013 | 5,200.00 | 14 | Monthly | 10/31/2014 |
| 4 | Rate Change | 10/31/2014 | Rate: 3.750 % | | Compounding: Monthly | |
| 5 | Payment     | 11/30/2014 | 9,297.00 | 120 | Monthly | 10/31/2024 |
| 6 | Rate Change | 10/31/2024 | Rate: 4.000 % | | Compounding: Monthly | |
| 7 | Payment     | 11/30/2024 | 9,297.00 | 180 | Monthly | 10/31/2039 |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 10/30/2009 | | | | 1,955,000.00 |
| 1 | 11/30/2009 | 8,504.64 | 5,469.34 | 3,035.30 | 1,951,964.70 |
| 2 | 12/31/2009 | 8,504.64 | 5,286.57 | 3,218.07 | 1,948,746.63 |
| 2009 Totals | | 17,009.28 | 10,755.91 | 6,253.37 | |
| 3 | 01/31/2010 | 8,504.64 | 5,277.86 | 3,226.78 | 1,945,519.85 |
| 4 | 02/28/2010 | 8,504.64 | 5,269.12 | 3,235.52 | 1,942,284.33 |
| 5 | 03/31/2010 | 8,504.64 | 5,260.35 | 3,244.29 | 1,939,040.04 |
| 6 | 04/30/2010 | 8,504.64 | 5,251.57 | 3,253.07 | 1,935,786.97 |
| 7 | 05/31/2010 | 8,504.64 | 5,242.76 | 3,261.88 | 1,932,525.09 |
| 8 | 06/30/2010 | 8,504.64 | 5,233.92 | 3,270.72 | 1,929,254.37 |
| 9 | 07/31/2010 | 8,504.64 | 5,225.06 | 3,279.58 | 1,925,974.79 |
| 10 | 08/31/2010 | 8,504.64 | 5,216.18 | 3,288.46 | 1,922,686.33 |
| 11 | 09/30/2010 | 8,504.64 | 5,207.28 | 3,297.36 | 1,919,388.97 |
| 12 | 10/31/2010 | 8,504.64 | 5,198.35 | 3,306.29 | 1,916,082.68 |
| 13 | 11/30/2010 | 8,504.64 | 5,189.39 | 3,315.25 | 1,912,767.43 |
| 14 | 12/31/2010 | 8,504.64 | 5,180.41 | 3,324.23 | 1,909,443.20 |
| 2010 Totals | | 102,055.68 | 62,752.25 | 39,303.43 | |
| 15 | 01/31/2011 | 8,504.64 | 5,171.41 | 3,333.23 | 1,906,109.97 |
| 16 | 02/28/2011 | 8,504.64 | 5,162.38 | 3,342.26 | 1,902,767.71 |

09-05820  BANCO SANTANDER                    EXHIBIT Q

|    | Date       | Payment    | Interest  | Principal | Balance      |
|----|------------|-----------|-----------|-----------|--------------|
| 17 | 03/31/2011 | 8,504.64  | 5,153.33  | 3,351.31  | 1,899,416.40 |
| 18 | 04/30/2011 | 8,504.64  | 5,144.25  | 3,360.39  | 1,896,056.01 |
| 19 | 05/31/2011 | 8,504.64  | 5,135.15  | 3,369.49  | 1,892,686.52 |
| 20 | 06/30/2011 | 8,504.64  | 5,126.03  | 3,378.61  | 1,889,307.91 |
| 21 | 07/31/2011 | 8,504.64  | 5,116.88  | 3,387.76  | 1,885,920.15 |
| 22 | 08/31/2011 | 8,504.64  | 5,107.70  | 3,396.94  | 1,882,523.21 |
| 23 | 09/30/2011 | 8,504.64  | 5,098.50  | 3,406.14  | 1,879,117.07 |
| 24 | 10/31/2011 | 8,504.64  | 5,089.28  | 3,415.36  | 1,875,701.71 |
| 25 | 11/30/2011 | 8,504.64  | 5,080.03  | 3,424.61  | 1,872,277.10 |
| 26 | 12/31/2011 | 8,504.64  | 5,070.75  | 3,433.89  | 1,868,843.21 |
| 2011 Totals |       | 102,055.68 | 61,455.69 | 40,599.99 |              |
| 27 | 01/31/2012 | 8,504.64  | 5,061.45  | 3,443.19  | 1,865,400.02 |
| 28 | 02/29/2012 | 8,504.64  | 5,052.13  | 3,452.51  | 1,861,947.51 |
| 29 | 03/31/2012 | 8,504.64  | 5,042.77  | 3,461.87  | 1,858,485.64 |
| 30 | 04/30/2012 | 8,504.64  | 5,033.40  | 3,471.24  | 1,855,014.40 |
| 31 | 05/31/2012 | 8,504.64  | 5,024.00  | 3,480.64  | 1,851,533.76 |
| 32 | 06/30/2012 | 8,504.64  | 5,014.57  | 3,490.07  | 1,848,043.69 |
| 33 | 07/31/2012 | 8,504.64  | 5,005.12  | 3,499.52  | 1,844,544.17 |
| 34 | 08/31/2012 | 8,504.64  | 4,995.64  | 3,509.00  | 1,841,035.17 |
| 35 | 09/30/2012 | 8,504.64  | 4,986.14  | 3,518.50  | 1,837,516.67 |
| 36 | 10/31/2012 | 8,504.64  | 4,976.61  | 3,528.03  | 1,833,988.64 |
| 37 | 11/30/2012 | 8,504.64  | 4,967.05  | 3,537.59  | 1,830,451.05 |
| 38 | 12/31/2012 | 8,504.64  | 4,957.47  | 3,547.17  | 1,826,903.88 |
| 2012 Totals |       | 102,055.68 | 60,116.35 | 41,939.33 |              |
| 39 | 01/31/2013 | 8,504.64  | 4,947.86  | 3,556.78  | 1,823,347.10 |
| 40 | 02/28/2013 | 8,504.64  | 4,938.23  | 3,566.41  | 1,819,780.69 |
| 41 | 03/31/2013 | 8,504.64  | 4,928.57  | 3,576.07  | 1,816,204.62 |
| 42 | 04/30/2013 | 8,504.64  | 4,918.89  | 3,585.75  | 1,812,618.87 |
| 43 | 05/31/2013 | 8,504.64  | 4,909.18  | 3,595.46  | 1,809,023.41 |
| 44 | 06/30/2013 | 8,504.64  | 4,899.44  | 3,605.20  | 1,805,418.21 |
| 45 | 07/31/2013 | 8,504.64  | 4,889.67  | 3,614.97  | 1,801,803.24 |
| 46 | 08/31/2013 | 8,504.64  | 4,879.88  | 3,624.76  | 1,798,178.48 |
| 47 | 09/30/2013 | 5,200.00  | 4,870.07  | 329.93    | 1,797,848.55 |
| 48 | 10/31/2013 | 5,200.00  | 4,869.17  | 330.83    | 1,797,517.72 |
| 49 | 11/30/2013 | 5,200.00  | 4,868.28  | 331.72    | 1,797,186.00 |
| 50 | 12/31/2013 | 5,200.00  | 4,867.38  | 332.62    | 1,796,853.38 |
| 2013 Totals |       | 88,837.12  | 58,786.62 | 30,050.50 |              |

09-05820  BANCO SANTANDER                    EXHIBIT Q

|      | Date       | Payment       | Interest              | Principal  | Balance      |
|------|------------|---------------|-----------------------|------------|--------------|
| 51   | 01/31/2014 | 5,200.00      | 4,866.48              | 333.52     | 1,796,519.86 |
| 52   | 02/28/2014 | 5,200.00      | 4,865.57              | 334.43     | 1,796,185.43 |
| 53   | 03/31/2014 | 5,200.00      | 4,864.67              | 335.33     | 1,795,850.10 |
| 54   | 04/30/2014 | 5,200.00      | 4,863.76              | 336.24     | 1,795,513.86 |
| 55   | 05/31/2014 | 5,200.00      | 4,862.85              | 337.15     | 1,795,176.71 |
| 56   | 06/30/2014 | 5,200.00      | 4,861.94              | 338.06     | 1,794,838.65 |
| 57   | 07/31/2014 | 5,200.00      | 4,861.02              | 338.98     | 1,794,499.67 |
| 58   | 08/31/2014 | 5,200.00      | 4,860.10              | 339.90     | 1,794,159.77 |
| 59   | 09/30/2014 | 5,200.00      | 4,859.18              | 340.82     | 1,793,818.95 |
| 60   | 10/31/2014 | 5,200.00      | 4,858.26              | 341.74     | 1,793,477.21 |
| Rate | 10/31/2014 |               | 0.00                  | 0.00       | 1,793,477.21 |
|      | 10/31/2014 | Rate: 3.750 % | Compounding: Monthly  |            |              |
| 61   | 11/30/2014 | 9,297.00      | 5,604.62              | 3,692.38   | 1,789,784.83 |
| 62   | 12/31/2014 | 9,297.00      | 5,593.08              | 3,703.92   | 1,786,080.91 |
| 2014 Totals |     | 70,594.00     | 59,821.53             | 10,772.47  |              |
| 63   | 01/31/2015 | 9,297.00      | 5,581.50              | 3,715.50   | 1,782,365.41 |
| 64   | 02/28/2015 | 9,297.00      | 5,569.89              | 3,727.11   | 1,778,638.30 |
| 65   | 03/31/2015 | 9,297.00      | 5,558.24              | 3,738.76   | 1,774,899.54 |
| 66   | 04/30/2015 | 9,297.00      | 5,546.56              | 3,750.44   | 1,771,149.10 |
| 67   | 05/31/2015 | 9,297.00      | 5,534.84              | 3,762.16   | 1,767,386.94 |
| 68   | 06/30/2015 | 9,297.00      | 5,523.08              | 3,773.92   | 1,763,613.02 |
| 69   | 07/31/2015 | 9,297.00      | 5,511.29              | 3,785.71   | 1,759,827.31 |
| 70   | 08/31/2015 | 9,297.00      | 5,499.46              | 3,797.54   | 1,756,029.77 |
| 71   | 09/30/2015 | 9,297.00      | 5,487.59              | 3,809.41   | 1,752,220.36 |
| 72   | 10/31/2015 | 9,297.00      | 5,475.69              | 3,821.31   | 1,748,399.05 |
| 73   | 11/30/2015 | 9,297.00      | 5,463.75              | 3,833.25   | 1,744,565.80 |
| 74   | 12/31/2015 | 9,297.00      | 5,451.77              | 3,845.23   | 1,740,720.57 |
| 2015 Totals |     | 111,564.00    | 66,203.66             | 45,360.34  |              |
| 75   | 01/31/2016 | 9,297.00      | 5,439.75              | 3,857.25   | 1,736,863.32 |
| 76   | 02/29/2016 | 9,297.00      | 5,427.70              | 3,869.30   | 1,732,994.02 |
| 77   | 03/31/2016 | 9,297.00      | 5,415.61              | 3,881.39   | 1,729,112.63 |
| 78   | 04/30/2016 | 9,297.00      | 5,403.48              | 3,893.52   | 1,725,219.11 |
| 79   | 05/31/2016 | 9,297.00      | 5,391.31              | 3,905.69   | 1,721,313.42 |
| 80   | 06/30/2016 | 9,297.00      | 5,379.10              | 3,917.90   | 1,717,395.52 |
| 81   | 07/31/2016 | 9,297.00      | 5,366.86              | 3,930.14   | 1,713,465.38 |
| 82   | 08/31/2016 | 9,297.00      | 5,354.58              | 3,942.42   | 1,709,522.96 |
| 83   | 09/30/2016 | 9,297.00      | 5,342.26              | 3,954.74   | 1,705,568.22 |

09-05820  BANCO SANTANDER                              EXHIBIT Q

|     | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 84 | 10/31/2016 | 9,297.00 | 5,329.90 | 3,967.10 | 1,701,601.12 |
| 85 | 11/30/2016 | 9,297.00 | 5,317.50 | 3,979.50 | 1,697,621.62 |
| 86 | 12/31/2016 | 9,297.00 | 5,305.07 | 3,991.93 | 1,693,629.69 |
| 2016 Totals | | 111,564.00 | 64,473.12 | 47,090.88 | |
| 87 | 01/31/2017 | 9,297.00 | 5,292.59 | 4,004.41 | 1,689,625.28 |
| 88 | 02/28/2017 | 9,297.00 | 5,280.08 | 4,016.92 | 1,685,608.36 |
| 89 | 03/31/2017 | 9,297.00 | 5,267.53 | 4,029.47 | 1,681,578.89 |
| 90 | 04/30/2017 | 9,297.00 | 5,254.93 | 4,042.07 | 1,677,536.82 |
| 91 | 05/31/2017 | 9,297.00 | 5,242.30 | 4,054.70 | 1,673,482.12 |
| 92 | 06/30/2017 | 9,297.00 | 5,229.63 | 4,067.37 | 1,669,414.75 |
| 93 | 07/31/2017 | 9,297.00 | 5,216.92 | 4,080.08 | 1,665,334.67 |
| 94 | 08/31/2017 | 9,297.00 | 5,204.17 | 4,092.83 | 1,661,241.84 |
| 95 | 09/30/2017 | 9,297.00 | 5,191.38 | 4,105.62 | 1,657,136.22 |
| 96 | 10/31/2017 | 9,297.00 | 5,178.55 | 4,118.45 | 1,653,017.77 |
| 97 | 11/30/2017 | 9,297.00 | 5,165.68 | 4,131.32 | 1,648,886.45 |
| 98 | 12/31/2017 | 9,297.00 | 5,152.77 | 4,144.23 | 1,644,742.22 |
| 2017 Totals | | 111,564.00 | 62,676.53 | 48,887.47 | |
| 99 | 01/31/2018 | 9,297.00 | 5,139.82 | 4,157.18 | 1,640,585.04 |
| 100 | 02/28/2018 | 9,297.00 | 5,126.83 | 4,170.17 | 1,636,414.87 |
| 101 | 03/31/2018 | 9,297.00 | 5,113.80 | 4,183.20 | 1,632,231.67 |
| 102 | 04/30/2018 | 9,297.00 | 5,100.72 | 4,196.28 | 1,628,035.39 |
| 103 | 05/31/2018 | 9,297.00 | 5,087.61 | 4,209.39 | 1,623,826.00 |
| 104 | 06/30/2018 | 9,297.00 | 5,074.46 | 4,222.54 | 1,619,603.46 |
| 105 | 07/31/2018 | 9,297.00 | 5,061.26 | 4,235.74 | 1,615,367.72 |
| 106 | 08/31/2018 | 9,297.00 | 5,048.02 | 4,248.98 | 1,611,118.74 |
| 107 | 09/30/2018 | 9,297.00 | 5,034.75 | 4,262.25 | 1,606,856.49 |
| 108 | 10/31/2018 | 9,297.00 | 5,021.43 | 4,275.57 | 1,602,580.92 |
| 109 | 11/30/2018 | 9,297.00 | 5,008.07 | 4,288.93 | 1,598,291.99 |
| 110 | 12/31/2018 | 9,297.00 | 4,994.66 | 4,302.34 | 1,593,989.65 |
| 2018 Totals | | 111,564.00 | 60,811.43 | 50,752.57 | |
| 111 | 01/31/2019 | 9,297.00 | 4,981.22 | 4,315.78 | 1,589,673.87 |
| 112 | 02/28/2019 | 9,297.00 | 4,967.73 | 4,329.27 | 1,585,344.60 |
| 113 | 03/31/2019 | 9,297.00 | 4,954.20 | 4,342.80 | 1,581,001.80 |
| 114 | 04/30/2019 | 9,297.00 | 4,940.63 | 4,356.37 | 1,576,645.43 |
| 115 | 05/31/2019 | 9,297.00 | 4,927.02 | 4,369.98 | 1,572,275.45 |
| 116 | 06/30/2019 | 9,297.00 | 4,913.36 | 4,383.64 | 1,567,891.81 |

| | 09-05820  BANCO SANTANDER | | EXHIBIT Q | | |
|---|---|---|---|---|---|
| | Date | Payment | Interest | Principal | Balance |
| 117 | 07/31/2019 | 9,297.00 | 4,899.66 | 4,397.34 | 1,563,494.47 |
| 118 | 08/31/2019 | 9,297.00 | 4,885.92 | 4,411.08 | 1,559,083.39 |
| 119 | 09/30/2019 | 9,297.00 | 4,872.14 | 4,424.86 | 1,554,658.53 |
| 120 | 10/31/2019 | 9,297.00 | 4,858.31 | 4,438.69 | 1,550,219.84 |
| 121 | 11/30/2019 | 9,297.00 | 4,844.44 | 4,452.56 | 1,545,767.28 |
| 122 | 12/31/2019 | 9,297.00 | 4,830.52 | 4,466.48 | 1,541,300.80 |
| 2019 Totals | | 111,564.00 | 58,875.15 | 52,688.85 | |
| 123 | 01/31/2020 | 9,297.00 | 4,816.57 | 4,480.43 | 1,536,820.37 |
| 124 | 02/29/2020 | 9,297.00 | 4,802.56 | 4,494.44 | 1,532,325.93 |
| 125 | 03/31/2020 | 9,297.00 | 4,788.52 | 4,508.48 | 1,527,817.45 |
| 126 | 04/30/2020 | 9,297.00 | 4,774.43 | 4,522.57 | 1,523,294.88 |
| 127 | 05/31/2020 | 9,297.00 | 4,760.30 | 4,536.70 | 1,518,758.18 |
| 128 | 06/30/2020 | 9,297.00 | 4,746.12 | 4,550.88 | 1,514,207.30 |
| 129 | 07/31/2020 | 9,297.00 | 4,731.90 | 4,565.10 | 1,509,642.20 |
| 130 | 08/31/2020 | 9,297.00 | 4,717.63 | 4,579.37 | 1,505,062.83 |
| 131 | 09/30/2020 | 9,297.00 | 4,703.32 | 4,593.68 | 1,500,469.15 |
| 132 | 10/31/2020 | 9,297.00 | 4,688.97 | 4,608.03 | 1,495,861.12 |
| 133 | 11/30/2020 | 9,297.00 | 4,674.57 | 4,622.43 | 1,491,238.69 |
| 134 | 12/31/2020 | 9,297.00 | 4,660.12 | 4,636.88 | 1,486,601.81 |
| 2020 Totals | | 111,564.00 | 56,865.01 | 54,698.99 | |
| 135 | 01/31/2021 | 9,297.00 | 4,645.63 | 4,651.37 | 1,481,950.44 |
| 136 | 02/28/2021 | 9,297.00 | 4,631.10 | 4,665.90 | 1,477,284.54 |
| 137 | 03/31/2021 | 9,297.00 | 4,616.51 | 4,680.49 | 1,472,604.05 |
| 138 | 04/30/2021 | 9,297.00 | 4,601.89 | 4,695.11 | 1,467,908.94 |
| 139 | 05/31/2021 | 9,297.00 | 4,587.22 | 4,709.78 | 1,463,199.16 |
| 140 | 06/30/2021 | 9,297.00 | 4,572.50 | 4,724.50 | 1,458,474.66 |
| 141 | 07/31/2021 | 9,297.00 | 4,557.73 | 4,739.27 | 1,453,735.39 |
| 142 | 08/31/2021 | 9,297.00 | 4,542.92 | 4,754.08 | 1,448,981.31 |
| 143 | 09/30/2021 | 9,297.00 | 4,528.07 | 4,768.93 | 1,444,212.38 |
| 144 | 10/31/2021 | 9,297.00 | 4,513.16 | 4,783.84 | 1,439,428.54 |
| 145 | 11/30/2021 | 9,297.00 | 4,498.21 | 4,798.79 | 1,434,629.75 |
| 146 | 12/31/2021 | 9,297.00 | 4,483.22 | 4,813.78 | 1,429,815.97 |
| 2021 Totals | | 111,564.00 | 54,778.16 | 56,785.84 | |
| 147 | 01/31/2022 | 9,297.00 | 4,468.17 | 4,828.83 | 1,424,987.14 |
| 148 | 02/28/2022 | 9,297.00 | 4,453.08 | 4,843.92 | 1,420,143.22 |
| 149 | 03/31/2022 | 9,297.00 | 4,437.95 | 4,859.05 | 1,415,284.17 |

| | 09-05820 BANCO SANTANDER | | EXHIBIT Q | |
|---|---|---|---|---|
| Date | Payment | Interest | Principal | Balance |
| 150  04/30/2022 | 9,297.00 | 4,422.76 | 4,874.24 | 1,410,409.93 |
| 151  05/31/2022 | 9,297.00 | 4,407.53 | 4,889.47 | 1,405,520.46 |
| 152  06/30/2022 | 9,297.00 | 4,392.25 | 4,904.75 | 1,400,615.71 |
| 153  07/31/2022 | 9,297.00 | 4,376.92 | 4,920.08 | 1,395,695.63 |
| 154  08/31/2022 | 9,297.00 | 4,361.55 | 4,935.45 | 1,390,760.18 |
| 155  09/30/2022 | 9,297.00 | 4,346.13 | 4,950.87 | 1,385,809.31 |
| 156  10/31/2022 | 9,297.00 | 4,330.65 | 4,966.35 | 1,380,842.96 |
| 157  11/30/2022 | 9,297.00 | 4,315.13 | 4,981.87 | 1,375,861.09 |
| 158  12/31/2022 | 9,297.00 | 4,299.57 | 4,997.43 | 1,370,863.66 |
| 2022 Totals | 111,564.00 | 52,611.69 | 58,952.31 | |
| 159  01/31/2023 | 9,297.00 | 4,283.95 | 5,013.05 | 1,365,850.61 |
| 160  02/28/2023 | 9,297.00 | 4,268.28 | 5,028.72 | 1,360,821.89 |
| 161  03/31/2023 | 9,297.00 | 4,252.57 | 5,044.43 | 1,355,777.46 |
| 162  04/30/2023 | 9,297.00 | 4,236.80 | 5,060.20 | 1,350,717.26 |
| 163  05/31/2023 | 9,297.00 | 4,220.99 | 5,076.01 | 1,345,641.25 |
| 164  06/30/2023 | 9,297.00 | 4,205.13 | 5,091.87 | 1,340,549.38 |
| 165  07/31/2023 | 9,297.00 | 4,189.22 | 5,107.78 | 1,335,441.60 |
| 166  08/31/2023 | 9,297.00 | 4,173.26 | 5,123.74 | 1,330,317.86 |
| 167  09/30/2023 | 9,297.00 | 4,157.24 | 5,139.76 | 1,325,178.10 |
| 168  10/31/2023 | 9,297.00 | 4,141.18 | 5,155.82 | 1,320,022.28 |
| 169  11/30/2023 | 9,297.00 | 4,125.07 | 5,171.93 | 1,314,850.35 |
| 170  12/31/2023 | 9,297.00 | 4,108.91 | 5,188.09 | 1,309,662.26 |
| 2023 Totals | 111,564.00 | 50,362.60 | 61,201.40 | |
| 171  01/31/2024 | 9,297.00 | 4,092.69 | 5,204.31 | 1,304,457.95 |
| 172  02/29/2024 | 9,297.00 | 4,076.43 | 5,220.57 | 1,299,237.38 |
| 173  03/31/2024 | 9,297.00 | 4,060.12 | 5,236.88 | 1,294,000.50 |
| 174  04/30/2024 | 9,297.00 | 4,043.75 | 5,253.25 | 1,288,747.25 |
| 175  05/31/2024 | 9,297.00 | 4,027.34 | 5,269.66 | 1,283,477.59 |
| 176  06/30/2024 | 9,297.00 | 4,010.87 | 5,286.13 | 1,278,191.46 |
| 177  07/31/2024 | 9,297.00 | 3,994.35 | 5,302.65 | 1,272,888.81 |
| 178  08/31/2024 | 9,297.00 | 3,977.78 | 5,319.22 | 1,267,569.59 |
| 179  09/30/2024 | 9,297.00 | 3,961.15 | 5,335.85 | 1,262,233.74 |
| 180  10/31/2024 | 9,297.00 | 3,944.48 | 5,352.52 | 1,256,881.22 |
| Rate  10/31/2024 | | 0.00 | 0.00 | 1,256,881.22 |
| 10/31/2024 | Rate: 4.000 % | Compounding: Monthly | | |
| 181  11/30/2024 | 9,297.00 | 4,189.60 | 5,107.40 | 1,251,773.82 |
| 182  12/31/2024 | 9,297.00 | 4,172.58 | 5,124.42 | 1,246,649.40 |

| 09-05820 | BANCO SANTANDER | | EXHIBIT Q | |
|---|---|---|---|---|
| Date | Payment | Interest | Principal | Balance |
| 2024 Totals | 111,564.00 | 48,551.14 | 63,012.86 | |
| 183  01/31/2025 | 9,297.00 | 4,155.50 | 5,141.50 | 1,241,507.90 |
| 184  02/28/2025 | 9,297.00 | 4,138.36 | 5,158.64 | 1,236,349.26 |
| 185  03/31/2025 | 9,297.00 | 4,121.16 | 5,175.84 | 1,231,173.42 |
| 186  04/30/2025 | 9,297.00 | 4,103.91 | 5,193.09 | 1,225,980.33 |
| 187  05/31/2025 | 9,297.00 | 4,086.60 | 5,210.40 | 1,220,769.93 |
| 188  06/30/2025 | 9,297.00 | 4,069.23 | 5,227.77 | 1,215,542.16 |
| 189  07/31/2025 | 9,297.00 | 4,051.81 | 5,245.19 | 1,210,296.97 |
| 190  08/31/2025 | 9,297.00 | 4,034.32 | 5,262.68 | 1,205,034.29 |
| 191  09/30/2025 | 9,297.00 | 4,016.78 | 5,280.22 | 1,199,754.07 |
| 192  10/31/2025 | 9,297.00 | 3,999.18 | 5,297.82 | 1,194,456.25 |
| 193  11/30/2025 | 9,297.00 | 3,981.52 | 5,315.48 | 1,189,140.77 |
| 194  12/31/2025 | 9,297.00 | 3,963.80 | 5,333.20 | 1,183,807.57 |
| 2025 Totals | 111,564.00 | 48,722.17 | 62,841.83 | |
| 195  01/31/2026 | 9,297.00 | 3,946.03 | 5,350.97 | 1,178,456.60 |
| 196  02/28/2026 | 9,297.00 | 3,928.19 | 5,368.81 | 1,173,087.79 |
| 197  03/31/2026 | 9,297.00 | 3,910.29 | 5,386.71 | 1,167,701.08 |
| 198  04/30/2026 | 9,297.00 | 3,892.34 | 5,404.66 | 1,162,296.42 |
| 199  05/31/2026 | 9,297.00 | 3,874.32 | 5,422.68 | 1,156,873.74 |
| 200  06/30/2026 | 9,297.00 | 3,856.25 | 5,440.75 | 1,151,432.99 |
| 201  07/31/2026 | 9,297.00 | 3,838.11 | 5,458.89 | 1,145,974.10 |
| 202  08/31/2026 | 9,297.00 | 3,819.91 | 5,477.09 | 1,140,497.01 |
| 203  09/30/2026 | 9,297.00 | 3,801.66 | 5,495.34 | 1,135,001.67 |
| 204  10/31/2026 | 9,297.00 | 3,783.34 | 5,513.66 | 1,129,488.01 |
| 205  11/30/2026 | 9,297.00 | 3,764.96 | 5,532.04 | 1,123,955.97 |
| 206  12/31/2026 | 9,297.00 | 3,746.52 | 5,550.48 | 1,118,405.49 |
| 2026 Totals | 111,564.00 | 46,161.92 | 65,402.08 | |
| 207  01/31/2027 | 9,297.00 | 3,728.02 | 5,568.98 | 1,112,836.51 |
| 208  02/28/2027 | 9,297.00 | 3,709.46 | 5,587.54 | 1,107,248.97 |
| 209  03/31/2027 | 9,297.00 | 3,690.83 | 5,606.17 | 1,101,642.80 |
| 210  04/30/2027 | 9,297.00 | 3,672.14 | 5,624.86 | 1,096,017.94 |
| 211  05/31/2027 | 9,297.00 | 3,653.39 | 5,643.61 | 1,090,374.33 |
| 212  06/30/2027 | 9,297.00 | 3,634.58 | 5,662.42 | 1,084,711.91 |
| 213  07/31/2027 | 9,297.00 | 3,615.71 | 5,681.29 | 1,079,030.62 |
| 214  08/31/2027 | 9,297.00 | 3,596.77 | 5,700.23 | 1,073,330.39 |
| 215  09/30/2027 | 9,297.00 | 3,577.77 | 5,719.23 | 1,067,611.16 |

| | 09-05820 BANCO SANTANDER | | EXHIBIT Q | | |
|---|---|---|---|---|---|
| | Date | Payment | Interest | Principal | Balance |
| 216 | 10/31/2027 | 9,297.00 | 3,558.70 | 5,738.30 | 1,061,872.86 |
| 217 | 11/30/2027 | 9,297.00 | 3,539.58 | 5,757.42 | 1,056,115.44 |
| 218 | 12/31/2027 | 9,297.00 | 3,520.38 | 5,776.62 | 1,050,338.82 |
| 2027 Totals | | 111,564.00 | 43,497.33 | 68,066.67 | |
| 219 | 01/31/2028 | 9,297.00 | 3,501.13 | 5,795.87 | 1,044,542.95 |
| 220 | 02/29/2028 | 9,297.00 | 3,481.81 | 5,815.19 | 1,038,727.76 |
| 221 | 03/31/2028 | 9,297.00 | 3,462.43 | 5,834.57 | 1,032,893.19 |
| 222 | 04/30/2028 | 9,297.00 | 3,442.98 | 5,854.02 | 1,027,039.17 |
| 223 | 05/31/2028 | 9,297.00 | 3,423.46 | 5,873.54 | 1,021,165.63 |
| 224 | 06/30/2028 | 9,297.00 | 3,403.89 | 5,893.11 | 1,015,272.52 |
| 225 | 07/31/2028 | 9,297.00 | 3,384.24 | 5,912.76 | 1,009,359.76 |
| 226 | 08/31/2028 | 9,297.00 | 3,364.53 | 5,932.47 | 1,003,427.29 |
| 227 | 09/30/2028 | 9,297.00 | 3,344.76 | 5,952.24 | 997,475.05 |
| 228 | 10/31/2028 | 9,297.00 | 3,324.92 | 5,972.08 | 991,502.97 |
| 229 | 11/30/2028 | 9,297.00 | 3,305.01 | 5,991.99 | 985,510.98 |
| 230 | 12/31/2028 | 9,297.00 | 3,285.04 | 6,011.96 | 979,499.02 |
| 2028 Totals | | 111,564.00 | 40,724.20 | 70,839.80 | |
| 231 | 01/31/2029 | 9,297.00 | 3,265.00 | 6,032.00 | 973,467.02 |
| 232 | 02/28/2029 | 9,297.00 | 3,244.89 | 6,052.11 | 967,414.91 |
| 233 | 03/31/2029 | 9,297.00 | 3,224.72 | 6,072.28 | 961,342.63 |
| 234 | 04/30/2029 | 9,297.00 | 3,204.48 | 6,092.52 | 955,250.11 |
| 235 | 05/31/2029 | 9,297.00 | 3,184.17 | 6,112.83 | 949,137.28 |
| 236 | 06/30/2029 | 9,297.00 | 3,163.79 | 6,133.21 | 943,004.07 |
| 237 | 07/31/2029 | 9,297.00 | 3,143.35 | 6,153.65 | 936,850.42 |
| 238 | 08/31/2029 | 9,297.00 | 3,122.83 | 6,174.17 | 930,676.25 |
| 239 | 09/30/2029 | 9,297.00 | 3,102.25 | 6,194.75 | 924,481.50 |
| 240 | 10/31/2029 | 9,297.00 | 3,081.61 | 6,215.39 | 918,266.11 |
| 241 | 11/30/2029 | 9,297.00 | 3,060.89 | 6,236.11 | 912,030.00 |
| 242 | 12/31/2029 | 9,297.00 | 3,040.10 | 6,256.90 | 905,773.10 |
| 2029 Totals | | 111,564.00 | 37,838.08 | 73,725.92 | |
| 243 | 01/31/2030 | 9,297.00 | 3,019.24 | 6,277.76 | 899,495.34 |
| 244 | 02/28/2030 | 9,297.00 | 2,998.32 | 6,298.68 | 893,196.66 |
| 245 | 03/31/2030 | 9,297.00 | 2,977.32 | 6,319.68 | 886,876.98 |
| 246 | 04/30/2030 | 9,297.00 | 2,956.26 | 6,340.74 | 880,536.24 |
| 247 | 05/31/2030 | 9,297.00 | 2,935.12 | 6,361.88 | 874,174.36 |
| 248 | 06/30/2030 | 9,297.00 | 2,913.91 | 6,383.09 | 867,791.27 |

09-05820  BANCO SANTANDER                 EXHIBIT Q

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 249 | 07/31/2030 | 9,297.00 | 2,892.64 | 6,404.36 | 861,386.91 |
| 250 | 08/31/2030 | 9,297.00 | 2,871.29 | 6,425.71 | 854,961.20 |
| 251 | 09/30/2030 | 9,297.00 | 2,849.87 | 6,447.13 | 848,514.07 |
| 252 | 10/31/2030 | 9,297.00 | 2,828.38 | 6,468.62 | 842,045.45 |
| 253 | 11/30/2030 | 9,297.00 | 2,806.82 | 6,490.18 | 835,555.27 |
| 254 | 12/31/2030 | 9,297.00 | 2,785.18 | 6,511.82 | 829,043.45 |
| 2030 Totals | | 111,564.00 | 34,834.35 | 76,729.65 | |
| 255 | 01/31/2031 | 9,297.00 | 2,763.48 | 6,533.52 | 822,509.93 |
| 256 | 02/28/2031 | 9,297.00 | 2,741.70 | 6,555.30 | 815,954.63 |
| 257 | 03/31/2031 | 9,297.00 | 2,719.85 | 6,577.15 | 809,377.48 |
| 258 | 04/30/2031 | 9,297.00 | 2,697.92 | 6,599.08 | 802,778.40 |
| 259 | 05/31/2031 | 9,297.00 | 2,675.93 | 6,621.07 | 796,157.33 |
| 260 | 06/30/2031 | 9,297.00 | 2,653.86 | 6,643.14 | 789,514.19 |
| 261 | 07/31/2031 | 9,297.00 | 2,631.71 | 6,665.29 | 782,848.90 |
| 262 | 08/31/2031 | 9,297.00 | 2,609.50 | 6,687.50 | 776,161.40 |
| 263 | 09/30/2031 | 9,297.00 | 2,587.20 | 6,709.80 | 769,451.60 |
| 264 | 10/31/2031 | 9,297.00 | 2,564.84 | 6,732.16 | 762,719.44 |
| 265 | 11/30/2031 | 9,297.00 | 2,542.40 | 6,754.60 | 755,964.84 |
| 266 | 12/31/2031 | 9,297.00 | 2,519.88 | 6,777.12 | 749,187.72 |
| 2031 Totals | | 111,564.00 | 31,708.27 | 79,855.73 | |
| 267 | 01/31/2032 | 9,297.00 | 2,497.29 | 6,799.71 | 742,388.01 |
| 268 | 02/29/2032 | 9,297.00 | 2,474.63 | 6,822.37 | 735,565.64 |
| 269 | 03/31/2032 | 9,297.00 | 2,451.89 | 6,845.11 | 728,720.53 |
| 270 | 04/30/2032 | 9,297.00 | 2,429.07 | 6,867.93 | 721,852.60 |
| 271 | 05/31/2032 | 9,297.00 | 2,406.18 | 6,890.82 | 714,961.78 |
| 272 | 06/30/2032 | 9,297.00 | 2,383.21 | 6,913.79 | 708,047.99 |
| 273 | 07/31/2032 | 9,297.00 | 2,360.16 | 6,936.84 | 701,111.15 |
| 274 | 08/31/2032 | 9,297.00 | 2,337.04 | 6,959.96 | 694,151.19 |
| 275 | 09/30/2032 | 9,297.00 | 2,313.84 | 6,983.16 | 687,168.03 |
| 276 | 10/31/2032 | 9,297.00 | 2,290.56 | 7,006.44 | 680,161.59 |
| 277 | 11/30/2032 | 9,297.00 | 2,267.21 | 7,029.79 | 673,131.80 |
| 278 | 12/31/2032 | 9,297.00 | 2,243.77 | 7,053.23 | 666,078.57 |
| 2032 Totals | | 111,564.00 | 28,454.85 | 83,109.15 | |
| 279 | 01/31/2033 | 9,297.00 | 2,220.26 | 7,076.74 | 659,001.83 |
| 280 | 02/28/2033 | 9,297.00 | 2,196.67 | 7,100.33 | 651,901.50 |
| 281 | 03/31/2033 | 9,297.00 | 2,173.01 | 7,123.99 | 644,777.51 |

09-05820  BANCO SANTANDER                    EXHIBIT Q

|     | Date | Payment | Interest | Principal | Balance |
|-----|------|---------|----------|-----------|---------|
| 282 | 04/30/2033 | 9,297.00 | 2,149.26 | 7,147.74 | 637,629.77 |
| 283 | 05/31/2033 | 9,297.00 | 2,125.43 | 7,171.57 | 630,458.20 |
| 284 | 06/30/2033 | 9,297.00 | 2,101.53 | 7,195.47 | 623,262.73 |
| 285 | 07/31/2033 | 9,297.00 | 2,077.54 | 7,219.46 | 616,043.27 |
| 286 | 08/31/2033 | 9,297.00 | 2,053.48 | 7,243.52 | 608,799.75 |
| 287 | 09/30/2033 | 9,297.00 | 2,029.33 | 7,267.67 | 601,532.08 |
| 288 | 10/31/2033 | 9,297.00 | 2,005.11 | 7,291.89 | 594,240.19 |
| 289 | 11/30/2033 | 9,297.00 | 1,980.80 | 7,316.20 | 586,923.99 |
| 290 | 12/31/2033 | 9,297.00 | 1,956.41 | 7,340.59 | 579,583.40 |
| 2033 Totals | | 111,564.00 | 25,068.83 | 86,495.17 | |
| 291 | 01/31/2034 | 9,297.00 | 1,931.94 | 7,365.06 | 572,218.34 |
| 292 | 02/28/2034 | 9,297.00 | 1,907.39 | 7,389.61 | 564,828.73 |
| 293 | 03/31/2034 | 9,297.00 | 1,882.76 | 7,414.24 | 557,414.49 |
| 294 | 04/30/2034 | 9,297.00 | 1,858.05 | 7,438.95 | 549,975.54 |
| 295 | 05/31/2034 | 9,297.00 | 1,833.25 | 7,463.75 | 542,511.79 |
| 296 | 06/30/2034 | 9,297.00 | 1,808.37 | 7,488.63 | 535,023.16 |
| 297 | 07/31/2034 | 9,297.00 | 1,783.41 | 7,513.59 | 527,509.57 |
| 298 | 08/31/2034 | 9,297.00 | 1,758.37 | 7,538.63 | 519,970.94 |
| 299 | 09/30/2034 | 9,297.00 | 1,733.24 | 7,563.76 | 512,407.18 |
| 300 | 10/31/2034 | 9,297.00 | 1,708.02 | 7,588.98 | 504,818.20 |
| 301 | 11/30/2034 | 9,297.00 | 1,682.73 | 7,614.27 | 497,203.93 |
| 302 | 12/31/2034 | 9,297.00 | 1,657.35 | 7,639.65 | 489,564.28 |
| 2034 Totals | | 111,564.00 | 21,544.88 | 90,019.12 | |
| 303 | 01/31/2035 | 9,297.00 | 1,631.88 | 7,665.12 | 481,899.16 |
| 304 | 02/28/2035 | 9,297.00 | 1,606.33 | 7,690.67 | 474,208.49 |
| 305 | 03/31/2035 | 9,297.00 | 1,580.69 | 7,716.31 | 466,492.18 |
| 306 | 04/30/2035 | 9,297.00 | 1,554.97 | 7,742.03 | 458,750.15 |
| 307 | 05/31/2035 | 9,297.00 | 1,529.17 | 7,767.83 | 450,982.32 |
| 308 | 06/30/2035 | 9,297.00 | 1,503.27 | 7,793.73 | 443,188.59 |
| 309 | 07/31/2035 | 9,297.00 | 1,477.30 | 7,819.70 | 435,368.89 |
| 310 | 08/31/2035 | 9,297.00 | 1,451.23 | 7,845.77 | 427,523.12 |
| 311 | 09/30/2035 | 9,297.00 | 1,425.08 | 7,871.92 | 419,651.20 |
| 312 | 10/31/2035 | 9,297.00 | 1,398.84 | 7,898.16 | 411,753.04 |
| 313 | 11/30/2035 | 9,297.00 | 1,372.51 | 7,924.49 | 403,828.55 |
| 314 | 12/31/2035 | 9,297.00 | 1,346.10 | 7,950.90 | 395,877.65 |
| 2035 Totals | | 111,564.00 | 17,877.37 | 93,686.63 | |

09-05820  BANCO SANTANDER                    EXHIBIT Q

|   | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 315 | 01/31/2036 | 9,297.00 | 1,319.59 | 7,977.41 | 387,900.24 |
| 316 | 02/29/2036 | 9,297.00 | 1,293.00 | 8,004.00 | 379,896.24 |
| 317 | 03/31/2036 | 9,297.00 | 1,266.32 | 8,030.68 | 371,865.56 |
| 318 | 04/30/2036 | 9,297.00 | 1,239.55 | 8,057.45 | 363,808.11 |
| 319 | 05/31/2036 | 9,297.00 | 1,212.69 | 8,084.31 | 355,723.80 |
| 320 | 06/30/2036 | 9,297.00 | 1,185.75 | 8,111.25 | 347,612.55 |
| 321 | 07/31/2036 | 9,297.00 | 1,158.71 | 8,138.29 | 339,474.26 |
| 322 | 08/31/2036 | 9,297.00 | 1,131.58 | 8,165.42 | 331,308.84 |
| 323 | 09/30/2036 | 9,297.00 | 1,104.36 | 8,192.64 | 323,116.20 |
| 324 | 10/31/2036 | 9,297.00 | 1,077.05 | 8,219.95 | 314,896.25 |
| 325 | 11/30/2036 | 9,297.00 | 1,049.65 | 8,247.35 | 306,648.90 |
| 326 | 12/31/2036 | 9,297.00 | 1,022.16 | 8,274.84 | 298,374.06 |
| 2036 Totals | | 111,564.00 | 14,060.41 | 97,503.59 | |
| 327 | 01/31/2037 | 9,297.00 | 994.58 | 8,302.42 | 290,071.64 |
| 328 | 02/28/2037 | 9,297.00 | 966.91 | 8,330.09 | 281,741.55 |
| 329 | 03/31/2037 | 9,297.00 | 939.14 | 8,357.86 | 273,383.69 |
| 330 | 04/30/2037 | 9,297.00 | 911.28 | 8,385.72 | 264,997.97 |
| 331 | 05/31/2037 | 9,297.00 | 883.33 | 8,413.67 | 256,584.30 |
| 332 | 06/30/2037 | 9,297.00 | 855.28 | 8,441.72 | 248,142.58 |
| 333 | 07/31/2037 | 9,297.00 | 827.14 | 8,469.86 | 239,672.72 |
| 334 | 08/31/2037 | 9,297.00 | 798.91 | 8,498.09 | 231,174.63 |
| 335 | 09/30/2037 | 9,297.00 | 770.58 | 8,526.42 | 222,648.21 |
| 336 | 10/31/2037 | 9,297.00 | 742.16 | 8,554.84 | 214,093.37 |
| 337 | 11/30/2037 | 9,297.00 | 713.64 | 8,583.36 | 205,510.01 |
| 338 | 12/31/2037 | 9,297.00 | 685.03 | 8,611.97 | 196,898.04 |
| 2037 Totals | | 111,564.00 | 10,087.98 | 101,476.02 | |
| 339 | 01/31/2038 | 9,297.00 | 656.33 | 8,640.67 | 188,257.37 |
| 340 | 02/28/2038 | 9,297.00 | 627.52 | 8,669.48 | 179,587.89 |
| 341 | 03/31/2038 | 9,297.00 | 598.63 | 8,698.37 | 170,889.52 |
| 342 | 04/30/2038 | 9,297.00 | 569.63 | 8,727.37 | 162,162.15 |
| 343 | 05/31/2038 | 9,297.00 | 540.54 | 8,756.46 | 153,405.69 |
| 344 | 06/30/2038 | 9,297.00 | 511.35 | 8,785.65 | 144,620.04 |
| 345 | 07/31/2038 | 9,297.00 | 482.07 | 8,814.93 | 135,805.11 |
| 346 | 08/31/2038 | 9,297.00 | 452.68 | 8,844.32 | 126,960.79 |
| 347 | 09/30/2038 | 9,297.00 | 423.20 | 8,873.80 | 118,086.99 |
| 348 | 10/31/2038 | 9,297.00 | 393.62 | 8,903.38 | 109,183.61 |
| 349 | 11/30/2038 | 9,297.00 | 363.95 | 8,933.05 | 100,250.56 |

| 09-05820  BANCO SANTANDER | | EXHIBIT Q | | |
|---|---|---|---|---|
| Date | Payment | Interest | Principal | Balance |
| 350  12/31/2038 | 9,297.00 | 334.17 | 8,962.83 | 91,287.73 |
| 2038 Totals | 111,564.00 | 5,953.69 | 105,610.31 | |
| 351  01/31/2039 | 9,297.00 | 304.29 | 8,992.71 | 82,295.02 |
| 352  02/28/2039 | 9,297.00 | 274.32 | 9,022.68 | 73,272.34 |
| 353  03/31/2039 | 9,297.00 | 244.24 | 9,052.76 | 64,219.58 |
| 354  04/30/2039 | 9,297.00 | 214.07 | 9,082.93 | 55,136.65 |
| 355  05/31/2039 | 9,297.00 | 183.79 | 9,113.21 | 46,023.44 |
| 356  06/30/2039 | 9,297.00 | 153.41 | 9,143.59 | 36,879.85 |
| 357  07/31/2039 | 9,297.00 | 122.93 | 9,174.07 | 27,705.78 |
| 358  08/31/2039 | 9,297.00 | 92.35 | 9,204.65 | 18,501.13 |
| 359  09/30/2039 | 9,297.00 | 61.67 | 9,235.33 | 9,265.80 |
| 360  10/31/2039 | 9,297.00 | 31.20 | 9,265.80 | 0.00 |
| 2039 Totals | 92,970.00 | 1,682.27 | 91,287.73 | |
| Grand Totals | 3,253,113.44 | 1,298,113.44 | 1,955,000.00 | |

09-05820  BANCO SANTANDER				EXHIBIT Q

Last interest amount increased by 0.31 due to rounding.