Case:09-05820-MCF12   Doc#:64-18   Filed:08/23/13   Entered:08/23/13 19:06:17   Desc:
EXHIBIT R   Page 1 of 2



Case:09-05820-MCF12   Doc#:64-18   Filed:08/23/13   Entered:08/23/13 19:06:17   Desc:
EXHIBIT R   Page 2 of 2

| | | | |
|---|---|---|---|
| 60-mo. new car | **2.49** | 3.08 | ▼ |

**Savings**

| | | | 0% 1  2  3  4  5  6  7  8  9  10 |
|---|---|---|---|
| Money market | **0.43** | 0.51 | ▲ |
| $10K Money market | **0.44** | 0.55 | ▼ |
| 6-month C.D. | **0.39** | 0.47 | ▼ |
| 1-year C.D. | **0.62** | 0.70 | ▲ |
| 2-year C.D. | **0.75** | 0.85 | ▲ |
| 5-year I.R.A. C.D. | **1.19** | 1.47 | ▲ |

Based on data compiled daily by Bankrate.com »

| Instl Instl | | |
|---|---|---|
| Fidelity Instl MM Fds Money Market Instl | 0.11 | R |
| Invesco Tax-Exempt Cash Y | 0.11 | T |

07/31/2013

R = Regular T = Tax Exempt

Based on data compiled monthly by Morningstar »

Copyright © 2013. Quotes and other information supplied by independent providers identified on the vendor disclosures page.

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos

| Back to Top   Copyright 2010 The New York Times Company | Privacy | Terms of Service | Search | Corrections | RSS | First Look | Help | Contact Us

Work for Us | Advertise | Site Map